## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| SERTA SIMMONS BEDDING, LLC, *et al.*, | § § § | Case No. 23-90020 (DRJ) |
| Debtors.[1] | § § § | Jointly Administered |

### GLOBAL NOTES,
### STATEMENTS OF LIMITATIONS,
### AND METHODOLOGIES, DISCLAIMERS, AND SPECIFIC
### DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
### ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### INTRODUCTION

Serta Simmons Bedding, LLC, and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**" and, together with their non-Debtor affiliates, the "**Company**"), with the assistance of their advisors, are filing their Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**" and, together with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the Southern District of Texas (Houston Division) (the "**Bankruptcy Court**") pursuant to section 521 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Bankruptcy Local Rules Effective May 19, 2022 of the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Rules**").

These *Global Notes, Statements of Limitations, and Methodologies, Disclaimers, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. These Global Notes are in addition to any specific notes contained in any individual Debtor's Schedules and Statements.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflects the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Because the Debtors' accounting systems, policies and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, however, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements in this regard, including with respect to reallocation of assets or liabilities to any particular entity. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements. Moreover, given, among other things, the uncertainty surrounding the valuation, collection, and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.

The Debtors' management prepared the Schedules and Statements with the assistance of their advisors. The Schedules and Statements are unaudited and subject to adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records and historical financial statements that were available at the time of such preparation. While the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible, based on information that was available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements and inadvertent errors or omissions may have occurred. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. For the avoidance of doubt, the Debtors do not undertake any commitment or obligation to update the Schedules and Statements, including notwithstanding any discovery of errors or omissions. Nonetheless, the Debtors hereby reserve all of their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtors and their management, agents, attorneys, financial advisors, investment bankers, professionals and other representatives do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. For the avoidance of doubt, the Debtors and their management, agents, attorneys and financial advisors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate, but expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements, or to notify or not notify any third party should the information be updated, modified, revised or re-categorized, except as required by applicable law. Without limiting the generality of

anything contained herein, the Debtors reserve all rights to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification or identity of a Debtor, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." In no event shall the Debtors or their management, agents, attorneys, financial advisors, investment bankers, professionals and other representatives be liable to any third party for any direct, indirect, incidental, consequential or special damages (including damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their management, agents, attorneys, financial advisors, investment bankers, professionals and other representatives are advised of the possibility of such damages.

John Linker, the Debtors' Chief Financial Officer, Treasurer and Assistant Secretary has signed each of the Schedules and Statements. Mr. Linker is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Linker necessarily has relied upon the efforts, statements and representations of various personnel employed by the Debtors and their advisors. Mr. Linker has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts and creditor addresses.

In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.  Additionally, disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodologies

**The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to the current or future financial conditions, events, or performance of any of the Debtors.**

1.     ***Contingent Claim***.  A claim that is dependent on the realization of some uncertain future event is a "contingent" claim.

2.     ***Unliquidated Claim***.  A claim for which a specific value cannot be calculated using currently available information is "unliquidated."

3.     ***Disputed Claim***.  A claim with respect to which the applicable Debtor and the claimant disagree as to the amount owed, whether any amount is owed, the priority of the claim, or otherwise is "disputed."

4.     ***Undetermined and Unknown Amounts***.  The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount.

5. ***Fiscal Year***.  The Debtors operate under a fiscal year calendar.  Unless otherwise indicated, all references to "annual," "annually," "year," "years," or an otherwise similar length of time are presumed to refer to a period of time reflecting the following periods:

- Fiscal year 2021: December 27, 2020 – December 25, 2021
- Fiscal year 2022: December 26, 2021 – December 31, 2022
- Fiscal year 2023: January 1, 2023 – December 31, 2023

1. **Description of Cases**. On January 23, 2023 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. On January 24, 2023, the Bankruptcy Court entered an order directing the joint administration of the Debtors' chapter 11 cases (Docket No. 46). Notwithstanding the joint administration of the Debtors' chapter 11 cases for procedural purposes, each Debtor has filed its own Schedules and Statements. On February 9, 2023, the United States Trustee for the Southern District of Texas appointed an official committee of unsecured creditors pursuant to Bankruptcy Code section 1102(a)(1).  No Trustee or examiner has been appointed in these chapter 11 cases. The Debtors filed the revised *Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors* (Docket No. 425) on March 7, 2023 and the revised *Disclosure Statement for Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors* on March 7, 2023 (Docket No. 427).

3. **General Reservation of Rights.** Listing a claim does not constitute an admission of (i) liability or (ii) amounts due or owed, if any, in each case, by the Debtor against which the claim is listed or against any of the Debtors.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including issues involving or defenses against claims, substantive consolidation, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant nonbankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

4. **No Admission.** Nothing contained in the Schedules and Statements or the Global Notes is intended to be or should be construed as an admission or stipulation of the validity of any Claim[2] against the Debtors or any assertion made, or a waiver of the Debtors' rights to dispute any such Claim or assert any cause of action or defense against any party.

5. **Net Book Value of Assets and Liabilities.** Unless otherwise indicated, liabilities on the Debtors' Schedules and Statements reflect net book values as of the Petition Date, adjusted for authorized payments made or expected to be made under the First Day Orders (as defined below), and assets generally reflect net book values as of December 31, 2022. The

---

[2]   For the purposes of these Global Notes, the term Claim shall have the meaning as defined under section 101(5) of the Bankruptcy Code.

4

net book values of certain assets may materially differ from their fair market values and/or any other valuation that is provided in connection with any disclosure statement for any chapter 11 plan filed in these chapter 11 cases. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the economic value or ownership of such asset and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

Net book values of assets prepared in accordance with GAAP generally do not reflect the current market value/performance of the assets or the impact of the industry environment and may differ materially from the actual value and/or performance of the underlying assets.

6.  **Confidential or Sensitive Information.** There may be instances where certain information in the Schedules and Statements was not included or redacted due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information (including personally identifiable information), concerns for the privacy of an individual, or due to privacy-related laws and/or regulatory regimes. The omissions are limited to only what is necessary to protect the Debtor or a third party and will provide interested parties with sufficient information to discern the nature of the listing.  Certain confidentiality and non-compete agreements may not be listed on Schedule G. The Debtors reserve all of their rights with respect to such agreements.

7.  **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties, including causes of actions arising under chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers, as assets in the Schedules and Statements.  The Debtors reserve their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, whether arising before, on, or after the Petition Date (collectively, "**Causes of Action**").  Neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

8.  **Accuracy.** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable nonbankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes

5

for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

9. **Recharacterization.** The Debtors have made reasonable efforts to accurately characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, interests, and other items reported in the Schedules and Statements. Nevertheless, due to the size and complexity of the Debtors' business, the Debtors may have improperly characterized, classified, categorized, or designated certain items, or may have omitted certain items. The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as necessary or appropriate or as additional information becomes available, including whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

10. **Zero Dollar Amounts**. Amounts listed as zero are either $0, unliquidated, or undetermined.

11. **Specific Notes**. These Global Notes are in addition to the specific notes set forth in the Schedules and Statements of the individual Debtor entities. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect a decision by the Debtors to exclude the applicability of such Global Note to any or all of the remaining Schedules or Statements.

12. **Court Orders**. Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "**First Day Orders**"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, potential lien holders, certain vendors, customers, hedging counterparties, and taxing authorities. Accordingly, these liabilities may have been or may be satisfied in accordance with such First Day Orders and, therefore, generally are not listed in the Schedules and Statements. Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to any order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

13. **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information obtained and research conducted in connection with the preparation of the Schedules and Statements. The liabilities on Schedule F represent the Debtors' estimates of each creditors' prepetition claim after giving effect to the payments made or expected to be made under the First Day Motions. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary or appropriate.

Although there are multiple lenders under the Debtors' prepetition term loan credit facilities, only the administrative and collateral agent (including any successor) under the applicable facility, has been listed on the Schedules and Statements.

14. **Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets, tax accruals and liabilities from the Schedules and Statements, including, but not limited to, intercompany balances, accrued salaries, employee benefit accruals and accrued accounts payable. The Debtors also may have excluded certain rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist. The Debtors' books and records are prepared to comply with GAAP. Some of the assets do not represent true ownership interests, such as Right-of-Use assets related to operating leases, which have not been reflected in the Schedule of Assets and Liabilities. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized (but not directed) the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis. As discussed below, prepetition liabilities that the Debtors have paid postpetition, or those that the Debtors plan to pay, in accordance this authorization may not be listed in the Schedules and Statements.

15. **Leases**. The Debtors have not included in the Schedules and Statements the future obligations of any operating leases. Additionally, the Debtors have not included in the Schedules any right-of-use operating lease assets or liabilities related to FASB Accounting Standards Update 2016-2 because the Debtors do not possess any ownership interest in the corresponding properties and believe that the addition of these items would be cumbersome and unnecessary for understanding the value of the Debtors' estate. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules. In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, or other property interests and equipment from third-party lessors for use in the daily operation of their business. Any known prepetition obligations of the Debtors pursuant to the same have been listed on Schedule F, the underlying lease agreements are listed on Schedule G or, if the leases are in the nature of real property interests under applicable state laws, on Schedule A/B. Nothing in the Schedules or Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

16. **Insiders**. In circumstances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe would be included in the definition of "insider" pursuant to section 101(31) of the Bankruptcy Code.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should be, construed as an admission of any fact, right, claim or defense and all such rights, claims and defenses are hereby expressly reserved. Information

regarding the individuals listed as "insiders" in the Schedules and Statements have been included for informational purposes only, and such information may not be used for: (a) the purposes of determining (i) control of the Debtors; (ii) the extent to which any individual exercised management responsibilities or functions; (iii) corporate decision making authority over the Debtors; or (iv) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (b) for any other purpose.

17. **Intellectual Property Rights and Intangible Assets**. Exclusion of certain intellectual property and/or intangible assets shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain intellectual property and/or intangible assets shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction. The Debtors have made every effort to attribute intellectual property and/or intangible assets to the rightful Debtor owner, however, in some instances intellectual property and/or intangible assets reflected as owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights and/or intangible assets.

18. **Executory Contracts**. Although the Debtors have made reasonable efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Due to the voluminous nature of each of the Debtors' executory contracts, the Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth in Schedule G. Accordingly, the Debtors reserve all rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G for any Debtor. The Debtors further reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument related to a creditor's claim, to dispute the validity, status or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. Moreover, the inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

19. **Property and Equipment**. Unless otherwise indicated, owned property (including real property) and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be

construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement).

20. **Guarantees and Other Secondary Liability Claims**. The Debtors have used reasonable efforts to locate and identify guaranties and other secondary liability claims (collectively, the "**Guaranties**") in their executory contracts, unexpired leases, debt instruments, and other such agreements. A review of these agreements, however, is ongoing. Where such Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties. The Debtors have reflected the Guaranty obligations for both the primary obligor and the guarantor with respect to their financings and debt instruments on Schedule G. Certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, other secured financing, debt instruments, and similar agreements may be identified upon further review. Therefore, the Debtors reserve their rights to amend, supplement or otherwise modify the Schedules to the extent necessary or appropriate.

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled Claims of another Debtor. No Claim set forth in the Schedules and Statements, including Scheduled D, of any Debtor is intended to acknowledge Claims of creditors that have been or will be otherwise satisfied or discharged by other entities. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

21. **Classifications**. Listing (a) a Claim on Schedule D as "secured;" (b) a Claim on Schedule E/F as "priority;" (c) a Claim on Schedule E/F as "unsecured;" or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

22. **Claims Description.** Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

23. **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtors to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, among other amounts. Actual results may differ

9

from such estimates. The Debtors reserve all rights to amend the Schedules and Statements to reflect changes in those estimates and assumptions.

24. **Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies:

a. Undetermined Amounts. Asset values or claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "undetermined" or "not applicable." The description of an amount as "unknown," "undetermined" or "not applicable" is not intended to reflect upon the materiality of such amount.

b. Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts and exclude items identified as Undetermined. To the extent there are amounts presently unknown or of undetermined value, the actual total may be materially different than the total listed in the Schedules and Statements.

c. Paid Claims. The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to First Day Orders. Accordingly, certain outstanding liabilities that have been reduced or are anticipated to be reduced by postpetition payments made on account of prepetition liabilities, or other ordinary course setoffs, may have been designated as either contingent or unliquidated, or excluded. To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

d. Other Paid Claims. To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Debtors' Schedules and Statements and shall be enforceable by all parties, subject to Bankruptcy Court approval.

e. Payments. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "**Cash Management System**") (as more fully described in the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue their Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, (C) Continue Intercompany Transactions, and (D) Continue Utilizing Employee Credit Card and P-Card Programs; and (II) Granting Related Relief* (Docket No. 12) (the "**Cash Management Motion**"). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to amend, supplement or otherwise modify their Schedules and Statements to attribute any payments to a different legal entity, if subsequently determined to be appropriate.

f. <u>Unknown Debtors</u>. In certain instances, certain contracts or other relevant documents may not specify a particular Debtor or Debtors or may include the incorrect legal entity as the contractual counterparty.

g. <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

25. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. Dollars. To the extent amounts are denominated in a foreign currency, they have been reflected as such and the related amounts have not been converted to reflect a U.S. Dollars conversion.

26. **Intercompany Payables and Receivables**. In the ordinary course of business, the Debtors and certain non-debtor affiliates engage in intercompany transactions ("**Intercompany Transactions**"). Intercompany Transactions are settled or repaid on an ongoing basis. To the extent that an entity incurs a payable in the course of any Intercompany Transaction, without settlement, an intercompany claim (an "**Intercompany Claim**") arises in favor of such entity. The Debtors track all Intercompany Transactions in their accounting system, which concurrently are recorded on the applicable Debtor's balance sheets.

Intercompany balances arise from several types of transactions, including accounts payable transfers, interest expense allocations, equipment transfers, and intercompany loan transfers, among others. In addition, the Debtors' books and records carry historical intercompany balances that arose from prior mergers and acquisitions. It would be unduly burdensome and require significant resources for the Debtors to prepare intercompany balances as of the Petition Date. In the ordinary course of business, the Debtors eliminate in consolidation intercompany balances to comply with its financial statement reporting requirements.

Additional information about the Debtors' intercompany transactions and related protocols is contained in the Cash Management Motion.

27. **Setoffs**. The Debtors periodically incur certain setoffs and other similar rights in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions and disputes, including, but not limited to, intercompany transactions, pricing discrepancies, overpayments, returns, warranties, credits, refunds, negotiations and/or disputes between Debtors and their vendors or customers regarding regulatory or governmental impositions costs incurred by Debtors, and other disputes between the Debtors and their customers and/or suppliers. Furthermore, setoffs may be taken in the ordinary course of business due to contractually allowed credits, rebates and allowances. The authorization of such credits, rebates and allowances are more fully described within the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Continue and Honor Customer Programs and Otherwise Continue their Customer Related Programs in the Ordinary Course of Business and (II) Granting Related Relief* **(Docket No**. 15**)** (the "<u>Customer Programs Motion</u>"), and were allowed to continue within the ordinary course on a postpetition basis. These normal setoffs and other similar rights are consistent with the ordinary course of business in the Debtors' industry. Due to the

11

voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

28. **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including, but not limited to, the right to modify the Schedules and Statements, assert claim objections and/or setoffs with respect to the same, or apply such adjustments in the ordinary course of business on a postpetition basis.

29. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedules Summary**. Except as otherwise noted, the asset and liability information provided herein represents the Debtors' liabilities as of the Petition Date (excluding liabilities that have been reduced or are anticipated to be reduced by postpetition payments, or other ordinary course setoffs, made on account of prepetition liabilities) and the Debtors' assets as of December 31, 2022.

For financial reporting purposes, the Debtors ordinarily prepare consolidated financial statements. Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflects the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Because the Debtors' accounting systems, policies and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, however, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules. Accordingly, the Debtors reserve all rights to supplement and amend the Schedules in this regard, including with respect to reallocation of assets or liabilities to any particular entity. Information contained in the Schedules has been derived from the Debtors' books and records and historical financial statements. Moreover, given, among other things, the uncertainty surrounding the valuation, collection, and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules is indicative of the Debtors' enterprise value.

### *Schedules A/B*

a. **Part 1**. Details with respect to the Debtors' cash management system are provided in the Cash Management Motion. The values provided for in Schedule A/B, Item 3 for each account for a given Debtor reflect the ending cash balance of such account as of the close of business on January 23, 2023.

b. **Part 2**. The Debtors have numerous forms of deposits including utility, security and vendor deposits. The Debtors have numerous prepaid expenses including prepaid maintenance contracts, software licenses, rent, property taxes and insurance, among others. The listing of any particular prepayment does not necessarily mean that cash was received by the associated holder of the prepayment. Furthermore, the amounts listed do not necessarily reflect assets the Debtors will be able to collect or realize.

c. **Part 3**. The Debtors' accounts receivable information includes trade receivables generated from their customers in the normal course of business. The accounts receivable balances in this section exclude intercompany receivables.

d. **Part 4**. Includes equity interests in subsidiaries and affiliates that primarily arise from common stock ownership or member or partnership interests. For purposes of these Schedules, the Debtors have listed an undetermined value for the equity interests of all direct subsidiaries because the fair market value of such interests is dependent on numerous variables and may differ significantly from the net book value.

e. **Part 5**. The Debtors' inventory is valued on a "first-in, first-out" basis, lower of cost or net realizable value. Included within the inventory values are various reserves and capitalized balances that the Debtors attribute to the total value of inventory as included within their books and records, such as on account of slow-moving goods. The net book value amounts are reflected on a book basis for each applicable Debtor.

Furthermore, the Debtors acquired certain inventory within 20 days before Petition Date, but may have not yet determined the amount or value of such inventory. Any liabilities for such inventory that have not yet been paid or are not expected to be paid during the pendency of the Debtors' cases are included in the amounts listed in Schedule F.

f. **Parts 7, 8 and 9**. Net book value amounts are reflected on a book basis as recorded on the fixed asset register for each applicable Debtor. Furthermore, the Debtors considered only real property owned in response to these items. The Debtors' real property leases are listed in Schedule G.

Certain of the Debtors' machinery, furniture, fixtures, equipment and supplies used in business may not be capitalized based on their value and the Debtors' accounting policies and procedures. These assets are not listed herein.

g. **Part 10**. Includes various intangible assets and intellectual property such as patents, trademarks, internet domains and customer lists. The act of not listing any specific intangible asset or intellectual property is not a relinquishment of ownership. Furthermore, the Debtors reserve all rights with respect to allocation or transferability of such intangible assets and intellectual property to other Debtor and non-Debtor entities. Amounts are listed as undetermined because the values reflected in the Debtors' books and records may not accurately reflect such assets' values in the marketplace.

Additionally, the Debtors maintain certain records in the ordinary course of business associated with their customer relationships.  Due to the need to protect confidential information and individual privacy, the Debtors have not furnished any customer lists on their Schedules.

h. **Part 11**. Specific notes related to various items in Part 11 are disclosed below.

**A/B 71**. Due to the complex nature of the Debtors' accounting system and the associated books and records, the Debtors are unable to report intercompany balances between Debtor entities. Balances may include years of historical

intercompany activity that cannot easily be allocated to specific Debtor entities, and it would be unduly burdensome for the Debtors to prepare this information. However, documented intercompany notes between Debtors and non-Debtor affiliates have been listed in response to this item. The Debtors are unaware of any intercompany notes that exist between Debtor entities. In the ordinary course, the Debtors pay for certain operating expenses on behalf of a non-Debtor entity, however, such amounts are regularly settled on a cash basis via repayment by the non-Debtor entity to the Debtor. As such, any associated amounts paid on behalf of a non-Debtor entity have been excluded.

**A/B 72**. Certain of the Debtors have the ability to take advantage of Net Operating Losses ("**NOLs**"), which amounts may be accumulated for more than one tax year. For combined or consolidated returns, the value of NOLs is reported at the parent/filer level. The Debtors may have the ability to claim NOLs for subsequent years, but such amounts are estimates.

As of the filing of the Debtors' Schedules and Statements, any previously reported NOLs at the federal level were utilized for the Debtors' 2021 tax returns. State level NOLs are currently unknown, as projected balances as of December 31, 2021 may materially differ once calculations have been completed and tax returns have been filed for the 2022 tax year. To the extent any state level tax balances may be due to the Debtors, such amounts are considered generally immaterial and are anticipated to be applied in the subsequent year's filings. As such, the Debtors have not reported any federal or state level NOLs in response to this item.

Furthermore, as reported on their 2021 consolidated tax year return, the Debtors believe they are entitled to a federal tax refund that will be received in 2023. While the refund is expected to be received into a bank account that is economically owned by a Debtor entity, the return was filed at the parent level by a non-Debtor entity.

**A/B 73**. A list of the Debtors' insurance policies and related information is available in the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Insurance Programs and Surety Bond Program, (B) Pay All Obligations with Respect thereto, and (C) Modify Automatic Stay to Permit Employees to Proceed with Workers' Compensation Claims; and (II) Granting Related Relief* (Docket No. 16). The Debtors believe that there is little or no cash value to the vast majority of such insurance policies. Accordingly, such policies are noted listed on Schedule A/B, Part 11. The Debtors are unaware of any other insurance policies or annuities in which they hold an interest.

**A/B 74/75**. Despite exercising their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules. The Debtors reserve all of their rights with respect to any claims, causes of action or avoidance actions they may have. The Schedules shall not be deemed a waiver of

any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

*Schedule D*

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled Claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's Claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not nor shall be deemed an admission as to the validity of any such lien. Conversely, the Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently failed to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights. The Debtors have reported outstanding letters of credit in Schedule D. Although there are multiple parties that may hold a portion of the Debtors' funded debt, only the administrative agents have been listed for purposes of Schedule D.

