United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 05, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Main Case Number | 23-90020 |
|---|---|---|---|
| | Debtor | In Re: | SERTA SIMMONS BEDDINGS, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Robert L. Cook<br>Office of Counsel<br>New York State Department of Taxation & Finance<br>340 East Main St., Rochester, N.Y. 14604<br>585-530-8465<br>Robert.Cook@tax.ny.gov<br>NY 1877703<br>NDNY 515075 |
|---|---|

| Name of party applicant seeks to appear for: | New York State Department of Taxation & Finance |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/3/2023 | Signed: | /s/ Robert L. Cook |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**
(Docket No. 623)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.

**This lawyer is admitted *pro hac vice*.**

Signed:  April 05, 2023

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE