**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **SERTA SIMMONS BEDDING, LLC,** | § | **Case No. 23-90020** |
| *et al.*, | § | |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |
| ----------------------------------------------- | § | |
| | § | |
| **SERTA SIMMONS BEDDING, LLC,** | § | **Adversary Proc. No. 23-09001** |
| *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| **AG CENTRE STREET PARTNERSHIP** | § | |
| **L.P.,** *et al.*, | § | |
| | § | |
| Defendants. | § | |
| ----------------------------------------------- | § | |

**SECOND AMENDED AGENDA OF MATTERS SET FOR**
**HEARING CONTINUED TO MAY 25, 2023 AT 2:00 P.M. (CENTRAL TIME) [2]**

---

**A CONTINUED HEARING WILL BE CONDUCTED ON THIS MATTER ON MAY 25, 2023 AT 2:00 P.M. (CENTRAL TIME) IN COURTROOM 400, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002.**

**AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE JONES' CONFERENCE**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

[2] Any changes or additions to the Amended Agenda of Matters Set for Hearing on May 15, 2023 at 9:30 A.M. (Central Time) (Docket No. 886) are reflected in bold and underlined.

ROOM NUMBER IS 205691. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE JONES' HOME PAGE. THE MEETING CODE IS "JUDGEJONES". CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.

HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE JONES' HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.

Serta Simmons Bedding, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), hereby file this Second Amended Agenda of Matters Set for Hearing Continued to **May 25, 2023 at 2:00 p.m. (Central Time)** before the Honorable David R. Jones.

## I.   ADVERSARY PROCEEDING:

1.   Adversary Complaint and Exhibits attached thereto **(Adv. Proc. Docket No. 1)**

Status:  This matter is going forward on a contested basis.

Responses Filed:

*Plaintiffs*

A.   The Company's Answer to the Ad Hoc Group of First Lien Lenders' Counterclaims **(Adv. Proc. Docket No. 85)**

B.   The Company's Answer to the Ad Hoc Group of First Lien Lenders' Amended Counterclaims **(Adv. Proc. Docket No. 180)**

C.   PTL Lenders' Answer to the LCM Defendants' Counterclaim **(Adv. Proc. Docket No. 191)**

D.   The Company's Answer to the LCM Defendants' Counterclaims **(Adv. Proc. Docket No. 192)**

E.   Debtor's Pre-Trial Memorandum of Law **(Adv. Proc. Docket No. 242 (filed under seal))**

F.   PTL Lenders' Pre-Trial Brief **(Adv. Proc. Docket No. 244 (filed under seal))**

2

G.    **Debtors' and Plaintiffs' Proposed Findings of Fact and Conclusions of Law for Adversary Proceeding No. 23-09001 and in Support of the Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors (Adv. Proc. Docket No. 302)**

*Defendants*

H.    The Ad Hoc Group of First Lien Lenders' Corrected Answer to Adversary Complaint and Counterclaims **(Adv. Proc. Docket No. 68)**

I.    The LCM Defendants' Answer to Adversary Complaint and Counterclaim **(Adv. Proc. Docket No. 146)**

J.    The Ad Hoc Group of First Lien Lenders' Amended Answer to Adversary Complaint and Amended Counterclaims **(Adv. Proc. Docket No. 148)**

K.    Represented Third-Party Defendants' Answer to the Third Party Complaint **(Adv. Proc. Docket No. 217)**

L.    Excluded Lenders' Memorandum of Law in Opposition to Plaintiffs' Emergency Motion to Exclude the Expert Testimony of Sarah M. Ward **(Adv. Proc. Docket No. 226)**

M.    Excluded Lenders' Pre-Trial Memorandum of Law **(Adv. Proc. Docket Nos. 240, 241 (filed under seal))**

N.    LCM Defendants' Pre-Trial Brief **(Adv. Proc. Docket Nos. 243, 245 (filed under seal))**

O.    **LCM Defendants' Post-Trial Brief (Adv. Proc. Docket Nos. 291, 292 (filed under seal))**

P.    **Notice of Filing of the LCM Defendants' Proposed Findings of Fact and Conclusions of Law (Adv. Proc. Docket No. 293, 294 (filed under seal))**

