IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| **SERTA SIMMONS BEDDING, LLC,** *et al.*, | § § § | Case No. 23-90020 (DRJ) |
| | § § | Jointly Administered |
| Debtors.[1] | § | Re: Docket No. 885, 977, 980 |

**NOTICE OF FILING OF REVISED PROPOSED
FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER
CONFIRMING SECOND AMENDED JOINT CHAPTER 11 PLAN OF
SERTA SIMMONS BEDDING, LLC AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE THAT**, on May 23, 2023, Serta Simmons Bedding, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Second Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors* (Docket No. 977) (including any exhibits and schedules thereto and as may be modified, amended, or supplemented from time to time, the "**Plan**").

**PLEASE TAKE FURTHER NOTICE THAT**, on May 23, 2023, the Debtors also filed the proposed *Findings of Fact, Conclusions of Law, and Order Confirming Second Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors*, attached as Exhibit 1 to the notice filed at Docket No. 980 (the "**Proposed Confirmation Order**").

**PLEASE TAKE FURTHER NOTICE THAT**, on May 15, 2023 through May 18, 2023 and on May 25, 2023, the Court held a hearing to consider confirmation of the Plan (the "**Confirmation Hearing**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

**PLEASE TAKE FURTHER NOTICE THAT**, the Debtors hereby file a revised proposed *Findings of Fact, Conclusions of Law, and Order Confirming Second Amended Joint Chapter 11 Plan of Serta Simmons Bedding, LLC and Its Affiliated Debtors*, attached hereto as **Exhibit 1** (the "**Revised Proposed Confirmation Order**"), which reflects guidance issued at the Confirmation Hearing from the Court concerning the Proposed Confirmation Order.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit 2** is a redline of the Revised Proposed Confirmation Order marked against the Proposed Confirmation Order.

Dated: May 30, 2023
      Houston, Texas

      /s/ Gabriel A. Morgan
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
E-mail:   Gabriel.Morgan@weil.com
          Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Alexander W. Welch (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
E-mail:   Ray.Schrock@weil.com
          Alexander.Welch@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that on May 30, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                 */s/ Gabriel A. Morgan*
                                                 Gabriel A. Morgan