**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| **SERTA SIMMONS BEDDING, LLC,** *et al.*, | § § § | Case No. 23-90020 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |

**AGENDA OF MATTERS SET FOR HEARING**
**ON JUNE 6, 2023 AT 2:30 P.M. (CENTRAL TIME)**

---

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON JUNE 6, 2023 AT 2:30 P.M. (CENTRAL TIME) IN COURTROOM 400, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002.**

**AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE JONES' CONFERENCE ROOM NUMBER IS 205691. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE JONES' HOME PAGE. THE MEETING CODE IS "JUDGEJONES". CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**

**HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE JONES' HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

---

Serta Simmons Bedding, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), hereby file this Agenda

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

of Matters Set for Hearing on **June 6, 2023 at 2:30 p.m.** (Central Time) before the Honorable David R. Jones.

I. **CONTESTED MATTER**

1. Motion for Relief from Stay **(Docket No. 800)**

    Status: This matter is going forward on a contested basis.

    Responses Filed:

    A. Debtors' Objection and Reservation of Rights to Motion for Relief from Stay **(Docket No. 1020)**

    B. Joinder of the Official Committee of Unsecured Creditors to Debtors' Objection and Reservation of Rights to Motion for Relief from Stay **(Docket No. 1021)**

    Related Documents:

    C. Witness and Exhibit List of the Official Committee of Unsecured Creditors for Hearing on June 6, 2023 at 2:30 AM (CT) **(Docket No. 1029)**

    D. Debtors' Witness and Exhibit List for Hearing on June 6, 2023 **(Docket No. 1030)**

    E. Movant's Document List for June 6, 2023 Hearing on Motion to Lift Automatic Stay (Docket 800) **(Docket No. 1031)**

Dated: June 5, 2023
      Houston, Texas

         */s/ Gabriel A. Morgan*
         WEIL, GOTSHAL & MANGES LLP
         Gabriel A. Morgan (24125891)
         Stephanie N. Morrison (24126930)
         700 Louisiana Street, Suite 1700
         Houston, Texas 77002
         Telephone:  (713) 546-5000
         Facsimile:  (713) 224-9511
         Email:   Gabriel.Morgan@weil.com
                  Stephanie.Morrison@weil.com

         -and-

         WEIL, GOTSHAL & MANGES LLP
         Ray C. Schrock (admitted *pro hac vice*)
         Alexander W. Welch (admitted *pro hac vice*)
         767 Fifth Avenue
         New York, New York 10153
         Telephone:  (212) 310-8000
         Facsimile:  (212) 310-8007
         Email:   Ray.Schrock@weil.com
                  Alexander.Welch@weil.com

         *Attorneys for Debtors*
         *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on June 5, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                                    */s/ Gabriel A. Morgan*
                                                                    Gabriel A. Morgan