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled Claims of other Debtors, and no Claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements, notes, indenture, and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, certain real property lessors, equipment lessors, utility companies, and other parties which may hold security deposits or other security interests have not been listed on Schedule D and have not filed a UCC-1 financing statement.

Any changes to the status of any liens or security rights since the Petition Date may not be adequately reflected in Schedule D. Therefore, the Debtors may have listed Claims with secured statuses that have changed, or failed to list certain parties whose Claims may be secured through rights of setoff, deposits or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights on Schedule D.

The Debtors have listed only the administrative agents as named creditors with respect to each of (i) that certain *Super-Priority Term Loan Agreement*, dated as of June 22, 2020 (as amended, restated, amended and restated, supplemented, or otherwise modified from time to time) with Wilmington Savings Fund Society, FSB Bank ("**WSFS**"), as successor administrative and

16

collateral agent; (ii) that certain *First Lien Term Loan Agreement*, dated as of November 8, 2016 (as amended, restated, amended and restated, supplemented, or otherwise modified from time to time) with UBS, as administrative agent and collateral agent; and (iii) that certain *Senior Secured Super-Priority Debtor-in-Possession ABL Credit Agreement* (as may be amended, restated, amended and restated, supplemented, waived, or otherwise modified from time to time, the "**DIP Credit Agreement**") with Eclipse Business Capital LLC, as administrative agent.

On January 24, 2023, the Debtors entered into that certain Prepetition ABL Payoff Letter by and between the Debtors and UBS AG, Stamford Branch, as administrative agent, pursuant to which the Debtors (i) satisfied all obligations under that certain *ABL Credit Agreement*, dated as of November 8, 2016 (as amended, restated, amended and restated, supplemented, or otherwise modified from time to time, the "**ABL Credit Agreement**") and (ii) agreed to cash collateralize the existing letters of credit thereunder (the "**Existing Letters of Credit**").  Additionally, pursuant to the *Amended Final Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Certain Prepetition Lenders, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing and (V) Granting Related Relief (Docket No. 83) and the Amended Final Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting (A) Liens and Providing Superpriority Administrative Expense Status and (B) Adequate Protection to Certain Prepetition Lenders, (III) Modifying Automatic Stay, (IV) Scheduling a Final Hearing and (V) Granting Related Relief* (Docket No. 406) (the "**DIP Order**"), the Debtors are authorized to deem the Existing Letters of Credit as being issued under the DIP Credit Agreement.  As of the date hereof, the Debtors are in the process of transferring the prepetition Existing Letters of Credit under the DIP Credit Agreement. Accordingly, the Debtors have not included such claims under the ABL Credit Agreement in Schedule D.

The Debtors have not included liabilities they may incur due to indemnity obligations under the Debtors' prepetition credit facilities, including claims for fees and expenses incurred by prepetition lenders in connection with pending litigation reflected in Part 3, Question 7 of the Statement of Financial Affairs.

### *Schedule E/F*

Part 1: The claims listed on Schedule E/F (Part 1) arose and were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all of such dates are included for each Claim. To the best of the Debtors' knowledge, all Claims listed on Schedule E/F arose or were incurred before the Petition Date.

The Debtors have not listed certain wage, or wage-related obligations that the Debtors have paid pursuant to First Day Orders on Schedule E/F. The Debtors reserve the right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority status pursuant to sections 503 and/or 507 of the Bankruptcy Code.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on the Debtors' Schedule E/F. Certain of such Claims, however, may be subject to

ongoing audits and/or the Debtors otherwise are unable to determine with certainty the amount of the remaining Claims listed on Schedule E/F. Therefore, the Debtors have listed all such Claims as "unknown," pending final resolution of ongoing audits or other outstanding issues.

The Debtors reserve the right to assert that any Claim listed on Schedule E/F does not constitute a priority claim under the Bankruptcy Code.

Part 2: The Debtors have exercised their commercially reasonable efforts to list all liabilities on Schedule E/F of each applicable Debtor. As a result of the Debtors' consolidated operations, however, the reader should review Schedule E/F for all Debtors in these cases for a complete understanding of the unsecured debts of the Debtors. Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Schedule E/F may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff and/or recoupment rights that may be asserted against the Debtors by a creditor. Additionally, certain creditors may assert mechanics,' materialmens,' or other similar liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their rights to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, certain claims listed on Schedule E/F (Part 2) may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors have made reasonable efforts to include all unsecured creditors on Schedule E/F including, but not limited to, occupancy creditors, consultants, and other service providers. The Debtors have also included trade creditors and taxing authorities on Schedule E/F, some of whose claims have been satisfied, in whole or in part, pursuant to the First Day Orders, or are expected to be satisfied during the pendency of the Debtors' cases. Notwithstanding the foregoing, the Debtors believe that there are instances where creditors have yet to provide proper invoices for prepetition goods or services. Additionally, certain bank maintenance fees have not been listed in Schedule E/F for the Debtors where determining and allocating such amounts among the Debtors would be unduly burdensome. Moreover, Schedule E/F does not include certain balances including deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Commencement Date. The Debtors have made reasonable efforts to include as contingent, unliquidated and/or disputed the Claim of any party not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Schedule E/F also contains information regarding pending litigation involving the Debtors. In certain instances, the relevant Debtor that is the subject of the litigation is unclear or undetermined. To the extent that litigation involving a particular Debtor has been identified, however, such information is included on that Debtor's Schedule E/F. The amounts for these potential Claims are listed as undetermined and marked as contingent, unliquidated, and disputed in the Schedules.

Additionally, the Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain unsecured Claims, pursuant to the First Day Orders. To the extent practicable, each Debtor's

Schedule E/F is intended to reflect the balance as of January 23, 2023, adjusted for actual or expected postpetition payments of some or all of the Bankruptcy Court-approved payments. Each Debtor's Schedule E/F will reflect some of the Debtor's payments of certain Claims pursuant to the First Day Orders, and, to the extent an unsecured Claim has been paid or may be paid, it is possible that such Claim is not included on Schedule E/F. Certain Debtors may pay additional Claims listed on Schedule E/F during these Chapter 11 cases pursuant to these and other orders of the Bankruptcy Court and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such Claim. Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that have been, or may be, rejected.

_Schedule G_

While the Debtors' existing books, records, and financial and contract management systems have been relied upon to identify and schedule executory contracts on each of the Debtor's Schedule G, and while the Debtors have devoted substantial internal and external resources to identifying and providing the requested information for as many executory contracts as possible and to ensuring the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for supplies, product, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule E/F. Similarly, in the ordinary course of business, the Debtors may have issued numerous statements of work or similar documents for services which, to the extent that such statements of work or similar documents constitute executory contracts, are not listed individually on Schedule G. To the extent that services were delivered under statements

of work prior to the Petition Date, vendors' claims with respect to such services are included on Schedule E/F.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, employment-related agreements, and confidentiality and non-disclosure agreements. Such documents may not be set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease and the Debtors reserve all rights in that regard, including, without limitation, to assert that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, or any document or instrument (including, without limitation, any intercreditor or intercompany agreement) related to a creditor's Claim. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts or unexpired leases could not be specifically ascertained in every circumstance. In such cases, the Debtors used their reasonable efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

Certain of the executory contracts may not have been memorialized and could be subject to dispute; executory agreements that are oral in nature have not been included in Schedule G.

Certain of the executory contracts and unexpired leases listed in Schedule G were assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other

things, acquisitions by the Debtors. The Debtors used their reasonable efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

*Schedule H*

In the ordinary course of their business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their business. Some of these matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. To the extent such claims are listed elsewhere in the Schedules of each applicable Debtor, they have not been set forth individually on Schedule H.

The Debtors are party to certain debt agreements which were executed by multiple Debtors and other subsidiaries or affiliates. The obligations of guarantors under prepetition or postpetition secured credit agreements are noted on Schedule H for each individual Debtor.

The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Further, the Debtors believe that certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their right, but shall not be required, to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

No Claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors. To the extent these Notes include notes specific to Schedules D–G, such Notes also apply to the co-Debtors listed in Schedule H.  Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any  transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

## Specific Disclosures with Respect to the Debtors' Statements of Financial Affairs

### Part 1, Question 1 and 2

Gross Revenue and Non-Business Revenue reflect activity by the Debtors in fiscal year 2021, fiscal year 2022 and year to date for fiscal year 2023 (through January 23, 2023).

### Part 2, Question 3

The Debtor entities utilize Automatic Data Processing, Inc. ("**ADP**") to process employee payroll taxes related to compensation payouts. The Debtors make batch payments to ADP on behalf of all employees. Therefore, amounts listed herein represent each separate batch payment that is made.

Additionally, the Debtors utilize Western Union to process expense reimbursements to employees. The Debtors make batch payments to Western Union of behalf of all employees; therefore, amounts listed herein represent each separate batch payment that is made.

Due to the nature of the Debtors' cash management system, in the ordinary course, disbursements are made by certain Debtor entities on behalf of other Debtor entities or non-Debtors. A more detailed description of the Debtors' cash management system is included within the Cash Management Motion. As allocating the reported disbursements on the basis of the entity for which the payment was made would be unduly burdensome, the Debtors have shown all disbursements in accordance with the Debtor entity who distributed the funds.

The payments reflected in response to Part 2, Question 3 do not exclude payments made to insiders (Part 2, Question 4) or on account of debt or bankruptcy counseling (Part 6, Question 11) during the related period.

Furthermore, in the ordinary course, the Debtors pay for certain operating expenses of a non-Debtor entity, however, such amounts are regularly settled on a cash basis via repayment by the non-Debtor entity to the Debtor. Any payments issued by a Debtor on behalf of a non-Debtor affiliate have been included, to the extent such payment was made by a Debtor entity.

### Part 2, Question 4

Individuals listed as insiders have been included for informational purposes only. The Debtors do not take any position with respect to: (i) such individual's influence over the control of the Debtors; (ii) the management responsibilities or functions of such individual; (iii) the decision making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code. For more information regarding each Debtor's officers and directors, see Part 13, Question 28 and Part 13, Question 29.

Names, certain titles and addresses for directors, former directors, employees and former employees identified as insiders have not been included in the Statements for privacy reasons.

The payroll-related amounts shown in response to Question 4, which include, among other things, salaries, wages and additional compensation, are gross amounts that do not include reductions for amounts including employee tax or benefit withholdings. In the ordinary course of business, certain corporate or personal credit cards may be utilized by insiders to pay for travel and business-related expenses for various other individuals employed by the Debtors. As it would be unduly burdensome for the Debtors to analyze which credit card expenses related to those incurred on behalf of an insider as opposed to another employee (or the Debtors), the Debtors have listed the aggregate amount paid for such expenses. Amounts still owed to creditors will appear on the Schedules for each of the Debtors.

Intercompany transactions reflect only those transfers that include cash settlement between the Debtor and another Debtor or Non-Debtor entity, except as identified below. The Debtors undertook their reasonable efforts to identify all intercompany transactions resulting in cash settlement but make no representations that there are not inadvertent exclusions of payments.

As set forth in the Cash Management Motion, the debtors maintain a centralized cash management system designed to receive, monitor, aggregate, and distribute cash among the various Debtors (and non-Debtors). Among other things, the Cash Management Motion sought to continue the Debtors' credit card and P-Card programs which, on average, the Debtors expect to incur approximately $1.4 million per month.  The Cash Management Motion also sought authority to continue cash management arrangements with respect to the Minority Licensees (as defined in the Cash Management Motion). The relief requested in the Cash Management Motion was granted by the Bankruptcy Court on an interim basis on January 24, 2023 (Docket No. 84). In the ordinary course, balances are transferred between the Debtors' accounts to optimize the Debtors' ability to make payments to their counterparties.  Any such cash movements between the Debtors' bank accounts have been excluded.

As previously noted, the Debtors pay for certain operating expenses of a non-Debtor entity in the ordinary course, however, such amounts are regularly settled on a cash basis via repayment by the non-Debtor entity to the Debtor. As it would be unduly burdensome for the Debtors to identify all such transactions, any associated amounts related thereto have been excluded.

Inventory or other assets that may have been moved between the Debtors' locations have been excluded, as such transfers occur in the ordinary course and are recorded through accounting entries.

## Part 2, Question 5

On occasion, the Debtors may return damaged, unsatisfactory or out of specification goods to vendors in the ordinary course of business. Other than ordinary course items, the Debtors are not aware of any property that has been returned to the seller.

## Part 2, Question 6

The Debtors incur certain offsets and other similar rights in the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, billing discrepancies, overpayments, returns and other disputes between the Debtors and their vendors, service providers and contract counterparties. Furthermore, setoffs may be taken in the ordinary

course due to contractually allowed credits, rebates and allowances. The authorization of such credits, rebates and allowances are more fully described within the Customer Programs Motion, and were allowed to continue within the ordinary course on a postpetition basis. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' and not separately reported on the Debtors' Schedules and Statements.

## Part 3, Question 7

Information provided in response to Part 3, Question 7 includes only those legal disputes and administrative proceedings that are formally recognized, or may be recognized by an administrative, judicial, or other adjudicative forum, except where noted below. While the Debtors believe they were diligent in their efforts, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' response to Part 3, Question 7. The Debtors reserve all rights and defenses with respect to all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

Further, the Debtors operate in numerous jurisdictions, and in the ordinary course of business, may have disputed property valuations/tax assessments or are subject to ongoing state or federal audits. The Debtors have not listed such disputes or ongoing audits in response to Part 3, Question 7.

## Part 4, Question 9

The donations and/or charitable contributions listed represent payments made to third parties during the applicable timeframe that were recorded as such within the Debtors' books and records. These include charitable donations. These amounts do not include donations or contributions made by individual employees on an ad hoc basis. It is the Debtors' view that such payments are *de minimis* as they do not rise to a threshold of requiring internal corporate reporting and oversight on such amounts.

Furthermore, non-monetary donations of goods or products may have been excluded, as such donations may not be individually tracked by the Debtors.

## Part 5, Question 10

The Debtors experience certain losses on account of theft, shrinkage or other factors in the ordinary course of business that are not separately tracked and considered *de minimis* in nature. Such losses have been excluded in response to this item. Furthermore, the Debtors are party to various insurance claims related to incidents involving automobile, personal injury and other accidents, which are adjudicated in the normal course of business through their various insurance carriers, and may result in payments to the associated parties. As there were no insurance payments directed to the Debtors within the one year proceeding the Petition Date, no amounts have been listed.

## Part 6, Question 11

Presented herein are payments made to various professional services firms for services rendered within one year immediately preceding the Petition Date. The services rendered pertain to

(i) debt restructuring, (ii) relief under the Bankruptcy Code and/or (iii) preparation of a bankruptcy petition. Certain of the payments listed may have been paid for services outside of those noted above, however, they have been included out of an abundance of caution. Additionally, PricewaterhouseCoopers LLP provided prepetition services to the Debtors in capacities wholly unrelated to these chapter 11 cases. Out of an abundance of caution, Part 6, Statement 11 includes all amounts paid by the Debtors to PricewaterhouseCoopers LLP within one (1) year before the Petition Date, irrespective of the nature of services they provided.

Information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications and related orders.

In addition, the Debtors have listed payments made to professionals retained by the Debtors but not payments made to advisors of prepetition or postpetition lenders or other parties on account of any applicable fee arrangements.

### Part 6, Question 13

The Debtors may, from time to time and in the ordinary course of business, transfer equipment and other assets and/or sell certain equipment and other assets to third parties. These types of ordinary course transfers have not been disclosed in response to Part 6, Question 13. While the Debtors have made reasonable efforts to respond comprehensively to Part 6, Question 13, certain *de minimis* asset sales and transfers may have been omitted unintentionally.

The Debtors may also abandon assets in place at the locations for which they have no future use or have been unable to sell to a third party. These types of transfers have not been disclosed and the Debtors believe such transfers to be immaterial in nature.

The total amount or value of the transfers noted in response to this item reflect the gross transaction price, and does not include any costs the Debtors incurred in association with the sale or transfer.

### Part 9, Question 16

The Debtors collect a limited amount of information from its customers, including personally identifiable information, via their website portals and mobile applications, over the telephone, or in person to provide services to and inform them of new products and services. Examples of the types of information collected by the Debtors include, among other things, names, email addresses, company names, phone numbers and countries.

If an individual accesses the Debtors' customer portal, the Debtors collect information about activities and actions while logged in. Also, if any content is posted to the Debtors' websites—such as a comment to a blog—the Debtors collect information about the post, as well as name and contact information (if provided). If a customer participates in an optional survey, the Debtors collect information about the responses, as well as name, contact information and other information provided in the survey. Furthermore, the Debtors conduct various marketing studies in the ordinary course.

In addition, while using the website, the Debtors automatically track certain information about these users via log files, cookies, pixel tags and other technologies. This information includes the

URL of the web page that the user just came from, which URL the user navigates to next, the type of browser being used, the number of times this user visited the Debtors' websites, which pages were visited and what materials, if any, were downloaded, the user's IP address and location information.

The Debtors maintain privacy policies and have information security protocols to safeguard personally identifiable information.

### Part 9, Question 17

The Debtors have listed the 401(k) plans for which they are plan administrators. Prior to the Petition Date, the Debtors also contributed to various pension funds, and have included such pension funds in response to Part 13, Question 32. Since the Debtors are not responsible for the administration of those pension funds, they have not been included in response to this item.

Furthermore, the Debtors' ERISA-qualified health and welfare or severance-related plans have been excluded from the response to this item.

### Part 10, Question 18

In the ordinary course of the Debtors' business, the Debtors are engaged in various financial instruments, including letters of credit that are renewed on a regular basis. Certain accounts or instruments that appear to have been "closed" were closed in regard to that particular period but were renewed for subsequent periods. To the extent the Debtors have any accounts or instruments that appear to have been closed but were in fact renewed for subsequent years and are continuing under a present renewal, the Debtors have not included those accounts or instruments in response to Question 18.

Additionally, the Debtors have reserved the right to deem the Existing Letters of Credit as being issued under the DIP Credit Agreement.  Under the DIP Credit Agreement and as authorized by the DIP Order, the Debtors have cash collateralized the Existing Letters of Credit, but have reserved the right to later deem them as issued under the DIP Credit Agreement.  Upon the Debtors' designation, the cash collateral with respect to such letter of credit will be released to the Debtors.

### Part 10, Question 20

The Debtors have excluded off-premise storage for documentation retention held at multiple locations.

### Part 11, Question 21

In the ordinary course of business, the Debtors' corporate locations contain various equipment and items owned by others including, but not limited to, copy machines and computer hardware. Additionally, the Debtors utilize leased property in their ordinary course of business. Therefore, the Debtors hold property subject to leases listed on the Debtors' Schedules G, however, have not listed such property in response to Part 11, Question 21.

### Part 12, Questions 22 – 24

The Debtors have or in the past have had operations in many locations. In certain locations, the Debtors no longer have any operations and may no longer have relevant records, or the records may no longer be complete or reasonably accessible or reviewable. Some individuals who once possessed responsive information may no longer employed by the Debtors. For all these reasons, it may not be possible to identify and supply the requested information for every "site" and "proceeding" responsive to Part 12, Questions 22–24. The Debtors have identified and provided the requested information for all known sites and proceedings they are aware of. The Debtors reserve all of their rights to amend the Statements to the extent that additional information is identified or discovered. This response does not include sites or proceedings related to non-environmental laws such as occupational safety and health laws or transportation laws. This response is limited to environmental remediation issues that have been assigned to a court or agency and does not purport to identify all routine reports and submissions.

**Part 13, Question 25**

The Debtors have used reasonable efforts to identify each of their ownership interests of other entities greater than five percent within the six years immediately preceding the Petition Date. Contained herein are each Debtor's respective ownership interests in intercompany subsidiary entities, dissolved entities and merged entities.

**Part 13, Question 26**

In the ordinary course of business, various finance, accounting, tax and other personnel employed by the Debtors are involved in the preparation of Debtors' books and records. Responses to Part 13, Questions 26a–26c have been limited to senior personnel of the Debtors or the external accounting firms the Debtors ordinarily engage for audit, tax and / or valuation services.

The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients have included, but are not limited to, regulatory agencies, financial institutions, investment banks, debtholders, and their legal and financial advisors. Financial statements have also been provided to other parties as requested. The Debtors do not maintain complete lists to track such disclosures. As such, the Debtors have not provided lists of these parties in response to Part 13, Question 26d.

**Part 13, Question 27**

The company performs a full physical inventory count at least once a year, no more than on quarter before year end close, for all inventory items, including finished goods, work in process and raw materials. The company's basis for inventory value is FIFO, lower of cost or net realizable value.

The amounts listed in response to Part 13, Question 27 exclude all inventory held at off-premise storage facilities. Inventory counts are performed at off premise storage facilities annually, during the fourth quarter of each year. The associated amounts are subsequently reported back to the Debtors and recorded in their books and records.

**Part 13, Question 28**

Contained herein are officers, directors, managing members, general partners, members in control, controlling shareholders, or other individuals or entities in control of the Debtors as of the Petition Date. This includes intercompany parent entities, as well as shareholders holding greater than five percent of each Debtor's voting or equity securities.

**Part 13, Question 30**

Any and all known disbursements to Insiders of the Debtors, as defined above, have been listed in the response to Part 2, Question 4.  The items listed under Part 13, Question 30 incorporate by reference any items listed under Part 2, Question 4.