Q.    **Excluded Lenders' Proposed Findings of Fact and Conclusions of Law (Adv. Proc. Docket Nos. 296, 297 (filed under seal))**

R.    **Excluded Lenders' Post-Trial Memorandum of Law (Adv. Proc. Docket Nos. 299, 300 (filed under seal))**

Related Documents:

*Plaintiffs*

S.    The Company's Motion for Summary Judgment **(Adv. Proc. Docket No. 69)**

T.    The Company's Statement of Uncontroverted Facts in Support of Its Motion for Summary Judgment, and Exhibits attached thereto **(Adv. Proc. Docket No. 70)**

U.    The PTL Lenders' Motion for Summary Judgment (**Adv. Proc. Docket No. 73**)

V.    The PTL Lenders' Amended Motion for Summary Judgment (**Adv. Proc. Docket No. 77**)

W.    Affidavit of Service of Epiq **(Adv. Proc. Docket No. 107)**

X.    The Company's Reply Memorandum of Law in Further Support of Its Motion for Summary Judgment, and Exhibits attached thereto **(Adv. Proc. Docket Nos. 110 and 111 (filed under seal))**

Y.    The Company's Response to the First Lien Lender Defendants' Additional Material Facts Included in the Counterstatement of Controverted Facts **(Adv. Proc. Docket No. 112)**

Z.    The PTL Lenders' Reply Memorandum of Law in Further Support of Lender Plaintiffs' Motion for Summary **(Adv. Proc. Docket No. 114)**

AA.    Notice of Adjournment of Hearing on Debtors' Request for Confirmation of Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Adv. Proc. Docket No. 185)**

BB.    Plaintiffs' Emergency Motion to Compel Production from Defendants **(Adv. Proc. Docket No. 197)**

CC.    Plaintiffs' Emergency Motion to Exclude the Testimony of Sarah M. Ward **(Adv. Proc. Docket No. 221)**

DD.    Invesco Senior Secured Management, Inc., Credit Suisse Asset Management, LLC, Boston Management and Research, Eaton Vance Management, and Barings LLC's Witness and Exhibit List for Hearing on May 15, 2023 at 9:30 A.M. (Central Time) **(Adv. Proc. Docket No. 233)**

EE.    Debtors' Witness List and Joint Exhibit List for Hearing Beginning on May 15, 2023 **(Adv. Proc. Docket No. 234)**

FF.    **<u>Motion for Entry of an Order Authorizing Serta Simmons Bedding, LLC to File Its Pre-Trial Memorandum of Law Containing Confidential Information Under Seal (Adv. Proc. Docket No. 246)</u>**

GG.    **<u>Motion for Entry of an Order Authorizing PTL Lenders to File Their Pre-Trial Memorandum of Law Containing Confidential Information Under Seal (Adv. Proc. Docket No. 249)</u>**

HH. **Debtors' Amended Agenda of Matters Set for Hearing on May 15, 2023 at 9:30 A.M. (Central Time) (Adv. Proc. Docket No. 253)**

II. **Debtors' Amended Witness List and Joint Exhibit List for Hearing Beginning on May 15, 2023 (Adv. Proc. Docket No. 255)**

JJ. **Debtors' Second Amended Witness List and Joint Exhibit List for Hearing Commencing on May 15, 2023 (Adv. Proc. Docket No. 271)**

KK. **Debtors' Third Amended Witness List and Joint Exhibit List for Hearing Commencing on May 15, 2023 (Adv. Proc. Docket No. 275)**

LL. **Notice of Filing Proposed Order Setting Settlement Conference (Adv. Proc. Docket No. 278)**

MM. **Debtors' Fourth Amended Witness List and Joint Exhibit List for Hearing Commencing on May 15, 2023 (Adv. Proc. Docket No. 279)**

NN. **Exhibits Admitted by Stipulation of the Parties (Adv. Proc. Docket No. 280)**