*[Remainder of page intentionally left blank.]*

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor | SSB Manufacturing Company |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 23-90018 |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| **Part 1:** | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   | $71,182,244.05 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   | $298,848,058.07 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   | $370,030,302.12 |

---

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .
   | $1,920,919,609.59 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .
   | UNKNOWN |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .
   | **+** $39,707,378.77 |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b
   | $1,960,626,988.36 |

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | SSB Manufacturing Company |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 23-90018 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **CASH AND CASH EQUIVALENTS** |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. CASH ON HAND**

**NONE**

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | WELLS FARGO BANK, NATIONAL ASSOCIATION | CORPORATE AP ACCOUNT | 6707 | ($50,307.96) |
| 3.2. | WELLS FARGO BANK, NATIONAL ASSOCIATION | CREDIT CARD RECEIPTS ACCOUNT | 0051 | $1,802,299.35 |
| 3.3. | WELLS FARGO BANK, NATIONAL ASSOCIATION | EMPLOYEE EXPENSE REIMBURSEMENTS ACCOUNT | 4331 | $0.00 |
| 3.4. | WELLS FARGO BANK, NATIONAL ASSOCIATION | MASTER CONCENTRATION ACCOUNT | 3033 | $1,022,140.26 |
| 3.5. | WELLS FARGO BANK, NATIONAL ASSOCIATION | MASTER DISBURSEMENT / INVESTMENT ACCOUNT | 4137 | $152,936,800.86 |
| 3.6. | WELLS FARGO BANK, NATIONAL ASSOCIATION | SALES & USE TAX PAYMENTS/OTHER TAX PAYMENTS ACCOUNT | 4622 | ($38,089.52) |
| 3.7. | WELLS FARGO BANK, NATIONAL ASSOCIATION | SSB PAYROLL ACCOUNT | 9374 | ($2,215,768.20) |
| 3.8. | WELLS FARGO BANK, NATIONAL ASSOCIATION | WOS COLLECTION SUBACCOUNT #1 (CHATTAHOOCHEE, GA) | 4313 | $0.00 |
| 3.9. | WELLS FARGO BANK, NATIONAL ASSOCIATION | WOS COLLECTION SUBACCOUNT #3 (OAKS, PA) | 4305 | $0.00 |

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---:|

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---:|
| 3.10. | WELLS FARGO BANK, NATIONAL ASSOCIATION | WOS COLLECTION SUBACCOUNT #5 (SENECA, SC) | 0211 | $0.00 |
| 3.11. | WELLS FARGO BANK, NATIONAL ASSOCIATION | WOS COLLECTION SUBACCOUNT #6 (ST. LOUIS, MO) | 2056 | $0.00 |
| 3.12. | WELLS FARGO BANK, NATIONAL ASSOCIATION | WOS OUTLET MASTER COLLECTION ACCOUNT | 6249 | $0.00 |

**4. OTHER CASH EQUIVALENTS**

NONE

| **5** | **Total of Part 1.** ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $153,457,074.79 |
|---|---|---:|

| **Part 2:** | **DEPOSITS AND PREPAYMENTS** |
|---|---|

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---:|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| 7.1. | DUKE ENERGY DEPOSIT | $23,625.00 |
|---|---|---:|
| 7.2. | FALLBROOK PINES PHASE I LLC (HOUSTON) DEPOSIT | $198,527.48 |
| 7.3. | FLORIDA DEPT. OF REV AND FPL DEPOSIT | $61,101.64 |
| 7.4. | FLORIDA POWER AND LIGHT DEPOSIT | $46,246.00 |
| 7.5. | GA POWER DEPOSIT (DORAVILLE) | $24,065.00 |
| 7.6. | GA POWER UTILITY DEPOSIT | $25,515.00 |
| 7.7. | IAC PORT 167, LLC DEPOSIT | $129,183.93 |
| 7.8. | PROPERTY DEVELOPRS & CONSULTANTS LLC DEPOSIT | $27,416.27 |
| 7.9. | TXU ENERGY DEPOSIT | $34,600.00 |

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| 8.1. | CROWN PACKAGING CORP. PREPAID INVENTORY | $108,499.78 |
|---|---|---:|
| 8.2. | DORAVILLE PREPAID TAX | $32,974.82 |
| 8.3. | MATRIX CLAIMS MANAGEMENT INSURANCE PREPAYMENT | $3,303.75 |
| 8.4. | PHOENIX JCR BELOIT INDUSTRIAL INVESTORS, LLC PREPAID RENT | $13,077.11 |
| 8.5. | QUALTRICS, LLC PREPAID SOFTWARE | $181,242.60 |
| 8.6. | SHORR PREPAID INVENTORY | $98,228.96 |
| 8.7. | ZONKD INC. PREPAID INVENTORY | $42,164.10 |

| **9** | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $1,049,771.44 |
|---|---|---:|

Debtor    SSB Manufacturing Company                    Case number (if known) 23-90016
          (Name)

| Part 3: | ACCOUNTS RECEIVABLE |
|---|---|

**10.  DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11.  ACCOUNTS RECEIVABLE**

| 12 | Total of Part 3.<br>CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | NOT APPLICABLE |
|---|---|---|

| Part 4: | INVESTMENTS |
|---|---|

**13.  DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15.  NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| | Name of entity | % of ownership | |
|---|---|---|---|
| 15.1. | DREAMWELL, LTD. | 100% | UNKNOWN |
| 15.2. | SIMMONS CARIBBEAN BEDDING, INC. | 100% | UNKNOWN |
| 15.3. | SSB HOSPITALITY, LLC | 100% | UNKNOWN |
| 15.4. | SSB LOGISTICS, LLC | 100% | UNKNOWN |
| 15.5. | THE SIMMONS MANUFACTURING CO., LLC | 100% | UNKNOWN |

**16.  GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

| 17 | Total of Part 4.<br>ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | UNDETERMINED |
|---|---|---|

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18.  DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  RAW MATERIALS** | | | | |
| 19.1.    RAW MATERIALS | 12/17/2023 | $41,749,400.53 | FIFO | $41,749,400.53 |
| **20.  WORK IN PROGRESS** | | | | |
| 20.1.    WORK IN PROGRESS | 12/17/2023 | $617,270.36 | FIFO | $617,270.36 |

Debtor  SSB Manufacturing Company                                    Case number (if known) 23-90016

    (Name)

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 21. | **FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| | 21.1.  FINISHED GOODS | 12/17/2023 | $22,598,270.26 | FIFO | $22,598,270.26 |
| 22. | **OTHER INVENTORY OR SUPPLIES** | | | | |
| | 22.1.  OTHER INVENTORY OR SUPPLIES | 12/17/2023 | $1,299,757.36 | FIFO | $1,299,757.36 |

| 23 | **Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | $66,264,698.51 |
|---|---|---|

**24.**   **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes   Book value _____   Valuation method _____   Current value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)** |
|---|---|

**27.**   **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.** | **CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.** | **FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.** | **FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.** | **FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.** | **OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| 33 | **Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|---|

**34.**   **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.**   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.**   **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.**   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    SSB Manufacturing Company                                Case number (if known)    23-90016
    (Name)

---

| **Part 7:** | **OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES** |
|---|---|

**38.** **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **OFFICE FURNITURE** | | | |
| NONE | | | |
| **40.** **OFFICE FIXTURES** | | | |
| NONE | | | |
| **41.** **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.   OFFICE EQUIPMENT INCLUDING COMPUTERS + SOFTWARE, NET | $4,070,107.85 | NET BOOK VALUE | $4,070,107.85 |
| **42.** **COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| NONE | | | |

| **43** **Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | $4,070,107.85 |
|---|---|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| **Part 8:** | **MACHINERY, EQUIPMENT, AND VEHICLES** |
|---|---|

**46.** **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.   TRANSPORATION EQUIPMENT, NET | $875,007.19 | NET BOOK VALUE | $875,007.19 |
| **48.** **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| NONE | | | |
| **49.** **AIRCRAFT AND ACCESSORIES** | | | |
| NONE | | | |

---

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.   OTHER MATCHINERY, FIXTURES AND EQUIPMENT, NET | $71,884,684.77 | NET BOOK VALUE | $71,884,684.77 |

| | |
|---|---|
| **51**   **Total of Part 8.** ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | $72,759,691.96 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:   REAL PROPERTY

**54.** **DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55.** **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   BUILDINGS | | $24,990,491.59 | NET BOOK VALUE | $24,990,491.59 |
| 55.2.   CONSTRUCTION IN PROCESS | | $20,825,912.88 | NET BOOK VALUE | $20,825,912.88 |
| 55.3.   LAND | | $3,070,545.88 | NET BOOK VALUE | $3,070,545.88 |
| 55.4.   LEASEHOLD IMPROVEMENTS | | $22,295,293.70 | NET BOOK VALUE | $22,295,293.70 |

| | |
|---|---|
| **56**   **Total of Part 9.** ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | $71,182,244.05 |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10:   INTANGIBLES AND INTELLECTUAL PROPERTY

**59.** **DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61.** **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| **62.** **LICENSES, FRANCHISES, AND ROYALTIES** | | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 63. | CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS | | | |
| | 63.1.    CUSTOMER RELATIONSHIPS | UNDETERMINED | | UNDETERMINED |
| 64. | OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY | | | |
| 65. | GOODWILL | | | |

| 66 | Total of Part 10.<br>ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |
|---|---|---|---|---|

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☑ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☑ No
☐ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70.** DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | NOTES RECEIVABLE | |
| | DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| | NONE | |
| 72. | TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS) | |
| | DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| | 72.1.    REFER TO GLOBAL NOTES    Tax year | |
| 73. | INTERESTS IN INSURANCE POLICIES OR ANNUITIES | |
| | NONE | |
| 74. | CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED) | |
| | 74.1.    SSB, LLC, SSB MANUF CO VS THE ASSESSOR(S) FOR THE TOWN OF NEW BALTIMORE, ET AL | UNDETERMINED |
| | Nature of claim    TAX DISPUTE | |
| | Amount requested    UNDETERMINED | |
| 75. | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS | |
| | NONE | |
| 76. | TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY | |
| | NONE | |

| Debtor | SSB Manufacturing Company | Case Number (if known) | 23-90018 |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|
| **77.** | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| | 77.1.    OTHER EMPLOYEE RECEIVABLES | $102,638.31 |
| | 77.2.    SCRAP RECYCLING RECEIVABLE | $331,104.42 |
| | 77.3.    VENDOR DISPUTE/DEFECT RECEIVABLE | $17,681.33 |
| | 77.4.    VENDOR REBATE RECEIVABLES | $795,289.46 |
| **78** | **Total of Part 11.**  ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $1,246,713.52 |
| **79.** | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**  ☒ No  ☐ Yes | |

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| **80.** | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $153,457,074.79 | |
| **81.** | **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,049,771.44 | |
| **82.** | **Accounts receivable.** *Copy line 12, Part 3.* | | |
| **83.** | **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| **84.** | **Inventory.** *Copy line 23, Part 5.* | $66,264,698.51 | |
| **85.** | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,070,107.85 | |
| **87.** | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $72,759,691.96 | |
| **88.** | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $71,182,244.05 |
| **89.** | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| **90.** | **All other assets.** *Copy line 78, Part 11.* | + $1,246,713.52 | |
| **91.** | **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $298,848,058.07 | + 91b. $71,182,244.05 |
| **92.** | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $370,030,302.12 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | SSB Manufacturing Company |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 23-90018 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.
   1. **Do any creditors have claims secured by debtor's property?**
      ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
      ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name**<br>UBS AG, STAMFORD BRANCH<br><br>**Creditor's mailing address**<br>600 WASHINGTON BLVD, 9TH FLOOR<br>STAMFORD, CT  06901<br><br>**Creditor's email address**<br>AGENCY-UBSAMERICAS@UBS.COM<br><br>**Date or dates debt was incurred**<br>11/8/2016<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL OF THE DEBTORS ASSETS<br><br>**Describe the lien**<br>NON-PTL FACILITY<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $879,906,140.99 | UNKNOWN |
| 2.2 | **Creditor's name**<br>WILMINGTON SAVINGS FUND SOCIETY, FSB<br><br>**Creditor's mailing address**<br>500 DELAWARE AVENUE, 11TH FLOOR<br>WILMINGTON, DE  19801<br><br>**Creditor's email address**<br>PHEALY@WSFSBANK.COM<br><br>**Date or dates debt was incurred**<br>6/22/2020<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL OF THE DEBTORS ASSETS<br><br>**Describe the lien**<br>FLSO TERM LOANS<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $843,355,185.28 | UNKNOWN |

Debtor    SSB Manufacturing Company    Case number (if known)    23-90018

   (Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.3 | **Creditor's name**<br>WILMINGTON SAVINGS FUND SOCIETY, FSB<br><br>**Creditor's mailing address**<br>500 DELAWARE AVENUE, 11TH FLOOR<br>WILMINGTON, DE  19801<br><br>**Creditor's email address**<br>PHEALY@WSFSBANK.COM<br><br>**Date or dates debt was incurred**<br>6/22/2020<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL OF THE DEBTORS ASSETS<br><br>**Describe the lien**<br>FLFO TERM LOANS<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $197,658,283.32 | UNKNOWN |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,920,919,609.59 |
| --- | --- | --- |

| Fill in this information to identify the case: |
|---|

| Debtor | SSB Manufacturing Company |
|---|---|

| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| Case number (if known) | 23-90018 |
|---|---|

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | **Priority creditor's name and mailing address**<br><br>ADAMS COUNTY TREASURER'S OFFICE<br>ATTN TREASURER AND PUBLIC TRUSTEE'S OFFICE<br>4430'S ADAMS COUNTY PKWY, STE W1000<br>BRIGHTON, CO  80601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| 2.2 | **Priority creditor's name and mailing address**<br><br>ASCENSION PARISH  DEPARTMENT OF REVENUE<br>2117 E HWY 30<br>GONZALES, LA  70737<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90020 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.3** | **Priority creditor's name and mailing address**<br><br>ASSEMBLY COMMUNITY IMPROVEMENT DISTRICT (CID) ASSEMBLY COMMUNITY IMPROVEMENT DISTRICT<br>PO BOX 81694<br>ATLANTA, GA  303341<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.4** | **Priority creditor's name and mailing address**<br><br>AUBURN  DEPARTMENT OF REVENUE CITY REVENUE OFFICE<br>144 TICHENOR AVE, STE 6<br>AUBURN, AL  36830<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.5** | **Priority creditor's name and mailing address**<br><br>AURORA  BUSINESS SERVICES<br>15151 E. ALAMEDA PARKWAY<br>AURORA, CO  80012<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.6** | **Priority creditor's name and mailing address**<br><br>AVENU  TAX & LICENSE ADMINISTRATION<br>600 WEST BEACON PARKWAY<br>SUITE 900<br>BIRMINGHAM, AL  35209<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.7** | **Priority creditor's name and mailing address**<br><br>BALDWIN CO SALE & USE TAX DEPT<br>22070 HIGHWAY 59<br>ROBERTSDALE, AL  36567<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor SSB Manufacturing Company

(Name)

Case Number (if known) 23-90018

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | **Total claim** | **Priority amount** |

**2.8**

**Priority creditor's name and mailing address**
BALDWIN CO.  SALE & USE TAX DEPT
22070 HIGHWAY 59
ROBERTSDALE, AL  36567

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.9**

**Priority creditor's name and mailing address**
BIRMINGHAM  FINANCE DEPT
TAX & LICENSE DIVISION
CITY HALL - RM TL-100 710 N 20TH ST
BIRMINGHAM, AL  35203

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.10**

**Priority creditor's name and mailing address**
BOSSIER PARISH  DEPARTMENT OF REVENUE
620 BENTON RD
BOSSIER CITY, LA  71111

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.11**

**Priority creditor's name and mailing address**
BRECKENRIDGE  DEPARTMENT OF REVENUE
208 LINCOLN AVE
BREKENRIDGE, CO  80424

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.12**

**Priority creditor's name and mailing address**
CADDO SALES & USE TAX DIV
3300 DEE ST
SHREVEPROT, LA  71105

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

Debtor   SSB Manufacturing Company                    Case Number (if known)   23-90016
        (Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.13** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

CALCASIEU PARISH  SALES & USE TAX DEPT
2439 SIXTH ST
LAKE CHARLES, LA 70601

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.14** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

CENTENNIAL  DEPARTMENT OF REVENUE
13133 E ARAPAHOE RD
CENTENNIAL, CO  80112

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.15** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

CERRO GORDO COUNTY FINANCE DEPT
220 N WASHINGTON AVE
MASON CITY, IA  50401

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.16** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

CHAUTAUQUA COUNTY FINANCE DEPT
3 N ERIE ST
TOWN OF ELLICOTT, NY  14757

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.17** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

CITY OF BELOIT / ROCK COUNTY ROCK
COUNTY COURTHOUSE
51 S MAIN ST, RM 108
JANESVILLE, WI  53545

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| Debtor | SSB Manufacturing Company | | Case number (if known) | 23-90016 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.18**

**Priority creditor's name and mailing address**

CITY OF BELOIT / ROCK COUNTY ROCK
COUNTY TREASURER'S OFFICE
51 S MAIN ST
JANESVILLE, WI  53545

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.19**

**Priority creditor's name and mailing address**

CITY OF MONROE, OH FINANCE DEPT
233 S MAIN ST
MONROE, OH  45050

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.20**

**Priority creditor's name and mailing address**

CITY OF PHILADEPHIA FINANCE DEPT
1401 JOHN F KENNEDY BLVD
PHILADELPHIA, PA  19102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.21**

**Priority creditor's name and mailing address**

CLARK COUNTY NV FINANCE DEPT
500 S GRAND CENTRAL PKWY
LAS VEGAS, NV  89155

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.22**

**Priority creditor's name and mailing address**

COLORADO DEPARTMENT OF REVENUE
1881 PIERCE ST.
ENTRANCE B
LAKEWOOD, CO  80214

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

Debtor    SSB Manufacturing Company                                      Case number (if known)  23-90016

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.23 | **Priority creditor's name and mailing address**<br>COLUMBIA COUNTY FINANCE DEPT<br>650-B RONALD REAGAN DRIVE<br>EVANS, GA  30809<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.24 | **Priority creditor's name and mailing address**<br>CULLMAN COUNTY FINANCE DEPT<br>500 2ND AVE, RM 102<br>CULLMAN, AL  35055<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.25 | **Priority creditor's name and mailing address**<br>DALLAS (WOSO) PROPERTY TAX<br>500 ELM ST, STE 3300<br>DALLAS, TX  75202<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.26 | **Priority creditor's name and mailing address**<br>DEKALB (DORAVILLE) PROPERTY TAX DIV<br>4380 MEMORIAL DR, STE 100<br>DECATUR, GA  30034<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.27 | **Priority creditor's name and mailing address**<br>DENVER  DEPARTMENT OF REVENUE<br>1881 PIERCE ST, ENTRANCE B<br>LAKEWOOD, CO  80214<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | SSB Manufacturing Company | Case Number (if known) | 23-90016 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.28**

**Priority creditor's name and mailing address**

DISTRICT OF COLUMBIA DEPARTMENT OF REVENUE
1350 PENNSYLVANIA AVE NW, STE 203
WASHINGTON, DC 20004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.29**

**Priority creditor's name and mailing address**

DOGDE CITY SALE & USE TAX DEPT
130 HOWARD CIR
HANCEVILLE, AL 35077

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.30**

**Priority creditor's name and mailing address**

EAST BATON ROUGE DEPARTMENT OF REVENUE
222 SAINT LOUIS ST, RM 364
BATON ROUGE, LA 70802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.31**

**Priority creditor's name and mailing address**

FAIRHOPE DEPARTMENT OF REVENUE
161 N SECTION ST
FAIRHOPE, AL 36532

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.32**

**Priority creditor's name and mailing address**

FULTON (WOSO) ASSESSOR'S OFFICE
141 PRYOR STREET, SUITE 1018
ATLANTA, GA 30303-3487

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

Debtor   SSB Manufacturing Company                                    Case number (if known) 23-90016

(Name)

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.33** | **Priority creditor's name and mailing address**

GLENDALE  GLENDALE MUNICIPAL OFFICES
950 S BIRCH STREET
GLENDALE, CO  80246

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.34** | **Priority creditor's name and mailing address**

GREENE COUNTY COLLECTOR OF REVENUE
411 MAIN STREET
SUITE 447
CATSKILL, NY  12414

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.35** | **Priority creditor's name and mailing address**

GULF SHORES DEPARTMENT OF REVENUE
1905 W 1ST ST
PO BOX 4089
GULF SHORES, AL  36547

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.36** | **Priority creditor's name and mailing address**

GWINNETT (DATA CENTER) TAX ASSESSORS OFFICE
75 LANGLEY DR
LAWRENCEVILLE, GA  30046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.37** | **Priority creditor's name and mailing address**

HARRIS / WEST HARRIS COUNTY TAX ASSESSOR-COLLECTOR
1001 PRESTON ST
HOUSTON, TX  77002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Part 1: | Additional Page | | | | | |
|---|---|---|---|---|---|---|

| | | | | | Total claim | Priority amount |
|---|---|---|---|---|---|---|

**2.38** **Priority creditor's name and mailing address**

HARTFORD/WINDSOR LOCKS COUNTY
ASSESORS OFFICE
50 CHURCH ST
WINDSOR LOCKS, CT  6096

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN   UNKNOWN

---

**2.39** **Priority creditor's name and mailing address**

HOMEWOOD  DEPARTMENT OF REVENUE
50 N RIPLEY ST
MONTGOMERY, AL  36104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN   UNKNOWN

---

**2.40** **Priority creditor's name and mailing address**

HUNTSVILLE  DEPARTMENT OF REVENUE
308 FOUNTAIN CIR
HUNTSVILLE, AL  35801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN   UNKNOWN

---

**2.41** **Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC  20220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN   UNKNOWN