*Defendants*

OO. LCM Defendants' Memorandum of Law in Opposition to Plaintiffs' Motions for Summary Judgment **(Adv. Proc. Docket Nos. 79 and 80 (filed under seal))**

PP. Declaration of Neil Lieberman in Support of LCM Defendants' Memorandum of Law in Opposition to Plaintiffs' Motions for Summary Judgment, and Exhibits attached thereto **(Adv. Proc. Docket No. 81)**

QQ. Declaration of Farboud Tavangar in Support of the LCM Defendants' Opposition to Summary Judgment **(Adv. Proc. Docket No. 83)**

RR. Declaration of Professor Vincent Buccola in Support of the LCM Defendants' Opposition to Summary Judgment, and Appendices attached thereto **(Adv. Proc. Docket No. 84)**

SS. The Ad Hoc Group of First Lien Lenders' Memorandum of Law in Opposition to Plaintiffs' Motion for Partial Summary Judgment, and Exhibits attached thereto **(Adv. Proc. Docket Nos. 86 and 87 (filed under seal))**

TT. Declaration of Marti P. Murray **(Adv. Proc. Docket Nos. 88 and 102 (filed under seal))**

UU. Expert Declaration of Sarah M. Ward **(Adv. Proc. Docket No. 89)**

VV.  The Ad Hoc Group of First Lien Lenders' Counterstatement of Controverted Facts in Opposition to Plaintiffs' Motions for Partial Summary Judgment **(Adv. Proc. Docket No. 90)**

WW.  Declaration of Anne E. Beaumont **(Adv. Proc. Docket No. 92)**

XX.  Declaration of Michael Hanigan **(Adv. Proc. Docket Nos. 93 and 98 (filed under seal))**

YY.  Declaration of Erik Kreutzer **(Adv. Proc. Docket Nos. 94 and 99 (filed under seal))**

ZZ.  Declaration of Theodore Kwon **(Adv. Proc. Docket Nos. 95 and 100 (filed under seal))**

AAA.  Declaration of Ryan Mollett **(Adv. Proc. Docket Nos. 96 and 101 (filed under seal))**

BBB.  Declaration of Daniel Ryan **(Adv. Proc. Docket Nos. 97 and 103 (filed under seal))**

CCC.  LCM Defendants' Joint Notice of Appeal **(Adv. Proc. Docket No. 144)**

DDD.  Ad Hoc Group of First Lien Lenders' Joint Notice of Appeal **(Adv. Proc. Docket  No. 145)**

EEE.  Election to Appeal to District Court **(Adv. Proc. Docket No. 153)**

FFF.  Notice of Filing of Appeal **(Adv. Proc. Docket No. 154)**

GGG.  Election to Appeal to District Court **(Adv. Proc. Docket No. 155)**

HHH.  Notice of Filing an Appeal **(Adv. Proc. Docket No. 156)**

III.  Emergency Motion for Entry of an Order (I) Approving Plaintiffs' Proposed Discovery Schedule, and (II) Limiting Depositions, or in the Alternative, to Schedule a Status Conference **(Adv. Proc. Docket No. 164)**

JJJ.  First Lien Lender Defendants' Interim Response to Plaintiffs' "Emergency" Motion (I) Approving Plaintiffs' Proposed Discovery Schedule, and (II) Limiting Depositions, or in the Alternative, to Schedule a Status Conference **(Adv. Proc. Docket No. 165**)

KKK.  First Lien Lender Defendants' Response to Plaintiffs' "Emergency" Motion (I) Approving Plaintiffs' Proposed Discovery Schedule, and (II) Limiting Depositions, or in the Alternative, to Schedule a Status Conference **(Adv. Proc. Docket No. 171**)

LLL.  The Ad Hoc Group of First Lien Lenders' Opposition to Plaintiffs' Emergency Motion to Compel Production from Defendants **(Adv. Proc. Docket No. 205)**

MMM. **Excluded Lenders Defendants' May Call Witness and Exhibit List for Trial Scheduled to Begin on May 15, 2023 at 9:30 A.M. (CDT) (Adv. Proc. Docket Nos. 230, 236, 237, 238 (filed under seal), 248 (filed under seal), 250 (filed under seal), 252 (filed under seal), 254 (filed under seal))**