---

**2.42** **Priority creditor's name and mailing address**

IRONDALE .  DEPARTMENT OF REVENUE
101 20TH ST S
PO BOX 100188
IRONDALE, AL  35210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN   UNKNOWN

Debtor   SSB Manufacturing Company _____   Case number (if known) 23-90016
         (Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.43**

**Priority creditor's name and mailing address**

JACKSON PARISH  DEPARTMENT OF REVENUE
617 N THIRD ST
BATON ROUGE, LA  70802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.44**

**Priority creditor's name and mailing address**

JOHNSON COUNTY COUNTY ADMINISTRATION
111 S CHERRY ST
SHAWNEE, KS  66061

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.45**

**Priority creditor's name and mailing address**

LAFAYETTE PARISH  DEPARTMENT OF REVENUE
200 DULLES DR, STE 1060
LAFAYETTE, LA  71301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.46**

**Priority creditor's name and mailing address**

LAKEWOOD DEPARTMENT OF REVENUE
1881 PIERCE ST
LAKEWOOD, CO  80214

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.47**

**Priority creditor's name and mailing address**

LIVINGSTON PARISH  DEPARTMENT OF REVENUE
617 N THIRD ST
BATON ROUGE, LA  70802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | SSB Manufacturing Company | | | Case number (if known) | 23-90020 |
|---|---|---|---|---|---|
| | (Name) | | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.48**

**Priority creditor's name and mailing address**

MARICOPA COUNTY COUNTY ASSESSOR
301 W JEFFERSON ST
PHOENIX, AZ 85003

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.49**

**Priority creditor's name and mailing address**

MECKLENBURG COUNTY COUNTY
ASSESSORS OFFICE
3205 WOODARD CENTER, STE 3500
CHARLOTTE, NC 28208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.50**

**Priority creditor's name and mailing address**

MOBILE CITY  DEPARTMENT OF REVENUE
205 GOV'T ST, ST TOWER, RM 243
PO BOX 3065
MOBILE, AL 36652-3065

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.51**

**Priority creditor's name and mailing address**

MOBILE COUNTY  DEPARTMENT OF
REVENUE
205 GOV'T ST, ST TOWER, RM 243
PO BOX 3065
MOBILE, AL 36652-3065

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.52**

**Priority creditor's name and mailing address**

MONTROSE  DEPARTMENT OF REVENUE
433 S FIRST ST
PO BOX 790
MONTROSE, CO 81402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90018 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.53** | **Priority creditor's name and mailing address**

MOODY  DEPARTMENT OF REVENUE
50 N RIPLEY ST
MONTGOMERY, AL  36104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.54** | **Priority creditor's name and mailing address**

NEW ORLEANS  DEPARTMENT OF REVENUE
1300 PERDIDO ST, RM 1W34
NEW ORLEANS, LA  70112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.55** | **Priority creditor's name and mailing address**

PALM BEACH COUNTY COUNTY TAX COLLECTOR
301 N OLIVE AVE, 3RD FL
WEST PALM BEACH, FL  33401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.56** | **Priority creditor's name and mailing address**

PELHAM.  DEPARTMENT OF REVENUE
3162 PELHAM PKWY
PELHAM, AL  35124

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.57** | **Priority creditor's name and mailing address**

PIERCE COUNTY BUSINESS PERSONAL PROPERTY
2401 S 35TH ST, RM 142
TACOMA, WA  98409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor  SSB Manufacturing Company                                      Case number (if known) 23-90020

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.58** | Priority creditor's name and mailing address

PLAQUEMINES PARISH  DEPARTMENT OF REVENUE
333 F EDWARD HEBERT BLVD, BLDG 102, STE 345
BELLE CHASSE, LA  70037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.59** | Priority creditor's name and mailing address

PUERTO RICO COUNTY DEPARTMENT OF FINANCE
EDIFICIO INTENDENTE RAMIREZ
10 PASEO COVADONGA
SAN JUAN, PR  901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.60** | Priority creditor's name and mailing address

PUERTO RICODEPARTMENT OF REVENUE
PO BOX 9024140
SAN JUAN, PR  00902-4140

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.61** | Priority creditor's name and mailing address

RIVERSIDE COUNTY ASSESSOR-COOUNTY CLERK-RECORDER
2724 GATEWAR DR
RIVERSIDE, CA  92507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.62** | Priority creditor's name and mailing address

ROCK COUNTY / CITY OF JANESVILLE REAL PORPERTY LISTER
ROCK COUNTY COURTHOUSE
51 S MAIN ST, RM 108
JANESVILLE, WI  53545

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

Debtor    SSB Manufacturing Company
_____
(Name)

Case number (if known) 23-90016

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.63** **Priority creditor's name and mailing address**

ROCK COUNTY / CITY OF JANESVILLE
TREASURER'S OFFICE
ROCK COUNTY COURTHOUSE
51 S MAIN ST, 2ND FL EAST WING
JANESVILLE, WI  52545

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.64** **Priority creditor's name and mailing address**

SHELBY CO.  DEPARTMENT OF REVENUE
ADMINISTRATION BLDG
200 W COLLEGE ST, RM 115
COLUMBIANA, AL  35051

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.65** **Priority creditor's name and mailing address**

SPOTSYLVANIA COUNTY COMMISSIONER OF
THE REVENUE
RICHARD E HOLBERT BLDG
9104 COURTHOUSE RD
SPOTSYLVANIA, VA  22553

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.66** **Priority creditor's name and mailing address**

ST. BERNARD PARISH  DEPARTMENT OF
REVENUE
PO BOX 168
CHALMETTE, LA  70044

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.67** **Priority creditor's name and mailing address**

ST. CHARLES PARISH  SALES TAX DIVISION
13855 RIVER RD
LULING, LA  70070-0046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor  SSB Manufacturing Company                                    Case Number (if known) 23-90018
          (Name)

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.68 | **Priority creditor's name and mailing address** <br> ST. CLAIR CO.  SALES TAX DEPT <br> 165 5TH AVE, STE 102 <br> ASHVILLE, AL  35953 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAXES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.69 | **Priority creditor's name and mailing address** <br> ST. LANDRY PARISH  SALES TAX DEPT <br> PO BOX 100 <br> OPELOUSAS, LA  70571 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAXES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.70 | **Priority creditor's name and mailing address** <br> ST. TAMMANY PARISH  SALES TAX DEPT <br> PO BOX 628 <br> COVINGTON, LA  70434 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAXES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.71 | **Priority creditor's name and mailing address** <br> ST. TANGIPAHOA PARISH  SALES TAX DEPT <br> PO BOX 215 <br> AMITE, LA  70422 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAXES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.72 | **Priority creditor's name and mailing address** <br> STATE OF ALABAMA DEPARTMENT OF REVENUE <br> 50 N RIPLEY ST, <br> MONTGOMERY, AL  36130 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAXES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | **Total claim** | **Priority amount** |

| | | | | |
|---|---|---|---|---|
| 2.73 | **Priority creditor's name and mailing address**<br><br>STATE OF ALASKA DEPARTMENT OF REVENUE<br>PO BOX 110400<br>JUNEAU, AK 99811-0100<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.74 | **Priority creditor's name and mailing address**<br><br>STATE OF ARIZONA DEPARTMENT OF REVENUE<br>1600 W MONROE ST<br>PHOENIX, AZ 85007<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.75 | **Priority creditor's name and mailing address**<br><br>STATE OF ARKANSAS DEPT OF FINANCE & REVENUE<br>1509 W 7TH ST<br>LITTLE ROCK, AR 72201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.76 | **Priority creditor's name and mailing address**<br><br>STATE OF CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942840<br>SACRAMENTO, CA 942840<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.77 | **Priority creditor's name and mailing address**<br><br>STATE OF CALIFORNIA DEPT OF TAX & FEE ADMINISTRATION<br>ATTN DIRECTOR<br>450 N ST, RM 2322 MIC:104<br>SACRAMENTO, CA 95814<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90016 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.78**

Priority creditor's name and mailing address

STATE OF CALIFORNIA FRANCHISE TAX
BOARD
PO BOX 942840
SACRAMENTO, CA  942840

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.79**

Priority creditor's name and mailing address

STATE OF COLORADO DEPARTMENT OF
REVENUE
1881 PIERCE ST
LAKEWOOD, CO  80214

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.80**

Priority creditor's name and mailing address

STATE OF CONNECTICUT DEPARTMENT OF
REVENUE
450 COLUMBUS BLVD, STE 1
HARTFORD, CT  6103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.81**

Priority creditor's name and mailing address

STATE OF DELAWARE DEPARTMENT OF
FINANCE
DIVISION OF REVENUE
820 N FRENCH ST
WILMINGTON, DE  19801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

**2.82**

Priority creditor's name and mailing address

STATE OF FLORIDA DEPARTMENT OF
REVENUE
5050 W TENNESSEE ST
TALLAHASSEE, FL  32399-0112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN          UNKNOWN

---

Debtor   SSB Manufacturing Company _____   Case number (if known) 23-90020 _____
         (Name)

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

---

**2.83**

**Priority creditor's name and mailing address**

STATE OF GEORGIA COMPLIANCE DIVISION
CENTRAL COLLECTION SECTION
1800 CENTURY BLVD NE, SUITE 9100
ATLANTA, GA  30345-3202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN                UNKNOWN

---

**2.84**

**Priority creditor's name and mailing address**

STATE OF GEORGIA DEPARTMENT OF
REVENUE
1800 CENTURY BLVD NE
ATLANTA, GA  30345

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN                UNKNOWN

---

**2.85**

**Priority creditor's name and mailing address**

STATE OF HAWAII DEPARTMENT OF
REVENUE
830 PUNCHBOWL ST
HONOLULU, HI  96813-5094

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN                UNKNOWN

---

**2.86**

**Priority creditor's name and mailing address**

STATE OF IDAHO STATE TAX COMMISSION
11321 W CHINDEN BLVD
BOISE, ID  83714-1021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN                UNKNOWN

---

**2.87**

**Priority creditor's name and mailing address**

STATE OF ILLINOIS DEPARTMENT OF
REVENUE
555 W MONROE, STE 1100
CHICAGO, IL  60661

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN                UNKNOWN

---

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90016 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.88** | Priority creditor's name and mailing address

STATE OF INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
100 N SENATE AVE, MS 108
INDIANAPOLIS, IN  46204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.89** | Priority creditor's name and mailing address

STATE OF IOWA DEPARTMENT OF REVENUE
HOOVER STATE OFFICE BLDG, 1ST FL
1305 E WALNUT
DES MOINES, IA  50319

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.90** | Priority creditor's name and mailing address

STATE OF KANSAS DEPARTMENT OF REVENUE
SCOTT STATE OFFICE BLDG
120 SE 10TH AVE
TOPEKA, KS  66612-1103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.91** | Priority creditor's name and mailing address

STATE OF KENTUCKY DEPARTMENT OF REVENUE
501 HIGH ST
FRANKFORT, KY  40601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.92** | Priority creditor's name and mailing address

STATE OF LOUISIANA DEPARTMENT OF REVENUE
617 N THIRD ST
BATON ROUGE, LA  70802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.93 | **Priority creditor's name and mailing address**<br><br>STATE OF MAINE DEPARTMENT OF REVENUE<br>51 COMMERCE DR<br>AUGUSTA, ME  4330<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.94 | **Priority creditor's name and mailing address**<br><br>STATE OF MARYLAND DEPARTMENT OF REVENUE<br>110 CARROLL ST<br>ANNAPOLIS, MD  21411<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.95 | **Priority creditor's name and mailing address**<br><br>STATE OF MASSACHUSETTS DEPARTMENT OF REVENUE<br>100 CAMBRIDGE ST<br>BOSTON, MA  2204<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.96 | **Priority creditor's name and mailing address**<br><br>STATE OF MICHIGAN DEPARTMENT OF REVENUE<br>AUSTIN BLDG<br>430 W ALLEGAN ST<br>LANSING, MI  48933<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.97 | **Priority creditor's name and mailing address**<br><br>STATE OF MINNESOTA DEPARTMENT OF REVENUE<br>600 N ROBERT ST<br>ST PAUL, MN  55101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor  SSB Manufacturing Company                                    Case Number (if known) 23-90016
_____
(Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.98 | **Priority creditor's name and mailing address**<br><br>STATE OF MISSISSIPPI DEPARTMENT OF REVENUE<br>500 CLINTON CENTER DR<br>CLINTON, MS  39056<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.99 | **Priority creditor's name and mailing address**<br><br>STATE OF MISSOURI DEPARTMENT OF REVENUE<br>HARRY S TRUMAN STATE OFFICE BLDG<br>301 W HIGH ST<br>JEFFERRSON CITY, MO  65101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.100 | **Priority creditor's name and mailing address**<br><br>STATE OF MONTANA DEPARTMENT OF REVENUE<br>MITCHELL BLDG<br>125 N ROBERTS PO BOX 5805<br>HELENA, MT  59604-5805<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.101 | **Priority creditor's name and mailing address**<br><br>STATE OF NEBRASKA DEPARTMENT OF REVENUE<br>NEBRASKA STATE OFFICE BLDG<br>301 CENTENNIAL MALL S<br>LINCOLN, NE  68508<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.102 | **Priority creditor's name and mailing address**<br><br>STATE OF NEVADA DEPARTMENT OF REVENUE<br>1550 COLLEGE PKWY, STE 115<br>CARSON CITY, NV  89706<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor   SSB Manufacturing Company

(Name)

Case number (if known) 23-90020

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.103 | **Priority creditor's name and mailing address**<br>STATE OF NEW HAMPSHIRE DEPARTMENT OF REVENUE<br>GOV HUGH GALLEN STATE OFFICE PK<br>109 PLEASANT ST<br>CONCORD, NH  3301<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.104 | **Priority creditor's name and mailing address**<br>STATE OF NEW JERSEY DEPARTMENT OF REVENUE<br>3 JOHN FITCH WAY, 1ST FL LOBBY<br>TRENTON, NJ  8695<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.105 | **Priority creditor's name and mailing address**<br>STATE OF NEW MEXICO DEPARTMENT OF REVENUE<br>1200 S ST FRANCIS DR<br>PO BOX 630<br>SANTA FE, NM  87505<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.106 | **Priority creditor's name and mailing address**<br>STATE OF NEW YORK DEPARTMENT OF REVENUE<br>ATTN OFFICE OF COUNSEL<br>BLDG 9, W A HARRIMAN CAMPUS<br>ALBANY, NY  12227<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.107 | **Priority creditor's name and mailing address**<br>STATE OF NORTH CAROLINA DEPARTMENT OF REVENUE<br>501 N WILMINGTON ST<br>RALEIGH, NC  27604<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor    SSB Manufacturing Company                                    Case number (if known) 23-90016
          (Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.108 | **Priority creditor's name and mailing address**<br><br>STATE OF NORTH DAKOTA DEPARTMENT OF REVENUE<br>OFFICE OF STATE TAX COMMISSIONER<br>600 E BOULVEVARD AVE, DEPT 127<br>BISMARCK, ND  58505-0599<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.109 | **Priority creditor's name and mailing address**<br><br>STATE OF OHIO DEPARTMENT OF REVENUE<br>4485 NORTHLAND RIDGE BLVD<br>COLUMBUS, OH  43229<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.110 | **Priority creditor's name and mailing address**<br><br>STATE OF OKLAHOMA DEPARTMENT OF REVENUE<br>300 N BROADWAY AVE<br>OKLAHOMA, OK  73102<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.111 | **Priority creditor's name and mailing address**<br><br>STATE OF OREGON DEPARTMENT OF REVENUE<br>955 CENTER ST NE<br>SALEM, OR  97301-2555<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.112 | **Priority creditor's name and mailing address**<br><br>STATE OF PENNSYLVANIA DEPARTMENT OF REVENUE<br>LOBBY STRAWBERRY SQ<br>HARRISBURG, PA  17128-0101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor    SSB Manufacturing Company                                    Case number (if known) 23-90016

    (Name)

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.113 | **Priority creditor's name and mailing address**<br><br>STATE OF PUERTO RICO DEPARTMENT OF REVENUE<br>EDIFICIO INTENDENTE RAMIREZ<br>10 PASEO COVADONGA<br>SAN JUAN, PR  901<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.114 | **Priority creditor's name and mailing address**<br><br>STATE OF RHODE ISLAND DEPARTMENT OF REVENUE<br>ONE CAPITOL HILL, 1ST FL<br>PROVIDENCE, RI  2908<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.115 | **Priority creditor's name and mailing address**<br><br>STATE OF SOUTH CAROLINA DEPARTMENT OF REVENUE<br>300A OUTLET POINTE BLVD<br>COLUMBIA, SC  29210<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.116 | **Priority creditor's name and mailing address**<br><br>STATE OF SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 E CAPITOL AVE<br>PIERRE, SD  57501-3185<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.117 | **Priority creditor's name and mailing address**<br><br>STATE OF TENNESSEE DEPARTMENT OF REVENUE<br>ANDREW JACKSON STATE OFFICE BLDG<br>500 DEADERICK ST<br>NASHVILLE, TN  37242<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor   SSB Manufacturing Company _____   Case number (if known) 23-90019
              (Name)

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.118**

Priority creditor's name and mailing address

STATE OF TENNESSEE FRANCHISE AND
EXCISE TAX
500 DEADERICK ST
NASHVILLE, TN 37242

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.119**

Priority creditor's name and mailing address

STATE OF TEXAS TEXAS COMPTROLLER OF
PUBLIC ACCOUNTS
LYNDON B JOHNSON STATE OFFICE BLDG
111 E 17TH ST
AUSTIN, TX 78774

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.120**

Priority creditor's name and mailing address

STATE OF UTAH DEPARTMENT OF REVENUE
210 N 1950 W
SALT LAKE CITY, UT 84116

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.121**

Priority creditor's name and mailing address

STATE OF UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY, UT 84134-0266

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.122**

Priority creditor's name and mailing address

STATE OF VERMONT DEPARTMENT OF
REVENUE
133 STATE ST, 1ST FL
MONTPELIER, VT 05633-1401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor  SSB Manufacturing Company

(Name)

Case number (if known) 23-90016

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.123** | **Priority creditor's name and mailing address**

STATE OF VIRGINIA DEPARTMENT OF REVENUE
1957 WESTMORELAND ST
RICHMOND, VA  23230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.124** | **Priority creditor's name and mailing address**

STATE OF WASHINGTON DEPARTMENT OF REVENUE
2101 4TH AVE, STE 1400
SEATTLE, WA  98121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.125** | **Priority creditor's name and mailing address**

STATE OF WEST VIRGINIA DEPARTMENT OF REVENUE
1001 LEE ST E
CHARLESTON, WV  25301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.126** | **Priority creditor's name and mailing address**

STATE OF WISCONSIN DEPARTMENT OF REVENUE
2135 RIMROCK ROAD
MADISON, WI  53713

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.127** | **Priority creditor's name and mailing address**

STATE OF WYOMING DEPARTMENT OF REVENUE
122 WEST 25TH ST, STE E301
HERSCHLER BLDG E
CHEYENNE, WY  82002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN | UNKNOWN

Debtor   SSB Manufacturing Company
         (Name)

Case number (if known) 23-90016

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.128**    **Priority creditor's name and mailing address**

SUWANEE (DATA CENTER) PROPERTY TAX DIVISION
330 TOWN CENTER AVE
SUWANEE, GA  30024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.129**    **Priority creditor's name and mailing address**

WARE COUNTY WARE COUNTY ASSESSORS
305 OAK ST, STE 154
WAYCROSS, GA  31501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.130**    **Priority creditor's name and mailing address**

WARE COUNTY WARE COUNTY TAX
305 OAK ST, STE 115A
WAYCROSS, GA  31501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.131**    **Priority creditor's name and mailing address**

W-BATON ROUGE PARISH REVENUE & TAXATION
883 7TH ST
PORT ALLEN, LA  70767

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.132**    **Priority creditor's name and mailing address**

WESTMINSTER  SALES TAX DIVISION
4800 W 92ND AVE
WESTMINSTER, CO  80031

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | SSB Manufacturing Company | | Case Number (if known) | 23-90019 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).

☐ No.

☒ Yes.