NNN.  Excluded Lenders Defendants' May Call Witness and Supplemental Exhibit List for Trial Scheduled to Begin on May 15, 2023 at 9:30 A.M. (CDT) **(Adv. Proc. Docket No. 231)**

OOO.  LCM Lenders' Witness and Exhibit List for Hearing on May 15, 2023 **(Adv. Proc. Docket No. 232)**

PPP.  Emergency Motion for Entry of an Order Authorizing the Excluded Lenders to File Under Seal Portions of Their Pre-Trial Memorandum of Law **(Adv. Proc. Docket No. 247)**

QQQ.  **Motion for Entry of an Order Authorizing the LCM Defendants to File Their Pre-Trial Brief Containing Confidential Information Under Seal (Adv. Proc. Docket No. 251)**

RRR.  **Excluded Lenders Defendants' First Amended May Call Witness and Supplemental Exhibit List for Trial Scheduled to Begin on May 15, 2023 at 9:30 A.M. (CDT) (Adv. Proc. Docket Nos. 256, 257)**

SSS.  **Motion for Entry of an Order Authorizing the Excluded Lenders to File Under Seal Certain of Their Exhibits for Trial (Adv. Proc. Docket No. 258)**

TTT.  **Excluded Lenders' Exhibit DX-59 (Adv. Proc. Docket No. 259 (filed under seal))**

UUU.  **Excluded Lenders Defendants' Second Amended May Call Witness and Supplemental Exhibit List for Trial Scheduled to Begin on May 15, 2023 at 9:30 A.M. (CDT) (Adv. Proc. Docket No. 265)**

VVV.  **Motion for Entry of an Order Authorizing the Excluded Lenders to File Under Seal Certain of Their Exhibits for Trial (Adv. Proc. Docket No. 266)**

WWW.  **Motion for Entry of an Order Authorizing the LCM Defendants to File Their Post-Trial Brief and Proposed Findings of Fact and Conclusions of Law Under Seal (Adv. Proc. Docket No. 295)**

XXX.   **Emergency Motion for Entry of an Order Authorizing the Excluded Lenders to File Under Seal Portions of Their Proposed Findings of Fact and Conclusions of Law (Adv. Proc. Docket No. 298)**

YYY.   **Emergency Motion for Entry of an Order Authorizing the Excluded Lenders to File Under Seal Portions of Their Post-Trial Memorandum of Law (Adv. Proc. Docket No. 301)**

Opinions and Orders

A.   Order on Motion for Summary Judgment Signed on April 6, 2023 **(Adv. Proc. Docket No. 142)**

B.   Order to Exclude Testimony of Sarah M. Ward **(Adv. Proc. Docket No. 224)**

C.   Order Amending Case Caption **(Adv. Proc. Docket No. 235)**

D.   **Fifth Circuit's Unpublished Opinion (Adv. Proc. Docket No. 262)**

E.   **Order Setting Settlement Conference (Adv. Proc. Docket No. 284)**

F.   **Stipulated and Agreed Order Related to North Star's Status as Disqualified Institution (Adv. Proc. Docket No. 290)**

## II.   **CONFIRMATION**:

2.   **Second Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors (Docket No. 977)**

Status:  This matter is going forward on a contested basis.

Unresolved Plan Objections:

A.   Citadel's (A) Supplemental Brief in Support of Limited Joinder to Claim Objection to Favored Lenders' Indemnity Claims and (B) Objection to Debtors' First Amended Joint Chapter 11 Plan of Reorganization **(Docket No. 810)**

B.   Limited Objection of United States Trustee to Joint Chapter 11 Plan of Serta Simmons Bedding LLC and Its Affiliated Debtors **(Docket No. 820)**

C.   Objection of the Ad Hoc Group of First Lien Lenders to the First Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 824)**

D.   LCM Lenders' Joinder in Objection of the Ad Hoc Group of First Lien Lenders to the Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 825)**

E.   Creditor/Movant/Appellant Cameron M. Thierry's Objection to First Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC, and Its Affiliated Debtors **(Docket No. 826)**