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>48FORTY SOLUTIONS<br>13100 NORTHWEST FWY STE 625<br>HOUSTON, TX  77040<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,901.84 |

| 3.2 | **Nonpriority creditor's name and mailing address**<br><br>A TO Z FIRE PROTECTION CO.<br>5120 SCHAEFER AVE. UNIT E<br>CHINO, CA  91710<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,800.00 |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>A. LAVA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $421,067.75 |

| 3.4 | **Nonpriority creditor's name and mailing address**<br><br>ABB, INC<br>1250 BROWN ROAD<br>AUBURN HILLS, MI  48326<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,163.00 |

| 3.5 | **Nonpriority creditor's name and mailing address**<br><br>ACE INDUSTRIES, INC<br>6295 MCDONOUGH DR<br>NORCROSS, GA  30093<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $519.19 |

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90018 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | **Amount of claim** |
|---|---|---|

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,415.21 |

**Nonpriority creditor's name and mailing address**

ACTION AIR SYSTEMS, INC.
131 ADAMS ST
MANCHESTER, CT 06042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.7 | | | $1,800.00 |

**Nonpriority creditor's name and mailing address**

ADAM BURGESS, LLC. DBA MR.
PLUMBER
PO BOX 546
CULLMAN, AL 35056

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.8 | | | $1,700.00 |

**Nonpriority creditor's name and mailing address**

ADERHOLT PRECISION MACHINE LLC
691 COUNTY ROAD 229
CULLMAN, AL 35057

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.9 | | | $2,422.66 |

**Nonpriority creditor's name and mailing address**

AIR COMPRESSOR ENGINEERING
CO., INC
17 MEADOW ST.
WESTFIELD, MA 01085

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.10 | | | $71.75 |

**Nonpriority creditor's name and mailing address**

AIR COMPRESSOR WORKS, INC
1956 W. 9TH ST.
RIVIERA BEACH, FL 33404-6422

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | SSB Manufacturing Company | | Case number (if known) | 23-90020 |
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,858.50 |

**Nonpriority creditor's name and mailing address**

AIRGAS
PO BOX 102289
PASADENA, CA 91189

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $4,858.50

---

3.12 **Nonpriority creditor's name and mailing address**

ALADDIN CLEANING SERVICE, INC.
980 VIA BLAIRO
CORONA, CA 92879

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $7,788.00

---

3.13 **Nonpriority creditor's name and mailing address**

ALBANY FIRE EXTINGUISHER
SALES & SERVICES, INC
215 WATERVLIET SHAKER ROAD
WATERVLIET, NY 12189

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $625.00

---

3.14 **Nonpriority creditor's name and mailing address**

ALFA ADHESIVES INC
15 LINCOLN STREET
HAWTHORNE, NJ 07506

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $10,439.00

---

3.15 **Nonpriority creditor's name and mailing address**

ALLIED ELECTRONICS  INC
7151 JACK NEWELL BLVD S
FORT WORTH, TX 76118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $5,412.16

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.16**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $93,943.96 |
|---|---|---|
| AMERICAN SOLUTIONS FOR BUSINESS<br>31 E MN AVE<br>GLENWOOD, MN 56308 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**3.17**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $129.60 |
|---|---|---|
| AMHERST EXTERMINATORS<br>PO BOX 9<br>LAKE VIEW, NY 14085 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**3.18**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $426.23 |
|---|---|---|
| APEL MACHINE & SUPPLY CO., INC<br>PO BOX 2010<br>CULLMAN, AL 35056 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**3.19**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,845.79 |
|---|---|---|
| ARAMARK UNIFORM & CAREER APPAREL, INC.<br>PO BOX 731676<br>DALLAS, TX 75373-1676 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**3.20**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $609.81 |
|---|---|---|
| ARBON EQUIPMENT CORPORATION<br>25464 NETWORK PL<br>CHICAGO, IL 60603 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | SSB Manufacturing Company | Case Number (if known) | 23-90016 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,571.89 |

**Nonpriority creditor's name and mailing address**

ARIZONA PUBLIC SERVICE DBA APS
400 N 5TH ST FL 2MS 8657
PHOENIX, AZ  85004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,571.89

---

3.22 **Nonpriority creditor's name and mailing address**

ASHEBORO ELASTICS CORP  DBA AEC NARROW FABRICS
150 NORTH PARK STREET
ASHEBORO, NC  27203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$63,605.76

---

3.23 **Nonpriority creditor's name and mailing address**

ATLANTA FORK LIFTS DBA TOYOTA FORKLIFTS OF ATLANTA
3111 E PONCE DE LEON AVE
SCOTTDALE, GA  30079

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,831.34

---

3.24 **Nonpriority creditor's name and mailing address**

ATLANTIC FASTENERS, LLC - AN APPLIED MSS CO.
92 H.P. ALMGREN DR
AGAWAM, MA  01001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$109.63

---

3.25 **Nonpriority creditor's name and mailing address**

ATW CORPORATION DBA ENTRANCE SYSTEMS
W238 S8155 SUNSET VIEW
BIG BEND, WI  53103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$494.77

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.26**

**Nonpriority creditor's name and mailing address**

AUGUSTA BUSINESS EQUIPMENT, INC
PO BOX 212074
AUGUSTA, GA  30917

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$257.00

---

**3.27**

**Nonpriority creditor's name and mailing address**

AUGUSTA DATA STORAGE, INC
3122 MIKE PADGETT HWY
AUGUSTA, GA  30906

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$196.00

---

**3.28**

**Nonpriority creditor's name and mailing address**

AUGUSTA OVERHEAD DOOR SALE ,
INC DBA
OVERHEAD DOOR CO. OF AUGUSTA
1529 CRESCENT DRIVE
AUGUSTA, GA  30909

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,725.00

---

**3.29**

**Nonpriority creditor's name and mailing address**

BGR,  INCN
6392 GANO RD
WEST CHESTER, OH  45069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$262.52

---

**3.30**

**Nonpriority creditor's name and mailing address**

BORDEN PEST CONTROL, INC.
311 BORDEN ROAD
N. AUGUSTA, SC  29861

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,122.66

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90016 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.31**

**Nonpriority creditor's name and mailing address**

BOSTON TRAILER LLC
635 MANLEY STREET
WEST BRIDGEWATER, MA  02739

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$262.50

---

**3.32**

**Nonpriority creditor's name and mailing address**

BOWMAN SALES & EQUIP. DBA BOWMAN TRL LEASING
10233 GOVERNOR LANE BLVD.
PO BOX 433
WILLIAMSPORT, MD  21795

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,667.35

---

**3.33**

**Nonpriority creditor's name and mailing address**

BRAMAN CHEMICAL ENTERPRISE, INC
147 ALMGREN DR
AGAWAM, MA  01001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$722.51

---

**3.34**

**Nonpriority creditor's name and mailing address**

BRK GROUP, LLC
8357 LOCH LOMOND DR
PICO RIVERA, CA  90660-2507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$380.16

---

**3.35**

**Nonpriority creditor's name and mailing address**

BUILDING MANAGEMENT PARTNERS, LLC
2100 CONNER RD STE 230
HEBRON, KY  41048

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$290.00

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90020 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.36** **Nonpriority creditor's name and mailing address**

C & N LANDSCAPE MAINTENANCE
12794 78TH PLACE NORTH
WEST PALM BEACH, FL 33412

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,070.00

---

**3.37** **Nonpriority creditor's name and mailing address**

C&L REFRIGERATION CORPORATION
479 NIBUS ST
BREA, CA 92821

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,407.04

---

**3.38** **Nonpriority creditor's name and mailing address**

CALIFORNIA RECYCLERS, INC.
10837 ETIWANDA AVE
FONTANA, CA 92337

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,537.05

---

**3.39** **Nonpriority creditor's name and mailing address**

CALPINE CORP DBA CHAMPION ENERGY SERVICES, LLC
717 TEXAS AVENUE, SUITE 1000
HOUSTON, TX 77002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,764.04

---

**3.40** **Nonpriority creditor's name and mailing address**

CANTEEN VENDING DBA COMPASS GROUP
PO BOX 91337
CHICAGO, IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,831.87

Debtor    SSB Manufacturing Company _____    Case number (if known) _23-90020_
                (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.41**  **Nonpriority creditor's name and mailing address**

CANZIP INDUSTRIES-MONTREAL
1615 RUE CHABANEL
MONTREAL, QUEBEC  H4N 2T7
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,969.00

---

**3.42**  **Nonpriority creditor's name and mailing address**

CAR COMM INC
10111 IRONWOOD ROADSUITE B
PALM BEACH GARDENS, FL  33410-4898

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,443.13

---

**3.43**  **Nonpriority creditor's name and mailing address**

CARPENTER
5016 MONUMENT AVE
RICHMOND, VA  23230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$163,928.88

---

**3.44**  **Nonpriority creditor's name and mailing address**

CASELLA WASTE SYSTEMS INC
89 GUION ST
SPRINGFIELD, MA  01104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,761.85

---

**3.45**  **Nonpriority creditor's name and mailing address**

CENTRAL HUDSON GAS & ELECTRIC
CORPORATION
284 SOUTH AVENUE
POUGHKEEPSIE, NY  12601-4839

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,873.55

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,260.56 |
| --- | --- | --- | --- |

CERTIFIED BUILDING SERVICES
9011 MARSH CREEK COURT
RICHMOND, TX  77406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $300.00 |
| --- | --- | --- | --- |

CERTIFIED FIRE SPRINKLERS
PO BOX 3093
DECATUR, AL  35602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,210.00 |
| --- | --- | --- | --- |

CHAUTAUQUA COUNTY CHAMBER OF COMMERCE
512 FALCONER STREET
JAMESTOWN, NY  14701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42,756.92 |
| --- | --- | --- | --- |

CINTAS CORPORATION
15201 AL HIGHWAY 20
MADISON, AL  35756

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,290.40 |
| --- | --- | --- | --- |

CITY OF BELOIT
100 STATE STREET
BELOIT, WI  53511

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90020 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.51**

**Nonpriority creditor's name and mailing address**

CITY OF CULLMAN
PO BOX 278
CULLMAN, AL  35056

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,123.00

---

**3.52**

**Nonpriority creditor's name and mailing address**

CITY OF RIVIERA BEACH
PO BOX 916035
ORLANDO, FL  32891

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,685.03

---

**3.53**

**Nonpriority creditor's name and mailing address**

CITY OFJAMESTOWN - BOARD OF
PUBLIC UTILITIES
PO BOX 700
JAMESTOWN, NY  14702-0700

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,511.99

---

**3.54**

**Nonpriority creditor's name and mailing address**

CLEAR LAKE SANITARY DIST
5631 235TH STREETPO BOX 282
CLEAR LAKE, IA  50428

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17.60

---

**3.55**

**Nonpriority creditor's name and mailing address**

COLUMBIA COUNTY WATER
PO BOX 960
GROVETOWN, GA  30813

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$896.02

Debtor  SSB Manufacturing Company                    Case number (if known) 23-90020

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,308.12 |
| | COMMERCIAL TRUCK TIRE CENTER | *Check all that apply.* | |
| | 1264 UNION STREET EXT | ☐ Contingent | |
| | WEST SPRINGFIELD, MA 01089 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,454.50 |
| | COMPLETE OFF. OF WISCONSIN DBA EMMONS BUSINESS | *Check all that apply.* | |
| | N115 W18500 EDISON DRIVE | ☐ Contingent | |
| | GERMANTOWN, WI 53022 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $417.24 |
| | COMPLETE WATER SERVICES DBA CULLIGAN WATER | *Check all that apply.* | |
| | CONDITIONING, INC.2306 KENNEDY ROAD | ☐ Contingent | |
| | JANESVILLE, WI 53545-0827 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,302.52 |
| | CONNECTICUT LIGHT AND POWER | *Check all that apply.* | |
| | DBA EVERSOURCE ENERGY | ☐ Contingent | |
| | PO BOX 270 | ☐ Unliquidated | |
| | HARTFORD, CT 06141 | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,208.00 |
| | CORPORATE FACILITIES | *Check all that apply.* | |
| | MANANGEMENT, INC | ☐ Contingent | |
| | PO BOX 2452 | ☐ Unliquidated | |
| | BIRMINGHAM, AL 35201 | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.61 | **Nonpriority creditor's name and mailing address**<br><br>COVERALL NORTH AMERICA<br>2955 MOMENTUM PL<br>CHICAGO, IL 60689<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,308.89 |

| 3.62 | **Nonpriority creditor's name and mailing address**<br><br>CRAIG MECHANICAL<br>1900 ALDINE WESTERN RD<br>HOUSTON, TX 77038<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,551.75 |

| 3.63 | **Nonpriority creditor's name and mailing address**<br><br>CRIST COMPANY, INC. DBA SURE TACK SYSTEMS<br>603 BELL PARK CIRCLE<br>WOODSTOCK, GA 30188<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,083.73 |

| 3.64 | **Nonpriority creditor's name and mailing address**<br><br>CROWN PACKAGING CORP<br>12854 CHESTERFIELD AIRPORT ROAD<br>CHESTERFIELD, MO 63005<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,504,497.22 |

| 3.65 | **Nonpriority creditor's name and mailing address**<br><br>CTWS DBA CALIFORNIA TOOL & WELDING SUPPLY<br>201 N. MAIN<br>RIVERSIDE, CA 92501<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $175.30 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.66**

**Nonpriority creditor's name and mailing address**

CULLIGAN WATER CONDITIONING
161 EAST MAIN STREET
FREDONIA, NY 14083

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$180.77

---

**3.67**

**Nonpriority creditor's name and mailing address**

CULLMAN ELECTRIC COOPERATIVE
PO BOX 1168
CULLMAN, AL 35056-1168

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,332.00

---

**3.68**

**Nonpriority creditor's name and mailing address**

CULLMAN-JEFFERSON
COUNTIES GAS DISTRICT
PO BOX 399
CULLMAN, AL 35055

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,806.34

---

**3.69**

**Nonpriority creditor's name and mailing address**

CUSTOM CONVERTING SOLUTIONS, INC
1207 BOSTON ROAD
GREENSBORO, NC 27407

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,782.06

---

**3.70**

**Nonpriority creditor's name and mailing address**

DAIOHS USA, INC  DBA FIRST CHOICE COFFEE SERVICE
3030 NW 25TH AVE
POMPANO BEACH, FL 33069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,329.53

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90016 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.71**

**Nonpriority creditor's name and mailing address**

DATABLE TECHNOLOGY CORP 3 TIER LOGIC
1602 HOMER STREETSUITE 301
VANCOUVER, BC  V6B2W9
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,160.00

---

**3.72**

**Nonpriority creditor's name and mailing address**

DAVID NOTHKOVICH DBA PRO-SERVE PROTECTION
SERVICES
409 RIVER PARK ROAD
LOVES PARK, IL  61111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,264.00

---

**3.73**

**Nonpriority creditor's name and mailing address**

DAVIS PROPERTY MAINTENANCE,
LLC.
2380 ROUTE 23B
SOUTH CAIRO, NY  12482

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,420.00

---

**3.74**

**Nonpriority creditor's name and mailing address**

DEPENDABLE CLEANING SERVICE /
DC, INC.
1381 NEWLAND AVE
JAMESTOWN, NY  14701-6151

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,620.00

---

**3.75**

**Nonpriority creditor's name and mailing address**

DEPENDABLE CO  DBA DEPENDABLE COFFEE & WATER
DBA DEPENDABLE COFFEE & WATER
50 N. CENTRAL AVENUE
UPLAND, CA  91786

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,865.71

---

Debtor SSB Manufacturing Company
(Name)

Case number (if known) 23-90020

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.76** **Nonpriority creditor's name and mailing address**

DIAMOND NEEDLE CORP
60 COMMERCE ROAD
CARLSTADT, NJ 07072

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,078.82

---

**3.77** **Nonpriority creditor's name and mailing address**

DIRECTV
1313 NW 167TH ST
MIAMI, FL 33169-5739

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,700.40

---

**3.78** **Nonpriority creditor's name and mailing address**

DIRT WORX EXCAVATING LLC
834 MILL RD
JAMESTOWN, NY 14701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,000.00

---

**3.79** **Nonpriority creditor's name and mailing address**

DIXIE WAREHOUSE SOLUTIONS LLC
580 TRADE CENTER ST
MONTGOMERY, AL 36108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,780.90

---

**3.80** **Nonpriority creditor's name and mailing address**

DOUGLAS INDUSTRIAL CO.
811 10TH ST
WATERVLIET, NY 12189-3133

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.51

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.81** Nonpriority creditor's name and mailing address

EASTERN MUNICIPAL WATER DIST.
2270 TRUMBLE ROAD
PERRIS, CA 92570

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,759.32

---

**3.82** Nonpriority creditor's name and mailing address

EASTWOOD MANUFACTURING, LTD
2734 S .KOHLER RD.
ORRVILLE, OH 44667

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,318.00

---

**3.83** Nonpriority creditor's name and mailing address

EASY ICE, LLC
5001 E 38TH AVE
DENVER, CO 80207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$329.63

---

**3.84** Nonpriority creditor's name and mailing address

EASYICE
PO BOX 879
MARQUETTE, MI 49855

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$319.38

---

**3.85** Nonpriority creditor's name and mailing address

EBCO TRENDS
3415 GREYSTONE DR STE 200
AUSTIN, TX 78731

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$175,870.00

| Debtor | SSB Manufacturing Company | Case number (If known) | 23-90020 |
|--------|---------------------------|------------------------|----------|
|        | (Name)                    |                        |          |

| **Part 2:** | Additional Page |
|-------------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.86** | **Nonpriority creditor's name and mailing address**

ECOLAB PEST ELIM. DIV.
26252 NETWORK PLACE
CHICAGO, IL  60673-1262

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$165.35

---

**3.87** | **Nonpriority creditor's name and mailing address**

ELEKTROTEKS LLC
5625 WHITE HORSE PIKE
EGG HARBOR CITY, NJ  08215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$93,096.40

---

**3.88** | **Nonpriority creditor's name and mailing address**

EMERALD EXPOSITIONS HOLDING
INC
31910 DEL OBISPO ST STE 200
SAN JUAN CAPISTRANO, CA  92675

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,250.00

---

**3.89** | **Nonpriority creditor's name and mailing address**

ENCORE HARTCO
3550 WOODHEAD DR
NORTHBROOK, IL  60062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,180.16

---

**3.90** | **Nonpriority creditor's name and mailing address**

EQUIPMENT DEPOT OHIO,INC DBA EQUIPMENT DEPOT
4310 ROSSPLAIN RD
CINCINNATI, OH  45236-1208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$360.91

Debtor    SSB Manufacturing Company                                    Case number (if known)  23-90020

_(Name)_

| **Part 2:** | Additional Page |

|  |  | Amount of claim |
|---|---|---|

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $5,567,661.00 |
|---|---|---|---|
|  | ERGOMOTION<br>6790 NAVIGATOR DRIVE<br>GOLETA, CA  93117 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date or dates debt was incurred** |  |  |
|  | VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $21,103.43 |
|---|---|---|---|
|  | EVERGREEN STATE ELECTRIC INC<br>PO BOX 849<br>SUMNER, WA  98390 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date or dates debt was incurred** |  |  |
|  | VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $27,273.73 |
|---|---|---|---|
|  | FALLBROOK PINES PHASE 1, LLC<br>PO BOX 6078<br>HICKSVILLE, NY  11802-6078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date or dates debt was incurred** |  |  |
|  | VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $10,729.98 |
|---|---|---|---|
|  | FARMER & IRWIN CORPORATION<br>3300 AVENUE K<br>RIVIERA BEACH, FL  33404 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date or dates debt was incurred** |  |  |
|  | VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $11,357.66 |
|---|---|---|---|
|  | FENWAY FRANCHISE GROUP AKA JAN-PRO OF CENTRAL CT(E<br>477 CONNECTICUT BLVDSUITE 239<br>EAST HARTFORD, CT  06108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date or dates debt was incurred** |  |  |
|  | VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.96**

**Nonpriority creditor's name and mailing address**

FERRELLGAS
400 N OLD DIXIE HWY
JUPITER, FL 33458-4986

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$283.61

---

**3.97**

**Nonpriority creditor's name and mailing address**

FIRST CLASS VENDING, INC
6875 SUVA STREET
BELL GARDENS, CA 90201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,932.60

---

**3.98**

**Nonpriority creditor's name and mailing address**

FIRST RESPONSE ROADSIDE SERVICES LLC
240 CHURCH STREET
ALBANY, NY 12202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$852.98

---

**3.99**

**Nonpriority creditor's name and mailing address**

FLEETWASH, INC
PO BOX 36014
NEWARK, NJ 07188-6014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,381.83

---

**3.100**

**Nonpriority creditor's name and mailing address**

FLN-MAR
102 CABOT STPO BOX 307
HOLYOKE, MA 01040-6074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$199.40

Debtor    SSB Manufacturing Company                    Case number (if known)    23-90016

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.101**

**Nonpriority creditor's name and mailing address**

FLORIDA PUBLIC UTILITIES CO.
PO BOX 3395
W. PALM BEACH, FL  33402-3395

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.29

---

**3.102**

**Nonpriority creditor's name and mailing address**

FOCUS FRANCHISING DBA JANI-KING OF MADISON
6472 RONALD REAGAN AVENUE
MADISON, WI  53704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,096.72

---

**3.103**

**Nonpriority creditor's name and mailing address**

FPL
PO BOX 025576
MIAMI, FL  33102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,989.75

---

**3.104**

**Nonpriority creditor's name and mailing address**

FXI
100 MATSONFORD ROAD
5 RADNOR CORPORATE CENTER, SUITE 300
RADNOR, PA  19087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$557,854.46

---

**3.105**

**Nonpriority creditor's name and mailing address**

GAS SOUTH
3625 CUMBERLAND BLVD SUITE 1500
ATLANTA, GA  30339-6409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,750.01

---

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90018 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

### 3.106

**Nonpriority creditor's name and mailing address**

GCSP INC DBA GEORGIA CAROLINA
SALT
PO BOX 3243152 RAY OWENS ROAD
APPLING, GA  30802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.00

### 3.107

**Nonpriority creditor's name and mailing address**

GLOBAL EQUIPMENT COMPANY
29833 NETWORK PLACE
CHICAGO, IL  60673-1298

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$161.72

### 3.108

**Nonpriority creditor's name and mailing address**

GRAYBAR ELECTRIC COMPANY, INC.
34 N. MERAMAC AVENUE
CLAYTON, MO  63150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,727.00

### 3.109

**Nonpriority creditor's name and mailing address**

HANCHETT PAPER CO DBA SHORR PACKAGING CORP
4000 FERRY ROAD
AURORA, IL 60515

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,847.60

### 3.110

**Nonpriority creditor's name and mailing address**

HARRIS CALORIFIC SALES, INC
460 BREADEN DRIVE
MONROE, OH  45050

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$289.87

| Debtor | SSB Manufacturing Company | | Case number (if known) | 23-90016 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $823.52
*Check all that apply.*

HATCHET HARDWARE
PO BOX 629
TROY, NY 12181

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $34,580.44
*Check all that apply.*

HENKEL CORPORATION
1 HENKEL WAY
ROCKY HILL, CT 00607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $11,320.33
*Check all that apply.*

HERRINGTON'S TIRE SERVICE LLC
9072 SUTTON PL
WEST CHESTER, OH 45011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $6,652.20
*Check all that apply.*