F.   **Citadel's Motion for Leave to Supplement its Supplemental Brief (Docket No. 989)**

G.   **Citadel's Proposed Findings of Fact, Conclusions of Law, and Order Denying Confirmation of Debtor's Modified First Amended Joint Chapter 11 Plan (Docket No. 990)**

Resolved Plan Objections:

H.   Maricopa County Treasurer's Objection to Joint Chapter 11 Plan of Serta Simmons Bedding, LLC, and Its Affiliated Debtors **(Docket No. 617); Withdrawn at Docket No. 817**

I.   Minority Licensees' Limited Objection to Debtors' First Amended Joint Plan of Reorganization **(Docket No. 827)**

J.   The Unclaimed Property Division of the Texas Comptroller of Public Accounts's Limited Objection to the First Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 821)**

K.   **Objection of the Texas Taxing Authorities to First Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Debtor Affiliates (Docket No. 823); Withdrawn at Docket No. 895**

L.   **Alan Humphries and Ruth Humphries' Limited Objection to Plan Confirmation Regarding SSB Logistics, LLC and Its Treatment of Their Personal Injury Claims Involving Insurance Policy (Docket No. 829); Withdrawn at Docket No. 896**

M.   **Louisiana Department of Revenue's Objection to First Amended Joint Chapter 11 Plan of Serta Simmons Bedding LLC and Its Affiliated Debtors (Docket No. 830); Withdrawn at Docket No. 894**

N.   **Limited Objection of the State of Connecticut, Department of Economic and Community Development, to Confirmation of Debtors' First Amended Joint Chapter 11 Plan (Docket No. 917)**

Resolved Cure Objections:

O.   Limited Objection of Microsoft to Notice of (I) Assumption of Executory Contracts and Unexpired Leases and (II) Cure Amounts Related Thereto In Connection With Confirmation of Plan **(Docket No. 676); Withdrawn at Docket No. 719**

P.  Limited Objection of WPG Legacy, LLC to the Notice of (I) Assumption of Executory Contracts and Unexpired Leases of Debtors and (II) Cure Amounts Related Thereto in Connection with Confirmation of the Plan **(Docket No. 721); Withdrawn at Docket No. 897**

Q.  Objection of RLIF Riviera Beach SPE, LLC to "Notice of Filing of Amended Plan Supplement" and "Notice of (I) Assumption of Executory Contracts and Unexpired Leases and (II) Cure Amounts Related Thereto In Connection With Confirmation of Plan" **(Docket No. 701); Withdrawn at Docket No. 757**

R.  Limited Objection of LIT Gateway Portfolio, LLC to Notice of (I) Assumption of Executory Contracts and Unexpired Leases and (II) Cure Amounts Related Thereto In Connection With Confirmation of Plan **(Docket No. 718); Withdrawn at Docket No. 815**

S.  **<u>Limited Objection of Cisco Systems Capital Corporation to the Proposed Assumption of Certain Executory Contracts and Cure Costs, and Plan of Reorganization, and Reservation of Rights (Docket No. 742); Withdrawn at Docket No. 956</u>**

T.  Limited Objection of Six Continents Hotels, Inc. to Notice of (I) Assumption of Executory Contracts and Unexpired Lease and (II) Cure Amounts Related Thereto In Connection With Confirmation of Plan **(Docket No. 743); Withdrawn at Docket No. 814**

U.  Limited Objection of Mattress Firm, Inc. to the Notice of (I) Assumption of Executory Contracts and Unexpired Leases and (II) Cure Amounts Related Thereto in Connection with Confirmation of Plan **(Docket No. 751); Withdrawn at Docket No. 872**

V.  Limited Objection and Reservation of Rights of Ratzon Realty (Interstate Park Logistics Center Florida) Limited Partnership to Proposed Assumption of Lease and Confirmation of the Plan **(Docket No. 752)**

W.  Limited Objection of HP Assembly I, LLC to Proposed Assumption of Certain Executory Contracts and Cure Costs **(Docket No. 753); Withdrawn at Docket No. 794**