HICKORY SPRINGS MFG COMPANY DBA HSM
DBA HSM
PO BOX 8191115 FARRINGTON ST,
CONOVER NC 28613-SHIP
HICKORY, NC 28603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $71.00
*Check all that apply.*

HI-TECH PRODUCTS, INC.
PO BOX 3739
CAROLINA, PR 00984-3739
PUERTO RICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | SSB Manufacturing Company | | Case number (if known) | 23-90016 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | | **Amount of claim** |
|---|---|---|---|

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $71.00 |

3.116 | **Nonpriority creditor's name and mailing address**

HSS ELECTRONIC SECURITY
9900 LAKEWOOD BLVDSUITES 108
DOWNEY, CA  90240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.00

---

3.117 | **Nonpriority creditor's name and mailing address**

HUNTER GRIFFIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,700.00

---

3.118 | **Nonpriority creditor's name and mailing address**

INDUSTRIAL TECHNICAL SERVICES INC
975 NORTH RD
WESTFIELD, MA  01085-9767

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,236.47

---

3.119 | **Nonpriority creditor's name and mailing address**

ISPA INTERNATIONAL SLEEP PRODUCTS
501 WYTHE STREET
ALEXANDRIA, VA  22314

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$538.40

---

3.120 | **Nonpriority creditor's name and mailing address**

J B TRAILER SERVICE
PO BOX 310095
FONTANA, CA  92331

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,440.54

---

| Debtor | SSB Manufacturing Company | | Case number (if known) | 23-90018 |
|--------|---------------------------|--|------------------------|----------|
| | (Name) | | | |

| Part 2: | Additional Page | |
|---------|-----------------|--|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.121 | **Nonpriority creditor's name and mailing address**<br><br>J.F. AHERN CO.<br>855 MORRIS STREET<br>FON DU LAC, WI 54935<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $723.00 |
|-------|---|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address**<br><br>JAMESTOWN INDUSTRIAL TRUCKS DBA JIT TOYOTA-LIFT<br>52 SOUTH PEARL STREETPO BOX 613<br>FREWSBURG, NY 14738-0613<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $848.00 |
| 3.123 | **Nonpriority creditor's name and mailing address**<br><br>JOSE ROJAS DBA J&R SWEEPER SERVICE<br>6080 MARLATT ST<br>JURUPA VALLEY, CA 91752<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,280.00 |
| 3.124 | **Nonpriority creditor's name and mailing address**<br><br>KAMAN INDUSTRIAL TECHNOLOGIES<br>1 VISION WAY<br>BLOOMFIELD, CT 06002<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $151.40 |
| 3.125 | **Nonpriority creditor's name and mailing address**<br><br>KAMPS PROPANE, INC.<br>1262 DUPONT CT<br>MANTECA, CA 95336<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $40.94 |

| Debtor | SSB Manufacturing Company | | Case number (if known) | 23-90020 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.126** | **Nonpriority creditor's name and mailing address**

KANAWHA SCALES & SYSTEMS, INC
PO BOX 569
POCA, WV 25159

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$793.00

---

**3.127** | **Nonpriority creditor's name and mailing address**

KLEEBERG MECHANICAL SERVICES,
LLC
65 WESTOVER RD
LUDLOW, MA 01056

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,522.08

---

**3.128** | **Nonpriority creditor's name and mailing address**

KN COMPUTER SUPPLIES
210 S PINELLAS AVE STE 200
TARPON SPRINGS, FL 34689

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,118.64

---

**3.129** | **Nonpriority creditor's name and mailing address**

KONECRANES, INC
PO BOX 641807
PITTSBURGH, PA 15264-1807

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$995.00

---

**3.130** | **Nonpriority creditor's name and mailing address**

KUHLKE INDUSTRIAL
PO BOX 14549
AUGUSTA, GA 30919

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,619.00

| Debtor | SSB Manufacturing Company | | Case number (if known) | 23-90016 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.131 | **Nonpriority creditor's name and mailing address**<br><br>KWIK KOPY 11<br>9744 WHITHORN DR<br>HOUSTON, TX 77095<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $345.84 |
|---|---|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address**<br><br>LATEX INTERNATIONAL, LLC D/B/A TALALAY GLOBAL<br>510 RIVER RD<br>SHELTON, CT 06484<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $222,842.60 |
| 3.133 | **Nonpriority creditor's name and mailing address**<br><br>LEGACY TRUCK & TRAILER<br>SERVICE,LLC<br>ATTN: CUSTOMER SERVICE<br>PO BOX 222<br>BELOIT, WI 53511<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,255.95 |
| 3.134 | **Nonpriority creditor's name and mailing address**<br><br>LEGGETT & PLATT<br>1 LEGGETT ROAD<br>CARTHAGE, MO 64836<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $8,361,199.46 |
| 3.135 | **Nonpriority creditor's name and mailing address**<br><br>LENNIX ROSA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $243.87 |

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90016 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $369,778.00 |
|---|---|---|---|

LIBERTY PROPERTY LIMITED PARTNERSHIP
ATTN VICE PRESIDENT/CITY MANAGER
5626 EASTPORT BLVD
RICHMOND, VA 23231

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
LEASE REJECTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,968.40 |
|---|---|---|---|

LINC SYSTEMS LLC
PO BOX 88894
MILWAUKEE, WI 53288

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,824.86 |
|---|---|---|---|

LLOYD'S PLUMBING AND HEATING
CORP
2352 W HWY 14
JANESVILLE, WI 53547

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33,487.75 |
|---|---|---|---|

LODGING ECONOMETRICS
500 MARKET STREETSUITE 13
PORTSMOUTH, NH 03801

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,246.89 |
|---|---|---|---|

LONE STAR COFFEE LLC
6147 BENDER RD.
HUMBLE, TX 77396

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90016 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $545.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
LUCID ENTERPRISES, INC DBA
CONTACT ELECTRIC
7663 2ND TERRACE
LAKE WORTH, FL 33463-8144

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $545.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**
MASTERMAN'S, LLP
11C ST, BLDG 10, AUBURN IND. PARK
PO BOX 411
AUBURN, MA 01501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $2,536.69

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**
MATRIX CLAIMS MANAGEMENT
644 LINN STREET STE. 900
CINCINNATI, OH 45203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $150.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**
MAYBURY MATERIAL HANDLING
90 DENSLOW RD
EAST LONGMEADOW, MA 01028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $7,253.51

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**
MCCORMICK
C/O NARON SAHAROVICH & TROTZ, PLC
GLENN K. VINES, JR., MARK N. GELLER
488 SOUTH MENDENHALL ROAD
MEMPHIS, TN 38117

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim** UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    SSB Manufacturing Company                              Case number (if known) 23-90020

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.146 | **Nonpriority creditor's name and mailing address**<br><br>MCGRIFF TIRE CO, INC.<br>PO BOX 1148<br>CULLMAN, AL  35056<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,089.66 |
| 3.147 | **Nonpriority creditor's name and mailing address**<br><br>MIA HOWARD-FARMER DBA SCRUB MASTER PLUS CORP<br>PO BOX 83<br>WALDEN, NY  12586<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,677.20 |
| 3.148 | **Nonpriority creditor's name and mailing address**<br><br>MICHAEL J PIERCE DBA MJ PIERCE DISTRIBUTOR<br>23 SHAWMUT AVEMICHAEL J. PIERCE<br>DANVERS, MA  01923-1315<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,911.86 |
| 3.149 | **Nonpriority creditor's name and mailing address**<br><br>MIDSOUTH EXTRUSION, INC.<br>2015 JACKSON STREET<br>MONROE, LA  71202<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $153,665.63 |
| 3.150 | **Nonpriority creditor's name and mailing address**<br><br>MILLIKEN NONWOVENS LLC<br>WILL RINGO<br>PO BOX 100503<br>ATLANTA, GA  30384-0503<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $587,138.70 |

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90020 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,821.36 |

MORENO VALLEY UTILITIES
14177 FREDERICK ST.PO BOX 88005
MORENO VALLEY, CA  92552-0805

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,833.00 |

MORSE ELECTRIC INCORPORATED
500 WEST SOUTH STREET
FREEPORT, IL  61032

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $618.84 |

MOTION INDUSTRIES, INC. DBA
BRAAS CO.
PO BOX 404130
ATLANTA, GA  30384

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,677.48 |

MOTION INDUSTRIES, INC. USE
402924
PO BOX 504606
ST. LOUIS, MO  63150

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

NAPIER
C/O OTIS DOAN, JR.
117 NORTH FIRST STREET
HARLAN, KY  40831

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor     SSB Manufacturing Company
_____
(Name)

Case number (if known)     23-90018
_____

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**3.156** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,466.00
Check all that apply.

NATE'S LANDSCAPING & SONS REMOVAL
PO BOX 352
JANESVILLE, WI  53547

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $72.00
Check all that apply.

NATIONAL VISION, INC.
2435 COMMERCE AVE BLDG 2200PO BOX 957505
DULUTH, GA  30096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,482.31
Check all that apply.

NES CORP DBA NATIONAL EQUIPMENT & SVC
CORPORATION
3334 E COAST HWY
CORONA DEL MAR, CA  92625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $235.21
Check all that apply.

NESTLE PURE LIFE
6661 DIXIE HWY, SUITE 4
LOUISVILLE, KY  40258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,500.00
Check all that apply.

NEWH, INC.
PO BOX 322
SHAWANO, WI  54166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90020 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

---

**3.161**

**Nonpriority creditor's name and mailing address**

NORTH AMERICAN CORPORATION OF ILLINOIS
2101 CLAIRE CT
GLENVIEW, IL  60025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$745,987.99

---

**3.162**

**Nonpriority creditor's name and mailing address**

NORTHWEST GRAPHICS
4337 S. PERRQUILLE RD.
UNIT 104
CHERRY VALLEY, IL  61016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$104,338.60

---

**3.163**

**Nonpriority creditor's name and mailing address**

OCCUPATIONAL HEALTH CENTER
CONCENTRA MEDICAL CENTERS
PO BOX 3700
RANCHO CUCAMONGA, CA  91729-3700

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$987.00

---

**3.164**

**Nonpriority creditor's name and mailing address**

ORKIN LLC
1406 KAHAI ST.
HONOLULU, HI  96819

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,785.55

---

**3.165**

**Nonpriority creditor's name and mailing address**

OTIS ELEVATOR COMPANY
1027 N. FLORIDA MANGO RD.
WEST PALM BEACH, FL  33409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,757.92

---

Debtor    SSB Manufacturing Company

(Name)

Case number (if known)    23-90049

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.166**

**Nonpriority creditor's name and mailing address**

PAJERS INC DBA PAJERS
SUPERETTE
400 COOPER STREET
AGAWAM, MA  01001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,976.28

---

**3.167**

**Nonpriority creditor's name and mailing address**

PB PARENT DBA PYE-BARKER FIRE
& SAFETY
PO BOX 69
ROSWELL, GA  30077

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,828.96

---

**3.168**

**Nonpriority creditor's name and mailing address**

PENSKE TRUCK LEASING CO. L.P.
2675 MORGANTOWN ROADPO BOX 1321
READING, PA  19603-1321

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$165,622.81

---

**3.169**

**Nonpriority creditor's name and mailing address**

PEREZ (BASSIE), HIRAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
PENSION OBLIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.170**

**Nonpriority creditor's name and mailing address**

PERFECTION GROUP INC.
2649 COMMERCE BLVD
CINCINNATI, OH  45241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,027.00

---

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90016 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,077.21
Check all that apply.

PHOENIX JCR BELOIT INDUSTRIAL
INVESTORS, LLC
401 E KILBOURN AVE, STE 201
MILWAUKEE, WI  53202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $732.44
Check all that apply.

PITNEY BOWES GLOBAL FINANCIAL SVCS, LLC
PO BOX 371887
PITTSBURGH, PA  15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,929.80
Check all that apply.

POMP'S TIRE SERVICE INC.
1123 CEDAR ST
GREEN BAY, WI  54301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,512.91
Check all that apply.

PPP FUTURE DEVELOPMENT, INC.
9489 ALEXANDER ROAD
ALEXANDER, NY  14005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $526.00
Check all that apply.

PRECISION PRESSWORKS, INC.
447 S ARCH ST
JANESVILLE, WI  53548

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90049 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26,447.88 |

**Nonpriority creditor's name and mailing address**
PREMIER TRAILER LEASING DBA PREMIER TRAILERS
DBA PREMIER TRAILERS
5201 TENNYSON PARKWAY, SUITE 250
PIANO, TX 75024

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $26,447.88

---

| 3.177 | **Nonpriority creditor's name and mailing address** | | $1,595.25 |

**Nonpriority creditor's name and mailing address**
PRESTIGE SERVICES, INC.
4 ENTERPRISE AVE
HALFMOON, NY 12065

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $1,595.25

---

| 3.178 | **Nonpriority creditor's name and mailing address** | | $1,540.00 |

**Nonpriority creditor's name and mailing address**
PRIME CONSTRUCTION SERVICES
INC
865 S MILLIKEN AVE STE A
ONTARIO, CA 91761

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $1,540.00

---

| 3.179 | **Nonpriority creditor's name and mailing address** | | $29,891.78 |

**Nonpriority creditor's name and mailing address**
PROGRESSIVE PRODUCTS INC
PO BOX 123785 DEPT 3785
DALLAS, TX 75312

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $29,891.78

---

| 3.180 | **Nonpriority creditor's name and mailing address** | | $1,644.68 |

**Nonpriority creditor's name and mailing address**
PUMPELLY OIL ACQUISITION DBA RELADYNE
1890 SWISCO ROAD
SULPHUR, LA 70665

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $1,644.68

Debtor  SSB Manufacturing Company

(Name)

Case number (if known)  23-90016

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.181**  **Nonpriority creditor's name and mailing address**

PURE WATER SOCAL LLC
79 NORTH MAIN STREET
CHAGRIN FALLS, OH  44022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,792.30

---

**3.182**  **Nonpriority creditor's name and mailing address**

QUENCH USA, INC.
PO BOX 781393
PHILADELPHIA, PA  19178

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.34

---

**3.183**  **Nonpriority creditor's name and mailing address**

RESOLUTE FP US INC
5020 HIGHWAY 11 SOUTH
CALHOUN, TN  37309

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,666.26

---

**3.184**  **Nonpriority creditor's name and mailing address**

RHODES
C/O COLLINS, COLLINS AND CONLEY
M PATRICK CONLEY
P.O. BOX 727
HINDMAN, KY  41822

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.185**  **Nonpriority creditor's name and mailing address**

RM2 USA, INC
100 E PINE ST STE 110
ORLANDO, FL  32801-2759

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,690.00

---

Debtor    SSB Manufacturing Company
          (Name)                                           Case number (if known)    23-90016

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.186**  **Nonpriority creditor's name and mailing address**

ROBERTS OXYGEN COMPANY, INC.
PO BOX 5507
ROCKVILLE, MD  20855

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$565.93

---

**3.187**  **Nonpriority creditor's name and mailing address**

ROCK ISLAND INDUSTRIES
28496 ROCK ISLAND ROAD
HEMPSTEAD, TX  77445

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$95,133.40

---

**3.188**  **Nonpriority creditor's name and mailing address**

ROGAN SHOES, INC.
1750 OHIO STREET
RACINE, WI  53405

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,110.74

---

**3.189**  **Nonpriority creditor's name and mailing address**

ROLLING DOOR & LOADING DOCK
SERVICES, INC
13884 85TH ROAD NORTH
WEST PALM BEACH, FL  33412

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$505.00

---

**3.190**  **Nonpriority creditor's name and mailing address**

RONNY L. HAIN DBA HAINS
LANDSCAPING
215 WATERVALE ROAD
MARTINEZ, GA  30907

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,500.00

Debtor    SSB Manufacturing Company                                    Case Number (if known)    23-90049
          _____
          (Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

**3.191**

**Nonpriority creditor's name and mailing address**

ROYAL CUP  INC
PO BOX 170971
BIRMINGHAM, AL  35217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$763.65

---

**3.192**

**Nonpriority creditor's name and mailing address**

RS INDUSTRIAL, INC.-BUFORD, GA
1060 PARKWAY INDUSTRIAL PARK DRIVE
BUFORD, GA  30518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,848.00

---

**3.193**

**Nonpriority creditor's name and mailing address**

RYDER TRUCK RENTAL, INC
11690 NW 105 ST
MIAMI, FL  33178

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,254,939.34

---

**3.194**

**Nonpriority creditor's name and mailing address**

SADONIA HOLLOWAY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.195**

**Nonpriority creditor's name and mailing address**

SAFETY COUNCIL OF PALM BEACH
COUNTY INC
4152 W BLUE HERON BLVD STE 110
RIVIERA BEACH, FL  33404-4858

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$300.00

| Debtor | SSB Manufacturing Company | Case number *(if known)* | 23-90016 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.196 | **Nonpriority creditor's name and mailing address**<br><br>SAFETY RX SERVICES AND SUPPLY  CORP<br>2835 E SAM HOUSTON PARKWAY S<br>PASADENA, TX  77503<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $440.00 |
|---|---|---|

| 3.197 | **Nonpriority creditor's name and mailing address**<br><br>SAFETY-KLEEN SYSTEMS INC.<br>PO BOX 382066<br>PITTSBURGH, PA  15250-8066<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,177.40 |

| 3.198 | **Nonpriority creditor's name and mailing address**<br><br>SAF-GARD SAFETY SHOE CO<br>2701 PATTERSON ST<br>GREENSBORO, NC  27407<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $487.58 |

| 3.199 | **Nonpriority creditor's name and mailing address**<br><br>SAVARE SPECIALTY ADHESIVES LLC<br>1201 S. HOUK RD.<br>DELAWARE, OH  43015<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $39,262.38 |

| 3.200 | **Nonpriority creditor's name and mailing address**<br><br>SAXON FLEET SERVICE INC<br>PO BOX 6265<br>KINGWOOD, TX  77325<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $10,465.39 |

Debtor   SSB Manufacturing Company _____   Case number (if known) 23-90048
        (Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.201** | **Nonpriority creditor's name and mailing address** | | $3,564,431.51

SINOMAX USA, INC.
3151 BRIARPARK DRIVE
SUITE 1220
HOUSTON, TX  77042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | | $720.00

STANDARD FIBER LLC
577 AIRPORT BLVD STE 200
BURLINGAME, CA  94010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | | $827.20

STAR FIRE EQUIPMENT CO LLC
225 REID RD
CULLMAN, AL  35057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | | $1,517.74

STATE INDUSTRIAL PROD DBA
STATE CHEMICAL SOLUTIONS
PO BOX 74189
CLEVELAND, OH  44194-0268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | | $1,789,434.40

STATE OF CONNECTICUT
DEPARTMENT OF REVENUE
450 COLUMBUS BLVD, STE 1
HARTFORD, CT  06103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNSECURED DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    SSB Manufacturing Company                                    Case number *(if known)*    23-90019
          _____
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.206**  **Nonpriority creditor's name and mailing address**

STEELWORKERS PENSION TRUST
32551 COLLECTION CENTER DRIVE
CHICAGO, IL  60693-0325

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PENSION LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,018,117.00

---

**3.207**  **Nonpriority creditor's name and mailing address**

STERICYCLE, INC.
28161 N KEITH DRIVE
LAKE FOREST, IL  60045

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,357.45

---

**3.208**  **Nonpriority creditor's name and mailing address**

STEWART'S MACHINING, INC.
960 HOLMAN AVE
MONROE, OH  45050

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$375.00

---

**3.209**  **Nonpriority creditor's name and mailing address**

STONE EQUIPMENT COMPANY
900 EL SOBRANTE RD 101
CORONA, CA  92879

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,533.49

---

**3.210**  **Nonpriority creditor's name and mailing address**

STOUGHTON RENTAL & LEASING DBA STOUGHTON LEASE
1901 ACADEMY ST
STOUGHTON, WI  53589

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,870.00

---

Debtor   SSB Manufacturing Company
         (Name)                                                    Case number (if known)   23-90016

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.211**    **Nonpriority creditor's name and mailing address**

STRATE WELDING SUPPLY CO.,
INC.
101 COMET STREET
BUFFALO, NY  14216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.30

---

**3.212**    **Nonpriority creditor's name and mailing address**

SUMMIT MACHINE WORKS INC
2641 KENNEDY DR
BELOIT, WI  53511

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,625.00

---

**3.213**    **Nonpriority creditor's name and mailing address**

SURE TACK SYSTEMS
603 BELL PARK CIRCLE
WOODSTOCK, GA  30188

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,476.54

---

**3.214**    **Nonpriority creditor's name and mailing address**

TACOMA MILLMEN'S PENSION PLAN AND TRUST
THE WILLIAM C. EARHART COPO BOX 4148
PORTLAND, OR  97208-4148

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PENSION LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,475,566.44

---

**3.215**    **Nonpriority creditor's name and mailing address**

TENSITRON
733 S BOWEN ST
LONGMONT, CO  80501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$793.85

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |
| 3.216 | **Nonpriority creditor's name and mailing address** | $5,129.00 |
| | TEXAS BARCODE SYSTEMS, LTD.<br>PO BOX 700637<br>DALLAS, TX  75370-0637 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

| 3.217 | **Nonpriority creditor's name and mailing address** | $2,574.44 |
| --- | --- | --- |
| | THE BELTING COMPANY OF<br>CINCINNATI DBA CBT<br>5500 RIDGE AVE<br>CINCINNATI, OH  45213 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

| 3.218 | **Nonpriority creditor's name and mailing address** | $195.93 |
| --- | --- | --- |
| | THE CONNECTICUT WATER COMPANY<br>93 WEST MAIN STREET<br>CLINTON, CT  06413 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

| 3.219 | **Nonpriority creditor's name and mailing address** | $1,875.64 |
| --- | --- | --- |
| | THE GOODYEAR TIRE & RUBBER COMPANY<br>200 INNOVATION WAY<br>AKRON, OH  44316 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

| 3.220 | **Nonpriority creditor's name and mailing address** | $275.00 |
| --- | --- | --- |
| | THE MARLIN COMPANY<br>10 RESEARCH PKWY STE 400<br>WALLINGFORD, CT  06492 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Debtor    SSB Manufacturing Company
          (Name)                                                                    Case number (if known)   23-90048