X.  Limited Objection of Continuum Marketing Services LLC to the Debtors' Notice of (I) Assumption of Executory Contracts and Unexpired Leases and (II) Cure Amounts Related Thereto in Connection with Confirmation of Plan **(Docket No. 754)**

<u>Replies, Briefs, and Declarations in Support:</u>

Y.  Declaration of Emily Young of Epiq Corporate Restructuring, LLC, Regarding Voting and Tabulation of Ballots Cast on Joint Chapter 11 Plan

of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 779)**

Z.     Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the First Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 832)**

AA.    Debtors' Memorandum of Law in Support of Confirmation of Modified First Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 879)**

BB.    Ad Hoc Priority Lender Group's (I) Statement in Support of Confirmation of Debtors' Chapter 11 Plan and (II) Joinder in Debtors' Confirmation Brief and Reservation of Rights **(Docket No. 880)**

CC.    Declaration of Michael J. Talarico in Support of Confirmation of Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 881)**

DD.    Declaration of Roopesh Shah in Support of Confirmation of Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 882)**

EE.    Declaration of John Linker in Support of Confirmation of Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 884)**

FF.    **Cameron M. Thierry's Brief in Support of His Objection to First Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC, and Its Affiliated Debtors [Dkt. Nos. 796 & 874] (Docket No. 891)**

GG.    **Debtors' Supplemental Memorandum of Law in Support of Confirmation of Second Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors (Docket No. 979)**

HH.    **Notice of Filing of Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming Second Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors (Docket No. 980)**

II.    **Debtors' and Plaintiffs' Proposed Findings of Fact and Conclusions of Law for Adversary Proceeding No. 23-09001 and in Support of the Confirmation of the Debtors' Modified Second Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors (Docket No. 981)**

JJ.    **Ad Hoc Priority Lender Group's Supplemental Reply in Support of Confirmation of Debtors' Chapter 11 Plan (Docket No. 982)**

Related Documents:

KK.  Declaration of John Linker in Support of Debtors' Chapter 11 Petitions and First Day Relief **(Docket No. 26)**

LL.  Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 28)**

MM.  Order (I) Scheduling Certain Hearing Dates and Deadlines, (II) Establishing Certain Protocols in Connection With Such Hearings, and (III) Granting Related Relief **(Docket No. 267)**

NN.  Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 425)**

OO.  Notice of Filing of Revised Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 426)**

PP.  Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 526)**

QQ.  Notice of Filing of Further Revised Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 528)**

RR.  Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing; (II) Establishing Solicitation and Voting Procedures; (III) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan; (IV) Approving Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; and (V) Granting Related Relief **(Docket No. 540)**

SS.  Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors (Solicitation Version) **(Docket No. 544)**

TT.  Disclosure Statement for Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 545)**

UU.  Notice of Filing of Solicitation Versions of Plan and Disclosure Statement **(Docket No. 546)**

VV.  Notice of Filing of Plan Supplement in Connection with Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and its Affiliated Debtors **(Docket No. 588)**

WW.  The Ad Hoc Group of First Lien Lenders' (I) Statement and Reservation of Rights with Respect to the Challenge Deadline and (II) Objection to Favored Lenders' Indemnity Claims **(Docket No. 656)**

XX.    LCM Lenders' Joinder in the Ad Hoc Group of First Lien Lenders' (I) Statement and Reservation of Rights with Respect to the Challenge Deadline and (II) Objection to Favored Lenders' Indemnity Claims **(Docket No. 657)**

YY.    Citadel's Limited Joinder to the Ad Hoc Group of First Lien Lenders' (I) Statement and Reservation of Rights with Respect to the Challenge Deadline and (II) Objection to Favored Lenders' Indemnity Claims **(Docket No. 661)**

ZZ.    Notice of Filing of Amended Plan Supplement in Connection With Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 667)**

AAA.    Notice of (I) Assumption of Executory Contracts and Unexpired Leases and (II) Cure Amounts Related Thereto in Connection With Confirmation of Plan **(Docket No. 668)**

BBB.    Notice of Filing of Second Amended Plan Supplement in Connection With Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 692)**