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.221** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50,400.00
| THE STEVENSON COMPANY | Check all that apply. |
| 10002 SHELBYVILLE ROAD, SUITE 201 | ☐ Contingent |
| LOUISVILLE, KY 40223 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| VARIOUS | **Basis for the claim:** |
| | TRADE PAYABLE |
| **Last 4 digits of account number:** | |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.222** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,316.60
| THE TRAILER DOCTORS, LLC | Check all that apply. |
| 2740 CINCINNATI DAYTON RD | ☐ Contingent |
| MIDDLETOWN, OH 45044 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| VARIOUS | **Basis for the claim:** |
| | TRADE PAYABLE |
| **Last 4 digits of account number:** | |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.223** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,763.90
| THOMPSON & JOHNSON EQUIPMENT CO., INC | Check all that apply. |
| 6926 FLY ROAD | ☐ Contingent |
| EAST SYRACUSE, NY 13057 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| VARIOUS | **Basis for the claim:** |
| | TRADE PAYABLE |
| **Last 4 digits of account number:** | |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.224** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,879.44
| THOMPSON TRACTOR CO DBA THOMPSON LIFT TRUCK CO | Check all that apply. |
| 2401 PINSON HWY | ☐ Contingent |
| BIRMINGHAM, AL 35217 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| VARIOUS | **Basis for the claim:** |
| | TRADE PAYABLE |
| **Last 4 digits of account number:** | |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.225** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $212.50
| TNT POWERWASH DBA TNT SERVICES | Check all that apply. |
| 3220 TOY ROAD | ☐ Contingent |
| GROVEPORT, OH 43125 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| VARIOUS | **Basis for the claim:** |
| | TRADE PAYABLE |
| **Last 4 digits of account number:** | |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

Debtor   SSB Manufacturing Company
         (Name)                                           Case Number (if known)   23-90049

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.226** **Nonpriority creditor's name and mailing address**

TOWN OF NEW BALTIMORE
3809 COUNTY ROUTE 51
HANNACROIX, NY  12087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$781.92

---

**3.227** **Nonpriority creditor's name and mailing address**

TRANE U.S. INC
4000 DEKALB TECHNOLOGY PKWY STE 100
ATLANTA, GA  30340

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$751,191.51

---

**3.228** **Nonpriority creditor's name and mailing address**

TRANPAK INC
1209 VICTORY LN
MADERA, CA  93637

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$78,108.70

---

**3.229** **Nonpriority creditor's name and mailing address**

TRIPLE O PEST CONTROL
3234 COUNTY ROAD 1141
CULLMAN, AL  35057

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,050.00

---

**3.230** **Nonpriority creditor's name and mailing address**

TXU ENERGY
PO BOX 650638
DALLAS, TX  75265-0638

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,508.71

---

Debtor    SSB Manufacturing Company
_____
(Name)

Case number (if known)   23-90049
_____

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.231**

**Nonpriority creditor's name and mailing address**

UGI ENERGY SERVICES, INC
PO BOX 827032
PHILADELPHIA, PA  19182-7032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,940.60

---

**3.232**

**Nonpriority creditor's name and mailing address**

UGI UTLITIES, INC
PO BOX 15503
WILMINGTON, DE  19886-5503

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,600.75

---

**3.233**

**Nonpriority creditor's name and mailing address**

UNIFIRST CORPORATION
9019 RAILWOOD DR
HOUSTON, TX  77078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,308.61

---

**3.234**

**Nonpriority creditor's name and mailing address**

UNITED FURNITURE WORKERS PENSION FUND A
1910 AIR LANE DR
NASHVILLE, TN  37210-3810

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PENSION LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,379,029.20

---

**3.235**

**Nonpriority creditor's name and mailing address**

UNITED INDUSTRIAL SERVICE, INC.
120 ALMGREN DRPO BOX 380
AGAWAM, MA  01001-3828

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,759.16

---

| Debtor | SSB Manufacturing Company | Case number (if known) | 23-90016 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,332.91 |

**3.236**

**Nonpriority creditor's name and mailing address**

UNITED STEELWORKERS OF AMERICA
PO BOX 644485
PITTSBURGH, PA  15264-4485

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $16,332.91

---

**3.237**

**Nonpriority creditor's name and mailing address**

UNIVERSAL PROTECT SERV / ALLIED UNIVERSAL
1551 N. TUSTIN AVENUESUITE 650
SANTA ANA, CA  92705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $82,235.98

---

**3.238**

**Nonpriority creditor's name and mailing address**

USHERWOOD BUSINESS EQUIP DBA
USHERWOOD OFFICE TECH
1005 W FAYETTE STREET
SYRACUSE, NY  13204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $198.93

---

**3.239**

**Nonpriority creditor's name and mailing address**

VALIANT PRODUCTS CORPORATION
KEVIN KROEGER, CATALOG PROGRAM MGR
2727 WEST FIFTH AVENUE
DENVER, CO  80204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $6,400.00

---

**3.240**

**Nonpriority creditor's name and mailing address**

VORTEX COLORADO INC
1801 W OLYMPIC BLVD FILE 1525
PASADENA, CA  91199

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $3,035.50

---

Debtor     SSB Manufacturing Company
           _____          Case number (if known) _____ 23-90069 _____
           (Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.241** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,581.24
*Check all that apply.*

WASTE MANAGEMENT RECYCLE AMERICA
PO BOX 73356
CHICAGO, IL  60673-7356

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $418.14
*Check all that apply.*

WATERCO OF THE CTR STATES
/CULLIGAN OF FAIRFIELD(E
3215 HOMEWARD WAY
FAIRFIELD, OH  45014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,525.10
*Check all that apply.*

WB MASON
59 CENTRE ST
BROCKTON, MA  02301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $618.84
*Check all that apply.*

WESTERN STATES SUPPLY CO.
1230 N JEFFERSON ST STE A
ANAHEIM, CA  92807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $541.25
*Check all that apply.*

WOOD ELECTRICAL SERVICES INC
3099 ANTOINE DR
HOUSTON, TX  77092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    SSB Manufacturing Company _____    Case number (if known) 23-90049 _____

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $225,896.89 |
|---|---|---|---|

3.246   **Nonpriority creditor's name and mailing address**

XTRA COMPANIES, INC  DBA XTRA LEASE, LLC
7911 FORSYTH BLVD STE 600
SAINT LOUIS, MO  63105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$225,896.89

---

3.247   **Nonpriority creditor's name and mailing address**

YOUGOV AMERICA  INC
805 VETERANS BLVD.SUITE 202
REDWOOD CITY, CA  94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$80,625.00

---

3.248   **Nonpriority creditor's name and mailing address**

YOUR COMFORT CONNECTION DBA INTEGRATED
BEDDING GRP
PO BOX 3218
RIVERSIDE, CA  92519-3218

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,450.00

---

3.249   **Nonpriority creditor's name and mailing address**

ZONKD INC
111 CORNING ROAD
SUITE 120
CARY, NC  27518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$140,081.09

Debtor  SSB Manufacturing Company _____  Case number (if known) 23-90020 _____

(Name)

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | **UNDETERMINED** |
| 5b. | Total claims from Part 2 | 5b. + | **$39,707,378.77** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$39,707,378.77** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | SSB Manufacturing Company |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 23-90018 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AND ASSUMPTION OF LEASE AND CONSENT OF LANDLORD DTD 12/6/2017 FOR 50 BRYLA ST, CARTERET, NJ | 50 BYRLA HPFVIII URBAN RENEWAL LLC C/O THE HAMPSHIRE COMPANIES ATTN MARK S ROSEN 22 MAPLE AVE MORRISTOWN, NJ  07960 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF LEASE DTD 5/19/2022 FOR 63 GREEN MOUNTAIN ROAD, HUMBOLDT INDUSTRIAL PARK,  PA | 63 GREEN MOUNTAIN LLC C/O MERICLE COMMERCIAL REAL ESTATE SERVICES ATTN ROBERT K MERICLE EAST MOUNTAIN CORP CTR, 100 BALTIMORE DR WILKES-BARRE, PA 18702 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF LEASE DTD 5/5/2017 FOR 63 GREEN MOUNTAIN ROAD, HUMBOLDT INDUSTRIAL PARK, EAST UNION TOWNSHIP PA | 63 GREEN MOUNTAIN LLC C/O MERICLE COMMERCIAL REAL ESTATE SERVICES ATTN ROBERT K MERICLE EAST MOUNTAIN CORP CTR, 100 BALTIMORE DR WILKES-BARRE, PA  18702 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | INDUSTRIAL SPACE LEASE DTD 8/11/2011 FOR UNIT A IN BUILDING C AT 91-489 KOMOHANA STREET, KAPOLEI HI | ABP KOMOHANA LLC ATTN LAW DEPT 822 BISHOP ST HONOLULU, HI  96813 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor   SSB Manufacturing Company
(Name)

Case Number (if known)   23-90016

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | D&O/EPLI/FID INSURANCE AGREEMENT (POLICY #: G25111266 008) | ACE AMERICAN INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA 19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | FOREIGN LIABILITY INSURANCE AGREEMENT (POLICY#: PHF D38414215 008) | ACE AMERICAN INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA 19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | SIDE 'A' DIC INSURANCE AGREEMENT (POLICY #: G7016145A 002) | ACE AMERICAN INSURANCE COMPANY 436 WALNUT STREET PHILADELPHIA, PA 19106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | INDIRECT SPEND/COMPANYWIDE AGREEMENT DTD 2/18/2022 | ADVANCED FOAM RECYCLING P.O.BOX 822022 ATTN: DUANE RENFRO NORTH RICHLAND HILLS, TX 76182 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT | AIG SPECIALTY INSURANCE COMPANY – 25032716 175 WATER ST NEW YORK, NY 10038-4969 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT | AIG SPECIALTY INSURANCE COMPANY – 25032716 2929 ALLEN PKWY SUITE 1300 HOUSTON, TX 77019-2128 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   SSB Manufacturing Company
         (Name)                                              Case Number (if known)   23-90019

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | CYBER LIABILITY INSURANCE AGREEMENT (POLICY#: 01-593-22-46) | AIG SPECIALTY INSURANCE COMPANY<br>175 WATER ST<br>NEW YORK, NY  10038-4969 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | CYBER LIABILITY INSURANCE AGREEMENT (POLICY#: 01-593-22-46) | AIG SPECIALTY INSURANCE COMPANY<br>2929 ALLEN PKWY<br>SUITE 1300<br>HOUSTON, TX  77019-2128 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT (P074001/002) | ALLIED WORLD ASSURANCE COMPANY, LTD<br>3424 PEACHTREE ROAD NE<br>SUITE 550<br>ATLANTA, GA  30326 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECTORS & OFFICERS LIABILITY INSURANCE AGREEMENT (POLICY #: EUW1843288 01) | AMTRUST<br>59 MAIDEN LANE<br>NEW YORK, NY  10038 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT (PTNAM2204286) | AON/LLOYDS OF LONDON<br>42 W 54TH ST<br>NEW YORK, NY  10019-5405 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT (PTNAM2207451) | AON/LLOYDS OF LONDON<br>42 W 54TH ST<br>NEW YORK, NY  10019-5405 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    SSB Manufacturing Company                                    Case number (if known)    23-90016

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT (PTNAM2209133) | AON/LLOYDS OF LONDON<br>42 W 54TH ST<br>NEW YORK, NY  10019-5405 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT | ATEGRITY SPECIALTY INSURANCE COMPANY<br>14000 N PIMA RD, SUITE 200<br>SCOTTSDALE, AZ  85260 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADE-IN FORM LICENSED SOFTWARE DESIGNATION AGREEMENT #1433210 | ATS LEAN SCHEDULING INT'L LLC<br>5454 LEAN ROADSUITE 104<br>BRADENTON, FL  34211 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADE-IN FORM LICENSED SOFTWARE DESIGNATION AGREEMENT #1433213 | ATS LEAN SCHEDULING INT'L LLC<br>5454 LEAN ROADSUITE 104<br>BRADENTON, FL  34211 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADE-IN FORM LICENSED SOFTWARE DESIGNATION AGREEMENT #1433214 | ATS LEAN SCHEDULING INT'L LLC<br>5454 LEAN ROADSUITE 104<br>BRADENTON, FL  34211 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES AGREEMENT 03/31/2021 | AUSTRALIAN COMFORT GROUP PTY LTD<br>ATTN DIRECTOR<br>447 FOLEY RD<br>DEER PARK, VIC  3023<br>AUSTRALIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    SSB Manufacturing Company

_____
(Name)

Case Number (know)    23-90018

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT (PTNAM2207451) | AVIVA INSURANCE LIMITED<br>ST HELENS, 1 UNDERSHAFT<br>LONDON  EC3P 3DQ<br>UNITED KINGDOM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | UMBRELLA LIABILITY INSURANCE AGREEMENT (POLICY #: 0312-0387) | AWAC<br>27 RICHMOND RD<br>HM08<br>PEMBROKE  HM 08<br>BERMUDA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | UMBRELLA LIABILITY INSURANCE AGREEMENT (POLICY #: 0312-0387) | AWAC<br>3424 PEACHTREE ROAD NE<br>SUITE 550<br>ATLANTA, GA  30326 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | SIDE 'A' DIC INSURANCE AGREEMENT (POLICY #: P-001-000657726-01) | AXIS INSURANCE<br>92 PITTS BAY ROAD<br>AXIX HOUSE<br>PEMBROKE  HM 08<br>BERMUDA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCESS CRIME INSURANCE AGREEMENT (POLICY #: V205D0220601) | BEAZLEY INSURANCE COMPANY<br>45 ROCKEFELLER PLAZA<br>16TH FLOOR<br>NEW YORK, NY  10111 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECTORS & OFFICERS LIABILITY INSURANCE AGREEMENT (POLICY #: BPRO8067125) | BERKLEY<br>475 STEAMBOAT ROAD<br>GREENWICH, CT  06830 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   SSB Manufacturing Company
(Name)

Case Number (if known)   23-90069

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | AUTO BUFFER INSURANCE AGREEMENT (POLICY #: 42-XSF-304247-06) | BERKSHIRE 1314 DOUGLAS ST SUITE 1400 OMAHA, NE  68102-1944 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SALES & SERVICES AGREEMENT #MA1881 DTD 8/31/2020 | CANON SOLUTIONS AMERICA INC ONE CANON PARK MELVILLE, NY  11747 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT 03/01/2020 | CASTLEGATE LOGISITICS INC. ATTN GENERAL MGR 4 COPLEY PL BOSTON, MA  02116 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | THE DEVELOPMENT AGREEMENT DTD 4/26/2022 FOR JOBS JOBS ASSOCIATED WITH MANUFACTURING FACILITY LOCATED 200 INNOVATION DRIVE, JANESVILLE, WI | CITY OF JANESVILLE, WI ATTN MARK FREITAG, CITY MANAGER 18 N JACKSON ST PO BOX 5005 JANESVILLE, WI  53547-5005 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | COMPANY WIDE AGREEMENT DTD 2/1/2021 | CITY WIDE FACILITY SOLUTIONS 15447 W. 100TH TERRACE LENEXA, KS  66219 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL SERVICES AGREEMENT DTD 1/1/2023 | COMFORT SYSTEMS LTD. ATTN CHIEF EXECUTIVE OFFICER 40 HASHIQMA ST INDUSTRIAL ZONE KFAR-SAVA  44500 ISRAEL |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES AGREEMENT 01/01/2022 | COMPANIA INDUSTRIAL CONTINENTAL SAC ATTN CHIEF EXECUTIVE OFFICER VRD PUEBLO VIEJO KM 1 VIA SOPO-BRICENO SOPO, CUNDINAMARCA COLOMBIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES AGREEMENT 01/01/2022 | COMPANIA INDUSTRIAL CONTINENTAL SAC ATTN GEN MGR AVE DE LAS TORRES 491 URB LOS SAUCES ATE, LIMA PERU |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES AGREEMENT 10/23/2018 | CORPORACION SICORPMATTRESS SA ATTN JORGE Y ADUM KM. 6 1/2 VIA DURAN TAMBO DURAN  092406 ECUADOR |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | INDUSTRIAL LEASE DTD 11/24/2015 FOR 140 OLD COUNTY CIRCLE, WINDSOR LOCKS, CT | CP RYAN WINDSOR LOCKS LLC C/O RYAN COMPANIES INC ATTN LEGAL DEPT 50 S 10TH ST, STE 300 MINNEAPOLIS, MN  55403-2012 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | MULTI-TENANT TRIPLE NET LEASE AGREEMENT AT 200 N 99TH AVE, TOLLESON AZ | CRP/TCC TOLLESON OWNER LLC ATTN CATHY THURINGER 2231 E CAMELBACK RD, STE 102 PHOENIX, AZ  85016 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | MULTI-TENANT TRIPLE NET LEASE AGREEMENT AT 200 N 99TH AVE, TOLLESON AZ | CRP/TCC TOLLESON OWNER LLC C/O MAST LAW FIRM PC ATTN TREVOR H CHAIT 2415 E CAMELBACK RD, STE 455 PHOENIX, AZ  85016 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY INSURANCE AGREEMENT (ARP30025827000) | ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY C/O SOMPO INTERNATIONAL 303 WEST MADISON, STE 1800 CHICAGO, IL 60606 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY INSURANCE AGREEMENT (BPD3000037550) | ENDURANCE SPECIALTY INSURANCE LTD. 4 MANHATTANVILLE RD PURCHASE, NY 10577 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | PLANT/SERVICES AGREEMENT DTD 2/3/2021 | EVERSOURCE 107 SELDEN STREET, BERLIN, CT 06037 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | PLANT/SERVICES AGREEMENT DTD 2/3/2021 | EVERSOURCE P.O. BOX 270 HARTFORD, CT 06141-02701 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DTD 2/17/2016 FOR BUILDING 3, FALLBROOK PINES BUSINESS PARK, HARRIS COUNTY TX | FALLBROOK PINES PHASE I LLC C/O CLARION PARTNERS ATTN ALEJANDRO CUADROS 1717 MCKINNEY, STE 1900 DALLAS, TX 75202 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY DTD 2/8/2016 FOR BUILDING 3, FALLBROOK PINES BUSINESS PARK, HARRIS COUNTY TX | FALLBROOK PINES PHASE I LLC C/O TRAMMELL CROW COMPANY ATTN JEREMY R GARNER 2800 POST OAK BLVD, STE 2300 HOUSTON, TX 77056 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    SSB Manufacturing Company                                    Case number (if known)    23-90016