CCC.    Notice of Adjournment of Hearing on Debtors' Request for Confirmation of Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 703)**

DDD.    Amended Notice of (I) Assumption of Executory Contracts and Unexpired Leases and (II) Cure Amounts Related Thereto in Connection with Confirmation of Plan **(Docket No. 720)**

EEE.    Debtors' Response to (1) the Ad Hoc Group of First Lien Lenders' (I) Statement and Reservation of Rights with Respect to the Challenge Deadline and (II) Objection to the Favored Lenders' Indemnity Claims and (2) Joinders Thereto **(Docket No. 725)**

FFF.    Second Amended Notice of (I) Assumption of Executory Contracts and Unexpired Leases and (II) Cure Amounts Related Thereto in Connection With Confirmation of Plan **(Docket No. 788)**

GGG.    Ad Hoc Priority Lender Group's Response to (1) The Ad Hoc Group of First Lien Lenders' (I) Statement and Reservation of Rights with Respect to the Challenge Deadline and (II) Objection to the Prepetition PTL Secured Parties' Indemnity Claims and (2) Joinders Thereto **(Docket No. 789)**

HHH.    First Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 796)**

III.    Notice of (I) Global Settlement with Official Committee of Unsecured Creditors and (II) Filing of First Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 797)**

JJJ.    Motion of the State of Connecticut, Department of Economic and Community Development, for an Extension of the Deadline by Which to File Objections to Confirmation of Debtors' First Amended Joint Chapter 11 Plan **(Docket No. 819)**

KKK.    Citadel Equity Fund Ltd.'s Witness and Exhibit List for Confirmation Hearing Scheduled on May 15, 2023 **(Docket No. 828)**

LLL.    Witness and Exhibit List of the Official Committee of Unsecured Creditors for Hearing on May 15, 2023 at 9:30 AM (CT) **(Docket No. 846)**

MMM.   Cameron M. Thierry's Witness and Exhibit List for Hearing on May 15, 2023 at 9:30 AM (C.D.T.) RE: [DKT. No. 796] **(Docket No. 849)**

NNN.    Minority Licensees' Witness and Exhibit List Regarding Hearing on the Debtors' First Amended Joint Plan of Reorganization [Dkt. No. 796] **(Docket No. 850)**

OOO.    Ruth and Alan Humphries' Witness and Exhibit List **(Docket No. 851)**

PPP.    LCM Lenders' Witness and Exhibit List for Hearing on May 15, 2023 **(Docket No. 852)**

QQQ.    Debtors' Witness List and Joint Exhibit List for Hearing Beginning on May 15, 2023 **(Docket Nos. 853, 855–59)**

RRR.    Witness and Exhibit List of United States Trustee (Docket No. 854)

SSS.    Debtors' Witness List and Joint Exhibit List for Hearing Beginning on May 15, 2023 **(Docket Nos. 861–66 (filed under seal))**

TTT.    Motion for Entry of An Order Authorizing Debtors to File Confidential Documents Under Seal **(Docket No. 867)**

UUU.    Notice of Filing of Third Amended Plan Supplement in Connection With Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 869)**

VVV.    **Notice of Filing of Redlines of Third Amended Plan Supplement Exhibits (Docket No. 870)**

WWW. Third Amended Notice of (I) Assumption of Executory Contracts and Unexpired Leases and (II) Cure Amounts Related Thereto in Connection With Confirmation of Plan **(Docket No. 871)**

XXX. Notice of Filing of Fourth Amended Plan Supplement in Connection With Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 873)**

YYY. Modified First Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 874)**

ZZZ. Notice of Filing of Modified First Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 875)**

AAAA. Citadel Equity Fund LTD.'s First Amended Witness and Exhibit List for Confirmation Hearing Scheduled on May 15, 2023 **(Docket No. 877)**

BBBB. Motion for Entry of an Order Authorizing Serta Simmons Bedding, LLC to File its Pre-Trial Memorandum of Law Containing Confidential Information Under Seal **(Docket No. 878)**

CCCC. Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Modified First Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors **(Docket No. 885)**