         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 2/17/2016 FOR BUILDING 3, FALLBROOK PINES BUSINESS PARK, HARRIS COUNTY TX | FALLBROOK PINES PHASE I LLC C/O TRAMMELL CROW COMPANY ATTN JEREMY R GARNER 2800 POST OAK BLVD, STE 2300 HOUSTON, TX  77056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL LIABILITY INSURANCE AGREEMENT (POLICY #: 8260-2383) | FEDERAL INSURANCE COMPANY 202 HALLS MILL RD WHITEHOUSE STATION, NJ  08889 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDING LEASE DTD 10/18/1997 AT 17850 E 32ND, AURORA CO | GATEWAY INDUSTRIAL TEN LLC ATTN ANDREW STURNO & PAUL W POWERS 100 SAINT PAUL ST, STE 300 DENVER, CO  80206 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDING LEASE DTD 10/18/1997 AT 17850 E 32ND, AURORA CO | GATEWAY INDUSTRIAL TEN LLC C/O FORTIS LAW PARTNERS ATTN BERKELEY MILLER ESQ 1900 WAZEE ST, STE 300 DENVER, CO  80202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | CRIME/ERISA INSURANCE AGREEMENT (POLICY#: SAA-E502923-03-00) | GREAT AMERICAN INSURANCE COMPANY 301 E FOURTH STREET CINCINNATI, OH  45202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD EXCESS UMBRELLA LIABILITY INSURANCE AGREEMENT (POLICY #: EXC 4455179) | GREAT AMERICAN SPIRIT INS. COMPANY 301 E FOURTH STREET CINCINNATI, OH  45202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  SSB Manufacturing Company                                    Case Number (if known)  23-90019
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.53** | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE DTD 12/14/2020 FOR 6015 HORIZON W, PKWY., GROVETOWN, GA | GROVETOWN RENTAL LLLP<br>ATTN C BRIGHTMAN SKINNER JR<br>76 SAN JUAN DR<br>VEDRA BEACH, FL  32082 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.54** | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT (73PRX22AFF7) | HALLMARK SPECIALTY INSURANCE COMPANY<br>TWO LINCOLN CENTRE<br>5420 LYNDON B. JOHNSON FREEWAY<br>SUITE 1100<br>DALLAS, TX  75240-2345 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.55** | **State what the contract or lease is for and the nature of the debtor's interest** | LABOR AGREEMENT FOR PERIOD 12/3/2019 THROUGH 1/31/2025 | HAWAII TEAMSTERS & ALLIED WORKERS LOCAL 996<br>BUSINESS REP JILL JOHNSON<br>1817 HART STREET<br>HONOLULU, HI  96819 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.56** | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT (PTNAM2207451) | HDI GLOBAL SPECIALTY SE (HANNOVER RE)<br>HDI-PLATZ 1<br>HANNOVER  30659<br>GERMANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.57** | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION OF LEASE AND CONSENT OF LANDLORD DTD 12/6/2017 FOR 50 BRYLA ST, CARTERET, NJ | HOMEGOODS INC<br>C/O THE TJX COMPANIES INC<br>ATTN LEGAL DEPT, VP LEGAL - REAL ESTATE<br>770 COCHITUATE RD<br>FRAMINGHAM, MA  01701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.58** | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORTATION/LOGISTICS AGREEMENT | HYG FINANCIAL SVCS. - BOX CLAMP LEASE<br>300 E. JOHN CARPENTER FREEWAY<br>IRVINE, TX  75062-2712 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   SSB Manufacturing Company                                      Case Number (known)   23-90016
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.59 **State what the contract or lease is for and the nature of the debtor's interest** | INDUSTRIAL LEASE DTD 11/24/2015 AT 1414 VALLEY AVENUE NW, PUYALLUP, WA | IAC PORT 167 LLC<br>C/O INTERNATIONAL AIRPORT CENTERS LLC<br>1849 GREEN BAY RD, 4TH FL<br>HIGHLAND PARK, IL  60035 |

| No. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** — INDUSTRIAL LEASE DTD 11/24/2015 AT 1414 VALLEY AVENUE NW, PUYALLUP, WA<br>**State the term remaining** — CURRENT<br>**List the contract number of any government contract** | IAC PORT 167 LLC<br>C/O INTERNATIONAL AIRPORT CENTERS LLC<br>1849 GREEN BAY RD, 4TH FL<br>HIGHLAND PARK, IL  60035 |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** — LEASE AGREEMENT DTD 4/9/2015 FOR 23700 CACTUS AVE, BDG 6, MORENO VALLEY, CA<br>**State the term remaining** — CURRENT<br>**List the contract number of any government contract** | IIT INLAND EMPIRE LOGISTICS CENTER LP<br>C/O INDUSTRIAL INCOME TRUST INC<br>ATTN SCOTT RECKNOR, SVP-ASSET MGMT<br>518 17TH ST, STE 1700<br>DENVER, CO  80202 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** — TECHNICAL SERVICES AGREEMENT 02/15/2022<br>**State the term remaining** — CURRENT<br>**List the contract number of any government contract** | INTERCOIL INTERNATIONAL CO LLC<br>ATTN HASSAN AL-HAZEEM, MANAGING DIR<br>PO BOX 10310<br>DUBAI<br>UNITED ARAB EMIRATES |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** — PROPERTY INSURANCE AGREEMENT (LHD927357)<br>**State the term remaining** — CURRENT<br>**List the contract number of any government contract** | LANDMARK AMERICAN INSURANCE COMPANY (RSUI)<br>945 EAST PACES FERRY ROAD, SUITE 1800<br>ATLANTA, GA  30326-1160 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** — PROPERTY INSURANCE AGREEMENT (LHD927401)<br>**State the term remaining** — CURRENT<br>**List the contract number of any government contract** | LANDMARK AMERICAN INSURANCE COMPANY (RSUI)<br>945 EAST PACES FERRY ROAD, SUITE 1800<br>ATLANTA, GA  30326-1160 |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** — CANADIAN PLACEMENT AUTOMOBILE LIABILITY INSURANCE AGREEMENT (POLICY#: AFT-ABO6TU-0522)<br>**State the term remaining** — CURRENT<br>**List the contract number of any government contract** | LIBERTY MUTUAL INSURANCE COMPANY<br>175 BERKELEY ST.<br>BOSTON, MA  02116 |

Debtor    SSB Manufacturing Company                                    Case Number (if known)    23-90016

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | CANADIAN PLACEMENT GENERAL LIABILITY INSURANCE AGREEMENT (POLICY #:1000315512-05) | LIBERTY MUTUAL INSURANCE COMPANY 175 BERKELEY ST. BOSTON, MA  02116 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT (LSMAPR256914A) | LIBERTY SPECIALTY MARKETS BERMUDA LIMITED / OIL CASUALTY INSURANCE, LTD. 141 FRONT STREET HAMILTON  HM 19 BERMUDA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT (COLORADO NET LEASE) DTD 7/1/2020 FOR 17800 E 32ND AVE, AURORA CA | LIT GATEWAY PORTFOLIO LLC C/O CLARION PARTNERS ATTN STACEY MAGEE 1717 MCKINNEY AVE, STE 1900 DALLAS, TX  75202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT (B72577BAA) | LLOYD'S SYNDICATE 4444 42 W 54TH ST NEW YORK, NY  10019-5405 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT (PTNAM2209133) | LLOYD'S SYNDICATE NO. 1618 KII 42 W 54TH ST NEW YORK, NY  10019-5405 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT (PTNAM2204286) | LLOYD'S SYNDICATE NO. 318 CIN 42 W 54TH ST NEW YORK, NY  10019-5405 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    SSB Manufacturing Company                                          Case number (if known)    23-90069
_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT (PTNAM2209133) | LLOYD'S SYNDICATE NO. 33 HISCOX<br>42 W 54TH ST<br>NEW YORK, NY  10019-5405 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT (PTNAM2204286) | LLOYD'S SYNDICATE NO.1414 ASCOT<br>42 W 54TH ST<br>NEW YORK, NY  10019-5405 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | MARINE CARGO INSURANCE AGREEMENT (POLICY #: MKLM60MC0003173/MKLM60MC003173W) | MARKEL<br>4521 HIGHWOODS PARKWAY<br>GLEN ALLEN, VA  23068 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS TRAVEL ACCIDENT INSURANCE AGREEMENT (POLICY #: GTP 0009137187) | NATIONAL UNION FIRE INSURANCE COMPANY<br>1271 AVE OF THE AMERICAS<br>FLOOR 37<br>NEW YORK, NY  10020 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECTORS & OFFICERS LIABILITY INSURANCE AGREEMENT (POLICY #: XMF2103601) | NATIONWIDE<br>ONE NATIONWIDE PLAZA<br>COLUMBUS, OH  43215-2220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES AGREEMENT 03/31/2021 | NEW ZEALAND COMFORT GROUP LTD<br>ATTN DIRECTOR<br>41-71 GREAT SOUTH RD<br>OTAHUHU<br>AUCKLAND  1062<br>NEW ZEALAND |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   SSB Manufacturing Company
         (Name)                                                              Case Number (if known)   23-90016

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | PUERTO RICO PLACEMENT AUTOMOBILE LIABILITY INSURANCE AGREEMENT (POLICY #: 75-30-000002043-1) | ONE ALLIANCE 270 AVENIDA MUNOZ RIVERA, 1ER PISO, SAN JUAN  00918 PUERTO RICO |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE DTD 11/16/2016 FOR ("BUILDING 30") AT ONE REYNOLDS DRIVE, ROCK COUNTY WI | ONE REYNOLDS DRIVE LLC ATTN TODD KAISER 2907 E MCCORMICK DR MILTON, WI  53563 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE DTD 11/16/2016 FOR ("BUILDING 30") AT ONE REYNOLDS DRIVE, ROCK COUNTY WI | ONE REYNOLDS DRIVE LLC C/O MURPHY DESMOND SC ATTN STEPHEN C WERNER JR 101 E MILWAUKEE ST, STE 301 JANESVILLE, WI  53545 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | GUARANTY DTD 2/23/2015 FOR LEASE AT 601 GATEWAY BLVD, MONROE, OH | PARK NORTH 4 LLC C/O IDI LLC ATTN MANAGER - LEASE ADMINISTRATION 1100 PEACHTREE ST, STE 1100 ATLANTA, GA  30309 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | INDUSTRIAL LEASE DTD 5/1/2015 AT 601 GATEWAY BLVD, MONROE, OH | PARK NORTH 4 LLC C/O IDI LLC ATTN MANAGER - LEASE ADMINISTRATION 1100 PEACHTREE ST, STE 1100 ATLANTA, GA  30309 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 11/16/2016 FOR ONE REYNOLDS DRIVE, BELOIT, WISCONSIN | PHOENIX BELOIT INDUSTRIAL INVESTORS LLC F/K/A PHOENIX JCR BELOIT IND'L INVESTORS LLC ATTN DAVID M MARKS 401 E KILBOURN AVE, STE 201 MILWAUKEE, WI  53202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TECHNICAL SERVICES AGREEMENT 01/01/2023<br><br><br>CURRENT | PLASTIFOAM S.A.<br>ATTN GENERAL MGR / COO<br>MILLA 8.5 AVENIDA BOYD-ROOSEVELT<br>LAS CUMBRES (FRENTE A LA COCACOLA)<br>PANAMA CITY  0834-01472<br>PANAMA |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRADEMARK LICENSE AGREEMENT DTD 1/1/2023<br><br><br>CURRENT | PLASTIFOAM S.A.<br>ATTN GENERAL MGR / COO<br>MILLA 8.5 AVENIDA BOYD-ROOSEVELT<br>LAS CUMBRES (FRENTE A LA COCACOLA)<br>PANAMA CITY  0834-01472<br>PANAMA |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AFFILIATION AGREEMENT DTD 12/19/2019<br><br><br>CURRENT | PROCUREMENT ADVISORES LLC<br>ATTN:  SUJA KATARYA AND KEITH BROWER<br>3101 TOWERCREEK PARKWAY, SUITE 250<br>ATLANTA, GA  30339 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT FOR THE PROCUREMENT OF PRODUCTS DTD 1/17/2019<br><br><br>CURRENT | PROCUREMENT ADVISORES LLC<br>ATTN:  SUJA KATARYA AND KEITH BROWER<br>3101 TOWERCREEK PARKWAY, SUITE 250<br>ATLANTA, GA  30339 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE DTD 4/17/2017 AT 420 INDUSTRIAL PARK RD, CULLMAN AL<br><br><br>CURRENT | PROPERTY DEVELOPERS & CONSULTANTS LLC<br>ATTN EDDIE CANADAY<br>111 4TH AVE, NE<br>PO BOX 2400 (35056)<br>CULLMAN, AL  35055 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT-INDUSTRIAL (TRIPLE NET) 07/17/2020 FOR 3774 INTERSTATE PARK ROAD N, RIVIERA BEACH FL<br><br>CURRENT | RATZON REALTY (INTERSTATE PK LOGISTICS CTR FL) LP<br>C/O DALFEN INDUSTRIAL LLC<br>ATTN VP ASSET MGMT<br>5575 S SEMORAN BLVD, STE 5010<br>ORLANDO, FL  32822 |

Debtor    SSB Manufacturing Company                                    Case Number (if known)   23-90016

       (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECTORS & OFFICERS LIABILITY INSURANCE AGREEMENT (POLICY #: NHS695050) | RSUI GROUP, INC. 945 EAST PACES FERRY ROAD NE SUITE 1800 ATLANTA, GA 30326 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOBILE LIABILITY INSURANCE AGREEMENT (POLICY #: CA 6675798) | SAFETY NATIONAL "ALL STATES" 1832 SCHUETZ RD ST. LOUIS, MO 63146 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL GENERAL LIABILITY/PRODUCTS INSURANCE AGREEMENT (POLICY # GL 4048535) | SAFETY NATIONAL CASUALTY CORPORATION 1832 SCHUETZ RD ST. LOUIS, MO 63146 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | WORKERS COMPENSATION AND EMPLOYEES LIABILITY INSURANCE AGREEMENT (WC DED: LDS4048533) | SAFETY NATIONAL 1832 SCHUETZ RD ST. LOUIS, MO 63146 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | AFFILIATE LICENSE AGREEMENT | SERTA INC ATTN PRESIDENT 2451 INDUSTRY AVENUE DORAVILLE, GA 30360 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE SPECIFICATION CONTRACT #1404372 DTD 5/6/2022 | SIEMENS INDUSTRY SOFTWARE INC 5800 GRANITE PKWY STE 240 PLANO, TX 75024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    SSB Manufacturing Company                                      Case number (if known)   23-90016

        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES AGREEMENT DTD 3/24/2022 | SOCIETE ANONYME MAROCAINE SIMMONS ATTN CHIEF EXECUTIVE OFFICER 2 ALLEE DES SAUGES BP 2594 AIN-SEBAA CASABLANCA  20300 MOROCCO |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | D&O/EPLI/FID INSURANCE AGREEMENT (POLICY #: MAP30001203702) | SOMPO SUITE 784 48 PAR-LA-VILLE ROAD HAMILTON  HM11 BERMUDA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT (O83131220CSP) | STARSTONE SPECIALTY INSURANCE COMPANY 201 E. FIFTH STREET SUITE 1200 CINCINNATI, OH  45202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSISTANCE AGREEMENT BY AND BETWEEN THE STATE OF CONNECTICUT DTD 6/30/2016 | STATE OF CONNECTICUT DEPARTMENT OF REVENUE 450 COLUMBUS BLVD, STE 1 HARTFORD, CT  0 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | PROMISSORY NOTE DTD 2/26/2018 | STATE OF CONNECTICUT DEPARTMENT OF REVENUE 450 COLUMBUS BLVD, STE 1 HARTFORD, CT  0 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCESS CYBER INSURANCE AGREEMENT (POLICY #: W30808220201) | SYNDICATE 2623/623 AT LLOYD'S 42 W 54TH ST NEW YORK, NY  10019-5405 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    SSB Manufacturing Company    Case Number (if known)    23-90048

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | TERRORISM COVERAGE INSURANCE AGREEMENT (POLICY #W25957220501) | SYNDICATE 2623/623 AT LLOYD'S 42 W 54TH ST NEW YORK, NY  10019-5405 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | COLLECTIVE BARGAINING AGREEMENT DTD 11/16/2021 | TEAMSTERS LOCAL 986 1430 E HOLT AVE COVINA, CA  91724 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND EXCESS UMBRELLA LIABILITY INSURANCE AGREEMENT (POLICY #: 4031580331) | THE CONTINENTAL INSURANCE COMPANY (CNA) 23453 NETWORK PL CHICAGO, IL  60673-1234 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT 06/28/2022 FOR 200 INNOVATION DRIVE, JANESVILLE, WI | TI JANESVILLE X LLC C/O TWONE REALTY INC ATTN CHAD NAVIS, DIR OF INDUSTRIAL INVESTMENTS 710 N PLANKINTON AVE, STE 1100 MILWAUKEE, WI  53203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT 06/28/2022 FOR 200 INNOVATION DRIVE, JANESVILLE, WI | TI JANESVILLE X LLC C/O ZILBER LTD ATTN SANDRA J DELISLE, ESQ COPORATE COUNSEL 710 N PLANKINTON AVE, STE 1100 MILWAUKEE, WI  53203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE GUARANTY AGREEMENT 06/28/2022 FOR 200 INNOVATION DRIVE, JANESVILLE, WI | TI JANESVILLE X LLC C/O ZILBER LTD ATTN SANDRA J DELISLE, ESQ COPORATE COUNSEL 710 N PLANKINTON AVE, STE 1100 MILWAUKEE, WI  53203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | GUARANTY OF ASSIGNMENT OF LEASE DTD 11/20/2015 FOR FOR 50 BRYLA ST, CARTERET, NJ | TJX COMPANIES INC |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | FOURTH EXCESS UMBRELLA LIABILITY INSURANCE AGREEMENT (POLICY#: EX-9T02126A-22-NF) | TRAVELERS ONE TOWER SQUARE HARTFORD, CT 06183 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | PUERTO RICO PLACEMENT PACKAGE INSURANCE AGREEMENT (POLICY#: 30-CP-81086834-6) | TRIPLE S PROPIEDAD 1510 AV. FRANKLIN DELANO ROOSEVELT GUAYNABO 00969 PUERTO RICO |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | COLLECTIVE BARGAINING AGREEMENT DTD 12/12/2019 | UNITED STEELWORKERS LOCAL UNION 156-U STAFF REPRESENTATIVE CARL VINEYARD 13 TRIANGLE PARK DRIVE SUITE 1301 CINCINNATI, OH 45246 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | COLLECTIVE BARGAINING AGREEMENT DTD 12/13/2020 | UNITED STEELWORKERS LOCAL UNION 156-U-07 CHIEF STEWARD ED BENNETT 1380 COTTONWOOD CT MILFORD, OH 45150 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | COLLECTIVE BARGAINING AGREEMENT DTD 11/16/2020 | UNITED STEELWORKERS LOCAL UNION 675 JOSE LOZANO 1200 E. 220TH STREET CARSON, CA 90745 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   SSB Manufacturing Company
_____
(Name)

Case Number (if known): 23-90020

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF AGREEMENT 09/30/2021 | USW LOCAL 156-U STAFF REPRESENTATIVE CARL VINEYARD 13 TRIANGLE PARK DRIVE SUITE 1301 CINCINNATI, OH 45246 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES AGREEMENT 01/01/2022 | VARAHAMURTI FLEXIRUB INDUSTRIES PVT LTD ATTN NIPUN GUPTA 419 KM TRADE TOWER (HOTEL RADISSON BLU) SEC 14, KAUSHAMBI GHAZIABAD, UTTAR-PRADESH 201010 INDIA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | INDUSTRIAL SPACE LEASE AGREEMENT DTD 8/11/2011 | WDCI KOMOHANA LLC ATTN LAW DEPT 822 BISHOP ST HONOLULU, HI 96813 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE AGREEMENT | WEBER-KNAPP COMPANY ATTN REX E MCCRAY 441 CHANDLER ST JAMESTOWN, NY 14701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY INSURANCE AGREEMENT (NAO200083208) | WESTPORT INSURANCE CORPORATION 100 GRANDVIEW ROAD BRAINTREE, MA 02184 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 12/1/2022 FOR WORLD MARKET CENTER LAS VEGAS SHOWROOM B1260 | WMCV PHASE 2 SPE, LLC INTERNATIONAL MARKET CENTERS 240 PEACHTREE STREET NW, SUITE 2200 ATTN: LEASE ADMIN ATLANTA, GA 30303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    SSB Manufacturing Company                                      Case Number (if known)    23-90016
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.119 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 12/1/2022 FOR WORLD MARKET CENTER LAS VEGAS SHOWROOM B1265 | WMCV PHASE 2 SPE, LLC INTERNATIONAL MARKET CENTERS 240 PEACHTREE STREET NW, SUITE 2200 ATTN: LEASE ADMIN ATLANTA, GA  30303 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.120 **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER #RITM0012259 DTD 2/14/2017 | XEROX CORPORATION 3333 COYOTE HILL RD PALO ALTO, CA  94304 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.121 **State what the contract or lease is for and the nature of the debtor's interest** | FIRST EXCESS UMBRELLA LIABILITY INSURANCE AGREEMENT (POLICY #: US00094718LI21A) | XL INSURANCE AMERICA 677 WASHINGTON BLVD. STAMFORD, CT  06901 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.122 **State what the contract or lease is for and the nature of the debtor's interest** | SPECIAL CRIME INSURANCE AGREEMENT (POLICY#: UM00050522SP22A) | XL SPECIALTY INSURANCE COMPANY 70 SEAVIEW AVENUE STAMFORD, CT  06902-6040 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>SSB Manufacturing Company</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number<br>(if known)</td><td>23-90018</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 DAWN INTERMEDIATE, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA  30360 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 DAWN INTERMEDIATE, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA  30360 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 DREAMWELL, LTD. | 2451 INDUSTRY AVENUE DORAVILLE, GA  30360 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 DREAMWELL, LTD. | 2451 INDUSTRY AVENUE DORAVILLE, GA  30360 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 NATIONAL BEDDING COMPANY L.L.C. | 2451 INDUSTRY AVENUE DORAVILLE, GA  30360 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 NATIONAL BEDDING COMPANY L.L.C. | 2451 INDUSTRY AVENUE DORAVILLE, GA  30360 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 SERTA INTERNATIONAL HOLDCO, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA  30360 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 SERTA INTERNATIONAL HOLDCO, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA  30360 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 SERTA SIMMONS BEDDING, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA  30360 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 SERTA SIMMONS BEDDING, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA  30360 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 SIMMONS BEDDING COMPANY, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA  30360 | UBS AG, STAMFORD BRANCH | ☑ D<br>☐ E/F<br>☐ G |

Debtor   SSB Manufacturing Company          Case Number (if known)   23-90049
         (Name)

**Additional Page if Debtor Has More Codebtors**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.12 | SIMMONS BEDDING COMPANY, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA 30360 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.13 | SSB HOSPITALITY, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA 30360 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.14 | SSB HOSPITALITY, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA 30360 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.15 | SSB LOGISTICS, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA 30360 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.16 | SSB LOGISTICS, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA 30360 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.17 | SSB RETAIL, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA 30360 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.18 | SSB RETAIL, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA 30360 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.19 | THE SIMMONS MANUFACTURING CO., LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA 30360 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.20 | THE SIMMONS MANUFACTURING CO., LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA 30360 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.21 | TOMORROW SLEEP LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA 30360 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.22 | TOMORROW SLEEP LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA 30360 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.23 | TUFT & NEEDLE, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA 30360 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.24 | TUFT & NEEDLE, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA 30360 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |
| 2.25 | WORLD OF SLEEP OUTLETS, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA 30360 | UBS AG, STAMFORD BRANCH | ☑ D ☐ E/F ☐ G |
| 2.26 | WORLD OF SLEEP OUTLETS, LLC | 2451 INDUSTRY AVENUE DORAVILLE, GA 30360 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☑ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor    SSB Manufacturing Company

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number    23-90018
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/9/2023        ✖   /s/ John Linker
       MM / DD / YYYY             Signature of individual signing on behalf of debtor

                                     John Linker
                                     Printed name

                                     Chief Financial Officer
                                     Position or relationship to debtor