DDDD. **Debtors' Amended Agenda of Matters Set for Hearing on May 15, 2023 at 9:30 A.M. (Central Time) (Docket No. 886)**

EEEE. **Debtors' Amended Witness List and Joint Exhibit List for Hearing Beginning on May 15, 2023 (Docket Nos. 887, 889 (filed under seal))**

FFFF. **Stipulated Protective Order (Docket No. 888)**

GGGG. **Cameron M. Thierry's [Amended Dkt. No. 849] Witness and Exhibit List for Hearing on May 15, 2023 at 9:30 AM (C.D.T.) RE: [DKT NOS. 796 & 874] (Docket No. 892)**

HHHH. **Debtors' Notice of Filing Confirmation Hearing Opening Demonstrative (Docket No. 893)**

IIII. **Notice of Filing of Debtors' Demonstrative No. 1 (Docket No. 914)**

JJJJ. **Order (I) Authorizing Debtors to Extend the Deadline by Which the Debtors May Remove Civil Actions, and (II) Granting Related Relief (Docket No. 927)**

KKKK. **Debtors' Second Amended Witness List and Joint Exhibit List for Hearing Commencing on May 15, 2023 (Docket Nos. 932, 933 (filed under seal))**

LLLL. **Debtors' Third Amended Witness List and Joint Exhibit List for Hearing Commencing on May 15, 2023 (Docket No. 940)**

MMMM. **Debtors' Exhibit 315 (Docket No. 944 (filed under seal))**

NNNN. **Cameron M. Thierry's [Amended Dkt. No. 892] Witness and Exhibit List for Hearing on May 15, 2023 at 9:30 AM (C.D.T.) Re: [Dkt. Nos. 796 & 874] (Docket No. 949)**

OOOO. **Notice of Filing Proposed Order Setting Settlement Conference (Docket No. 958)**

PPPP. **Debtors' Fourth Amended Witness List and Joint Exhibit List for Hearing Commencing on May 15, 2023 (Docket Nos. 959, 960 (filed under seal))**

QQQQ. **Exhibits Admitted by Stipulation of the Parties (Docket No. 961)**

RRRR. **Motion of Debtors for Authority to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 972)**

SSSS. **Motion of Debtors for Order Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code (Docket No. 973)**

TTTT. **Notice of Filing of Second Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors (Docket No. 978)**

III. **ADJOURNED MATTERS:**

3. The following Cure Objections have each been adjourned:

A. Safety National Casualty Corporation's Limited Objection to Debtors' Joint Chapter 11 Plan and Cure Notices **(Docket No. 726)**

B. The Limited Objection of Salesforce, Inc. to the Proposed Assumption of Certain Executory Contracts and Cure Costs, and Plan of Reorganization, and Reservation of Rights **(Docket No. 739)**

C. Creditor XTRA Lease LLC's Objection to the Amended Notice of (I) Assumption of Executory Contracts and Unexpired Leases and (II) Cure Amounts Related Thereto in Connection with Confirmation of Plan **(Docket No. 746)**

Dated: May 25, 2023
      Houston, Texas

                    */s/ Gabriel A. Morgan*

WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Gabriel.Morgan@weil.com
          Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
David J. Lender (admitted *pro hac vice*)
Alexander W. Welch (admitted *pro hac vice*)
Luna Barrington (admitted *pro hac vice*)
Richard D. Gage (admitted *pro hac vice*)
Taylor B. Dougherty (admitted *pro hac vice*)
Joseph R. Rausch (admitted *pro hac vice*)
Michael P. Goodyear (admitted *pro hac vice*)
Nicholas J. Reade  (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY 10153
Tel:  (212) 310-8000
Fax:  (212) 310-8007
Email: Ray.Schrock@weil.com
       David.Lender@weil.com
       Alexander.Welch@weil.com
       Luna.Barrington@weil.com
       Richard.Gage@weil.com
       Taylor.Dougherty@weil.com
       Joseph.Rausch@weil.com
       Michael.Goodyear@weil.com
       Nick.Reade@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

## Certificate of Service

I hereby certify that on May 25, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

_/s/ Gabriel A. Morgan_
Gabriel A. Morgan